UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re:<br><br>First Choice Healthcare Solutions, Inc.<br><br>    Debtor.<br>_____/ | Case No.: 6:20-bk-3355<br>Chapter 11<br><br>[Joint Administration Pending] |
| In re:<br><br>First Choice Medical Group of Brevard, LLC<br><br>    Debtor.<br>_____/ | Case No.: 6:20-bk-3356<br>Chapter 11 |
| In re:<br><br>FCID Medical, Inc.<br><br>    Debtor.<br>_____/ | Case No.: 6:20-bk-3357<br>Chapter 11 |
| In re:<br><br>Marina Towers, LLC,<br><br>    Debtor.<br>_____/ | Case No.: 6:20-bk-3359<br>Chapter 11 |

## **CHAPTER 11 CASE MANAGEMENT SUMMARY**

The Debtors, First Choice Healthcare Solutions, Inc., First Choice Medical Group of Brevard, LLC, FCID Medical, Inc., and Marina Towers, LLC (collectively the "Debtors"), by and through their undersigned counsel, and pursuant to Administrative Order FLMB 2009-1 and Local Rule 2081-1, hereby file their Chapter 11 Case Management Summary and state as follows:

I.      **Description of the Debtors' Businesses**

The Debtors have historically been one of the largest physical therapy providers in Brevard County, Florida and provides orthopedic medicine specializing in orthopedics, spine surgery, neurology interventional pain management and related diagnostics.[1] The Debtors' main office is located at 709 South Harbor City Blvd. Suite 530, Melbourne Florida 32901. The Debtors have satellite locations throughout Brevard County for providing care to patients.

First Choice Healthcare Solutions, Inc.[2] is a Delaware corporation created in 2011 and is the parent company of the affiliate debtors. It has three employees that handle the Debtors' books and records and manage the day-to-day operations. Phillip J. Keller is the Interim Chief Executive and Chief Financial Officer. First Choice Healthcare Solutions, Inc. was registered with the U.S. Securities and Exchange Commission but is no longer subject to the reporting requirements of Section 13 of the Securities Exchange Act of 1934.

Providing medical care to patients is conducted via First Choice Medical Group of Brevard, LLC. First Choice Medical Group of Brevard, LLC is a Delaware limited liability company that was created in 2011. This Debtor employees those individuals that hold proper medical licenses and are authorized to have a billing number for the services provided to patients. First Choice Medical Group of Brevard, LLC relies on payments from insurance companies[3], Medicare and Veteran's Administration ("VA").[4]

---

[1] Including but not limited to treatment relating to arthritis, arthroscopic knee surgery, carpal tunnel, fractures, herniated discs, hip replacement, joint injections, joint pain, knee replacement, knee surgery, rotator cuff repair, shoulder pain, sports injury and sports medicine.
[2] Formerly known as Medical Billing Assistance, Inc.
[3] Including but not limited to Aetna, ChoiceCare, Cigna, Coventry, Health Plans, Humana, PHCS, POMCO, Tricare, United Healthcare and Florida Health Care Plans.
[4] The Debtor will be filing a motion seeking relief from this Court to assist with payments owed to the Debtor from Medicare and VA.

FCID Medical, Inc. is a Florida corporation created in 2010. FCID Medical, Inc. employees all non-licensed / non-biller medical staff such as front desk staff and medical billing specialists and owns fixed assets.

Marina Towers, LLC is a Florida limited liability company created in 2003. Marina Towers, LLC is the master lessee for the Debtors location at 709 South Harbor City Blvd. Suite 530, Melbourne Florida 32901. The lessor is GMR Melbourne, LLC.

In part because of COVID, the Debtors furloughed employees and temporarily closed some of its satellite locations. As the State of Florida lifts restrictions relating to COVID, the Debtors are slowly reopening their facilities.

