UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                             Chapter 11

First Choice Healthcare Solutions, Inc.

    Debtor.
_____/

## CORPORATE OWNERSHIP STATEMENT

First Choice Healthcare Solutions, Inc. (the "Debtor"), pursuant to Rule 1007(a)(1), Federal Rules of Bankruptcy Procedure, hereby files its Corporate Ownership Statement and states that GIRTFT, LLC and Christian C. Romandetti together own a 19.7% interest in the Debtor and Steward Healthcare System LLC owns 15.2% interest in the Debtor.

Dated: June 15, 2020

/s/ *Esther McKean*
Esther McKean, Esquire
Florida Bar No. 028124
**AKERMAN LLP**
420 S. Orange Ave., Suite 1200
Orlando, FL 32801
Phone: (407) 423-4000
Fax: (407) 843-6610
Email: esther.mckean@akerman.com

Attorneys for Debtor

53488640;1