The Debtors' corporate structure is demonstrated below:



**II.    Related Cases**

The Debtors on June 15, 2020 each filed with this Court Voluntary Petitions seeking relief under Subchapter V of Chapter 11 as follows:

| **Debtor** | **Case No.** |
| --- | --- |
| First Choice Healthcare Solutions, Inc. | Case No.: 6:20-bk-3355 |
| First Choice Medical Group of Brevard, LLC | Case No.: 6:20-bk-3356 |
| FCID Medical, Inc. | Case No.: 6:20-bk-3357 |
| Marina Towers, LLC | Case No.: 6:20-bk-3359 |

**III.    Debtors' Processes as of Petition Date as to Patient Care and Records**

Phillip J. Keller is the Interim Chief Executive and Chief Financial Officer and is a certified public accountant and chartered global management accountant. Prior to being employed by the Debtors in July of 2017, he was employed by medical related companies including RehabCare, Inc.[5], PharMerica, Inc.[6] and BioScrip.[7] As a result of his employment experience with the Debtors and previous medical-related companies, Mr. Keller is knowledgeable and competent in complying with state and federal regulations relating to patient care and records.

The bankruptcy filings of the Debtors were not brought on by any "patient" care issues. The Debtor First Choice Medical Group of Brevard, LLC informs, in writing, each patient at the time of care of its rights as a patient, including documentation of their rights under HIPPA.

---

[5] A $1.5 billion provider of physical, occupational and speech-language rehabilitation services to hospitals, skilled nursing facilities and home care setting in 47 states.
[6] A $1.8 billion institutional pharmacy servicing skilled nursing and assisted living facilities, hospitals and other long-term alternative care facilities.
[7] A $1.6 billion specialty pharmaceuticals and homecare company providing comprehensive cost-effective solutions to patients, insurance payers and drug manufacturers.

Additionally, First Choice Medical Group of Brevard, LLC maintains the appropriate and necessary licenses to operate in the State of Florida, which license(s) are renewed annually, and granted based on surveys, patient complaints, ability to meet emergency preparedness and life safety requirements.  The Debtors also follow Occupational Safety and Health Administration ("OSHA") Guidelines as well as all other state and federal guidelines for a medical practice.  The Debtors are in compliance with the Agency for Health Care Administration ("AHCA").

## IV.     Reasons for Filing Bankruptcy

First Choice Healthcare Solutions, Inc. and First Choice Medical Group of Brevard, LLC are defendants in multiple lawsuits filed in the Chancery Court of Delaware, Brevard County, Florida, Middle District of Florida, Orlando Division and Cook County, Illinois.  A brief summary of some of the lawsuits follows.

Steward Health Care System LLC ("Steward") filed a Verified Complaint on February 25, 2020 in the Court of Chancery of the State of Delaware on two counts of breach of contract relating to a Stock Purchase Agreement with First Choice Healthcare Solutions, Inc.  Steward alleges that by virtue of the Stock Purchase Agreement it acquired shares of common stock of First Choice Healthcare Solutions, Inc. amounting to a 15.5% equity interest in the company in exchange for $7,500,000, along with a Put Option.  Steward is seeking liquidated damages relating to First Choice Healthcare Solutions, Inc.'s alleged failure to comply with SEC Rule 144.

On December 20, 2019, VIA Acquisition Corp. filed a Verified Complaint Pursuant to 8 Del. C. § 211 against First Choice Healthcare Solutions, Inc. in the Court of Chancery of the State of Delaware.  Via Acquisition Corp. alleges it is the owner of 90,000 shares of First Choice Healthcare Solutions, Inc. and is seeking pursuant to 8 Del. C. § 211(c) that First Choice

Healthcare Solutions, Inc. hold an annual meeting of the stockholders. The meeting is currently scheduled for June 25, 2020. First Choice Healthcare Solutions, Inc. will be filing a motion seeking emergency relief from this Court relating to the holding of the annual meeting.

Pending in the Middle District of Florida, Orlando Division, is the suit of *Maz Partners LP, individually and on behalf of all other similarly situated v. First Choice Healthcare Solutions, Inc. and Christian Romandetti, Sr.*, Case No. 6:19-cv-00619-PGB-LRH. Maz Partners, LP filed a class action alleging violation of federal securities law. The parties have executed a Memorandum of Understanding that sets forth the material terms of a binding and enforceable agreement to fully resolve this matter, subject to preliminary and final approval by the Court, including certification of a proposed class solely for purposes of settlement. First Choice Healthcare Solutions, Inc. will be filing a motion with this Court relating to finalizing and approving the procedural process of this settlement. The pending settlement would resolve this matter for $1,000,000.

Also pending in the United States District Court for the Middle District of Florida, Orlando Division, is the case of *Jelena Zurilo, derivatively on behalf of First Choice Healthcare Solutions, Inc. vs. Christian C. Romandetti, et al.*, Case No. 6:20-cv-00387-PGB-LRH. The parties entered into a Memorandum of Understanding agreeing to a settlement of this matter for $140,000 in exchange for dismissal with prejudice of all counts.

Steve and Tracy Ryland filed suit in the Circuit Court of Brevard County, initiating Case No. 05-2016-CA-46220 naming as the sole Defendant Beachside Physical Therapy, Inc. ("Beachside"). Beachside filed a counterclaim against Steve Ryland, Tracy Ryland, Christian C. Romandetti and First Choice Medical Group of Brevard, LLC. Beachside in its counterclaim

seeks damages in excess of $5,000,000 for tortious interference, violation of Florida's Deceptive and Unfair Trade Practices Act and civil conspiracy.

Kris Romandetti and Leading Edge Medical Consulting, LLC filed suit in the Circuit Court of Brevard County, Florida, initiating Case No. 05-2019-CA014669 against First Choice Healthcare Solutions, Inc. alleging breach of contract, unpaid wages and unjust enrichment seeking damages of $278,000.

On May 20, 2020, Medline Industries filed a complaint against First Choice Healthcare Solutions, Inc. in Cook County, Illinois, alleging breach of an agreement.

In addition, First Choice Medical Group of Brevard, LLC, is not current on approximately a $1,100,000 loan it received from CT Capital Corp. The Debtors were also financially impacted by virtue of complying with the State of Florida's rules relating to COVID.

V.     **Ownership Interests in the Debtors and the Debtors' Officers and Board**

  a.     First Choice Healthcare Solutions, Inc.

| Name | Title | Interest | Compensation |
|---|---|---|---|
| Phillip J. Keller | Interim CEO & CFO | 350,000 | $251,536 in 2019 |
| Gary August | Director | 52,174 | $70,000 in 2019 |
| James Renna | Director | 60,870 | $60,000 in 2019 |
| Shelia Schwietzer | Director | 46,168 | $60,000 in 2019 |

  b.     First Choice Medical Group of Brevard, LLC

| Name | Title | Interest | Compensation |
|---|---|---|---|
| None. | | | |

  c.     FCID Medical, Inc.

| Name | Title | Interest | Compensation |
|---|---|---|---|
| None. | | | |

    d.    Marina Towers, LLC

| Name | Title | Interest | Compensation |
|---|---|---|---|
| None | | | |

## VI. Debtors' Annual Gross Revenues

    a.    First Choice Healthcare Solutions, Inc.

| | |
|---|---|
| 2020 (Estimated YTD – Gross receipts or sales | None |
| 2019 (Estimated – Gross receipts or sales) | None |
| 2018 (Gross Receipts or sales) | None |

    b.    First Choice Medical Group of Brevard, LLC

| | |
|---|---|
| 2020 (Estimated YTD – Gross receipts or sales | $1,791,873 |
| 2019 (Estimated – Gross receipts or sales) | $10,101,539 |
| 2018 (Gross Receipts or sales) | $13,557,608 |

    c.    FCID Medical, Inc.

| | |
|---|---|
| 2020 (Estimated YTD – Gross receipts or sales | None |
| 2019 (Estimated – Gross receipts or sales) | None |
| 2018 (Gross Receipts or sales) | None |

    d.    Marina Towers, LLC

| | Including Intercompany Transfers | Excludes Intercompany Transfers |
|---|---|---|
| 2020 (Estimated YTD – Gross receipts or sales | $717,116 | $237,615 |
| 2019 (Estimated – Gross receipts or sales) | $1,781,693 | $682,882 |
| 2018 (Gross Receipts or sales) | $1,756,495 | $986,121 |

**VII.    Estimated Amounts owed to Various Classes of Creditors[8]**

First Choice Healthcare Solutions, Inc.
      a.    Priority Creditors - $0
      b.    Secured Creditors - $0
      c.    Unsecured creditors - $387,226

First Choice Medical Group of Brevard, LLC
      a.    Priority Creditors - $0
      b.    Secured Creditors - $31,642
      c.    Unsecured creditors - $2,443,503

FCID Medical, Inc.
      a.    Priority Creditors - $0
      b.    Secured Creditors - $0
      c.    Unsecured creditors - $591,865

Marina Towers, LLC

      a.    Priority Creditors - $0
      b.    Secured Creditors - $0
      c.    Unsecured creditors - $354,310

**VIII.    General Description and Approximate Value of Debtors' Assets**

First Choice Healthcare Solutions, Inc. as of the date of the Petition has approximately $811,197 in the bank and other assets such as deferred tax receivables and pre-paid insurance totaling $203,000.

First Choice Medical Group of Brevard, LLC as of the date of the Petition has approximately $9,207 in the bank, accounts receivable of $1,828,900 and other assets relating to deposits, inventory, pre-paid insurance and right to lease totaling $410,984.30 equating to an estimated total of $2,248,911.65 in assets.

FCID Medical, Inc. as of the date of the Petition has approximately $288.00 in the bank, fixed assets at fair market value of $911,250.

---

[8] Excluding disputed claims

Marina Towers, LLC as of the date of the Petition has approximately $1,670 in the bank, fixed assets of $1,000 and $6,162,981[9] in accounts payable equating to an estimated total of assets of $6,165,651.

## IX.     Number of Employees and Gross Amounts of Wages Owed as of Petition Date

First Choice Healthcare Solutions, Inc. as of the Petition Date has three (3) employees which are owed $15,206.

First Choice Medical Group of Brevard, LLC as of the Petition Date has seventeen (17) employees which are owed $53,584.

FCID Medical, Inc. as of the Petition Date has fourteen (14) employees which are owed $22,102.

Marina Towers, LLC has no employees.

## X.     Status of the Debtor's Payroll and Sales Tax Obligations

The Debtors do not owe any pre-petition payroll taxes and/or unemployment compensation obligations of the date of filing the Petitions.  There were no sales tax obligations as of the date of the Petitions, except those obligations relating to the last pending payroll.

## XI.     Debtors' Strategic Objectives

The Debtors have very limited secured debt relating mainly to equipment leases.  The Debtors will be seeking relief as to which claims are actual secured claims.  The Debtors will be proposing a controlled repayment plan for the Debtors' general unsecured debt.  During the bankruptcy cases the Debtors will be pursuing options of selling all or some of the Debtors' business.

---

[9] Reflect GAAP accounting requirements for the lease.

**XII.**     **Anticipated Emergency Relief to be requested within 14 days from the Petition Date**

1. Motion for Order Authorizing Joint Administration;

2. Motion as to holding and conducting an annual meeting of First Choice Healthcare Solutions, Inc.;

3. Motion relating to United States Department of Health and Human Services and Administrator of the Centers for Medicare and Medicaid Services;

4. Motion for Authority to Pay Prepetition Wages;

5. Motion for Authority to Pay Affiliate Officer Salaries;

6. Motion for Entry of Order (I) Authorizing Debtor to, In the Ordinary Course, (A) Use Its Cash Management System, Bank Accounts, and Business Forms and (B) Perform Intercompany Transactions, (II) Authorizing Banks and Financial Institutions to Honor and Process All Related Check and Electronic Payment Requests, and (III) Granting Related Relief;

7. Motion Determining Utilities have been provided adequate assurance and prohibiting utility providers from altering, refusing or discontinuing utility services.

Dated: June 15, 2020                              */s/ Esther McKean*
                                                  Esther McKean, Esquire
                                                  Florida Bar No. 028124
                                                  **AKERMAN LLP**
                                                  420 S. Orange Ave., Suite 1200
                                                  Orlando, FL 32801
                                                  Phone: (407) 423-4000
                                                  Fax: (407) 843-6610
                                                  Email: esther.mckean@akerman.com

                                                  Attorneys for Debtors

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of June, 2020, this document was filed and served through the Court's CM/ECF system and I caused the foregoing document to be served by first class mail, postage prepaid, on the following persons: Debtors c/o Phil Keller, 709 S. Harbor City Blvd., Suite 530, Melbourne, FL 32901, United States Trustee's Office, 400 W. Washington St., Ste. 1120, Orlando, FL 32801, CT Corp., c/o Ellsworth Summers, Esq., Burr & Forman LLP, 50 North Laura Street, Suite 3000, Jacksonville, FL 32202 and to those parties on the attached matrix.

                                                                             s/ *Esther McKean*
                                                                             Esther A. McKean, Esquire