**This batch does not contain any 'Negative Net Checks."**

### VALERIE
EmpId: FCMG1039 | Badge: Not Listed | Rate: 18.00 | Freq: (B) Bi-Weekly

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Regular |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 41.5500 | 18.00 | 747.90 | FITW | Federal Income | S-6 | 696.84 | | DNTL | Dental | 10.39 | Tax Freq | (B) Bi-Weekly |
| ERDNT | ERDNT | | | 6.72 | MED | Medicare | | 696.84 | 10.10 | LIFE | Life | 4.00 | Chk Date | 6/19/2020 |
| ERLIF | ERLIF | | | 1.31 | SS | OASDI | | 696.84 | 43.20 | LIFEC | Life Child | 1.05 | Net | 638.49 |
| ERMED | ER Medical | | | 178.03 | FL | Florida SITW | | 696.84 | | LTD | LTD | 6.86 | Dir Dep | 638.49 |
| ERVIS | ER Vision | | | 2.08 | | | | | | MDCL | Medical | 44.51 | Chk | 0.00 |
| IA | IA | | | 13.72 | | | | | | STD | STD | 3.02 | | |
| **Totals** | | **41.5500** | | **761.62** | **Totals** | | | | **53.30** | **Totals** | | **69.83** | | |

### Charna
EmpId: FCMG1111 | Badge: Not Listed | Salary: 3200.00 | Rate: 40.00 | Freq: (B) Bi-Weekly

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Regular |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 40.0000 | 40.00 | 1,600.00 | FITW | Federal Income | S | 1,325.45 | 94.23 | DNTL | Dental | 6.72 | Tax Freq | (B) Bi-Weekly |
| ERDNT | ERDNT | | | 6.72 | MED | Medicare | | 1,325.45 | 19.22 | LEGAL | LEGAL | 10.00 | Chk Date | 6/19/2020 |
| ERLIF | ERLIF | | | 1.31 | SS | OASDI | | 1,325.45 | 82.18 | MDCL | Medical | 351.61 | Net | 1,129.82 |
| ERMED | ER Medical | | | 178.03 | FL | Florida SITW | | 1,325.45 | | STD | STD | 47.52 | Dir Dep | 1,129.82 |
| ERVIS | ER Vision | | | 2.08 | | | | | | VISON | Vision | 3.38 | Chk | 0.00 |
| IA | IA | | | 144.68 | | | | | | | | | | |
| **Totals** | | **40.0000** | | **1,744.68** | **Totals** | | | | **195.63** | **Totals** | | **419.23** | | |

### Brian
EmpId: FCMG1105 | Badge: Not Listed | Salary: 19230.76 | Rate: 240.38 | Freq: (B) Bi-Weekly

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Regular |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 16.0000 | 240.38 | 3,846.15 | FITW | Federal Income | M-4 | 3,629.82 | 286.08 | ACC | ACC | 19.50 | Tax Freq | (B) Bi-Weekly |
| ERDNT | ERDNT | | | 36.35 | MED | Medicare | | 3,629.82 | 52.63 | HOSIN | HOSIN | 53.50 | Chk Date | 6/19/2020 |
| ERLIF | ERLIF | | | 1.31 | SS | OASDI | | | | LEGAL | LEGAL | 10.00 | Net | 3,279.01 |
| ERMED | ER Medical | | | 999.21 | FL | Florida SITW | | 3,629.82 | | LIFE | Life | 8.50 | Dir Dep | 3,279.01 |
| ERVIS | ER Vision | | | 5.46 | | | | | | LIFEC | Life Child | 1.05 | Chk | 0.00 |
| | | | | | | | | | | LIFES | Life Spous | 2.55 | | |
| | | | | | | | | | | LTD | LTD | 38.33 | | |
| | | | | | | | | | | STD | STD | 95.00 | | |
| **Totals** | | **16.0000** | | **3,846.15** | **Totals** | | | | **338.71** | **Totals** | | **228.43** | | |

### ASHLEY
EmpId: FCMG1074 | Badge: Not Listed | Salary: 2040.45 | Rate: 25.51 | Freq: (B) Bi-Weekly

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Regular |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 80.0000 | 25.51 | 2,040.45 | FITW | Federal Income | S-4 | 1,800.61 | 111.55 | DNTL | Dental | 8.40 | Tax Freq | (B) Bi-Weekly |
| ERDNT | ERDNT | | | 6.72 | MED | Medicare | | 1,800.61 | 26.11 | MDCL | Medical | 231.44 | Chk Date | 6/19/2020 |
| ERLIF | ERLIF | | | 1.31 | SS | OASDI | | 1,800.61 | 111.64 | | | | Net | 1,551.31 |
| ERMED | ER Medical | | | 178.03 | FL | Florida SITW | | 1,800.61 | | | | | Dir Dep | 1,551.31 |
| | | | | | | | | | | | | | Chk | 0.00 |
| **Totals** | | **80.0000** | | **2,040.45** | **Totals** | | | | **249.30** | **Totals** | | **239.84** | | |

### JUAN
- EmpId: FCMG1082
- Badge: Not Listed
- Salary: 3192.31
- Rate: 39.90
- Freq: (B) Bi-Weekly

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 80.0000 | 39.90 | 3,192.31 | FITW | Federal Income | M-3 | 3,741.09 | 319.28 | MDCL | Medical | 44.51 |
| ERDNT | ERDNT | | | 6.72 | MED | Medicare | | 3,741.09 | 54.25 | STD | STD | 6.71 |
| ERLIF | ERLIF | | | 1.31 | SS | OASDI | | 3,741.09 | 231.95 | | | |
| ERMED | ER Medical | | | 178.03 | FL | Florida SITW | | 3,741.09 | | | | |
| ERVIS | ER Vision | | | 2.08 | | | | | | | | |
| MDF | MD FEE | | | 600.00 | | | | | | | | |
| **Totals** | | **80.0000** | | **3,792.31** | **Totals** | | | | **605.48** | **Totals** | | **51.22** |

Type: Regular  Tax Freq: (B) Bi-Weekly  Chk Date: 6/19/2020  Net: 3,135.61  Dir Dep: 3,135.61  Chk: 0.00

### WHITNEY
- EmpId: FCMG1070
- Badge: Not Listed
- Salary: 2859.66
- Rate: 35.75
- Freq: (B) Bi-Weekly

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 80.0000 | 35.75 | 2,859.66 | FITW | Federal Income | S-2 | 2,466.52 | 275.79 | DNTL | Dental | 6.72 |
| ERDNT | ERDNT | | | 6.72 | MED | Medicare | | 2,466.52 | 35.76 | MDCL | Medical | 343.95 |
| ERLIF | ERLIF | | | 1.31 | SS | OASDI | | 2,466.52 | 152.92 | STD | STD | 42.47 |
| ERMED | ER Medical | | | 178.03 | FL | Florida SITW | | 2,466.52 | | VECI | VECI | 4.70 |
| ERVIS | ER Vision | | | 2.08 | | | | | | VESCI | VESCI | 2.75 |
| **Totals** | | **80.0000** | | **2,859.66** | **Totals** | | | | **464.47** | **Totals** | | **400.59** |

Type: Regular  Tax Freq: (B) Bi-Weekly  Chk Date: 6/19/2020  Net: 1,994.60  Dir Dep: 1,994.60  Chk: 0.00

### CHRISTINA
- EmpId: FCMG1060
- Badge: Not Listed
- Salary: 3150.78
- Rate: 39.38
- Freq: (B) Bi-Weekly

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 80.0000 | 39.38 | 3,150.78 | FITW | Federal Income | S-0 | 2,912.72 | 446.72 | 401K | 401K | 157.54 |
| 401ER | 401K | | | 126.03 | MED | Medicare | | 3,070.26 | 44.52 | LEGAL | LEGAL | 10.00 |
| ERLIF | ERLIF | | | 1.31 | SS | OASDI | | 3,070.26 | 190.36 | LTD | LTD | 21.85 |
| | | | | | FL | Florida SITW | | 2,912.72 | | STD | STD | 48.67 |
| **Totals** | | **80.0000** | | **3,150.78** | **Totals** | | | | **681.60** | **Totals** | | **238.06** |

Type: Regular  Tax Freq: (B) Bi-Weekly  Chk Date: 6/19/2020  Net: 2,231.12  Dir Dep: 2,231.12  Chk: 0.00

### MEGAN
- EmpId: FCMG1046
- Badge: Not Listed
- Rate: 18.50
- Freq: (B) Bi-Weekly

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 59.9200 | 18.50 | 1,108.52 | FITW | Federal Income | M-0 | 887.52 | 42.98 | DNTL | Dental | 30.54 |
| ERDNT | ERDNT | | | 6.72 | MED | Medicare | | 887.52 | 12.87 | MDCL | Medical | 231.44 |
| ERLIF | ERLIF | | | 1.31 | SS | OASDI | | 887.52 | 55.03 | STD | STD | 21.98 |
| ERMED | ER Medical | | | 178.03 | FL | Florida SITW | | 887.52 | | VISON | Vision | 3.38 |
| ERVIS | ER Vision | | | 2.08 | | | | | | | | |
| IA | IA | | | 66.34 | | | | | | | | |
| **Totals** | | **59.9200** | | **1,174.86** | **Totals** | | | | **110.88** | **Totals** | | **287.34** |

Type: Regular  Tax Freq: (B) Bi-Weekly  Chk Date: 6/19/2020  Net: 776.64  Dir Dep: 776.64  Chk: 0.00

### Keith
- EmpId: FCMG1106
- Badge: Not Listed
- Rate: 20.00
- Freq: (B) Bi-Weekly

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 46.5300 | 20.00 | 930.60 | FITW | Federal Income | S-1 | 930.60 | 66.69 | | | |
| ERLIF | ERLIF | | | 1.31 | MED | Medicare | | 930.60 | 13.49 | | | |
| | | | | | SS | OASDI | | 930.60 | 57.70 | | | |
| | | | | | FL | Florida SITW | | 930.60 | | | | |
| **Totals** | | **46.5300** | | **930.60** | **Totals** | | | | **137.88** | **Totals** | | **0.00** |

Type: Regular  Tax Freq: (B) Bi-Weekly  Chk Date: 6/19/2020  Net: 792.72  Dir Dep: 792.72  Chk: 0.00

## DOMINICK
- EmpId: FCMG1065
- Badge: Not Listed
- Salary: 5769.23
- Rate: 72.12
- Freq: (B) Bi-Weekly

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 80.0000 | 72.12 | 5,769.23 | FITW | Federal Income | M-1 | 6,131.97 | 888.11 | DNTL | Dental | 17.59 |
| ERDNT | ERDNT | | | 6.72 | MED | Medicare | | 6,131.97 | 88.91 | LIFE | Life | 5.00 |
| ERLIF | ERLIF | | | 1.31 | SS | OASDI | | 6,131.97 | 380.18 | LIFEC | Life Child | 1.05 |
| ERMED | ER Medical | | | 178.03 | FL | Florida SITW | | 6,131.97 | | LIFES | Life Spous | 1.50 |
| ERVIS | ER Vision | | | 2.08 | | | | | | MDCL | Medical | 516.29 |
| MDF | MD FEE | | | 900.00 | | | | | | VISON | Vision | 3.38 |
| **Totals** | | **80.0000** | | **6,669.23** | **Totals** | | | | **1,357.20** | **Totals** | | **544.81** |

Type: Regular  Tax Freq: (B) Bi-Weekly  Chk Date: 6/19/2020  Net: 4,767.22  Dir Dep: 4,767.22  Chk: 0.00

## JOSEPH
- EmpId: FCMG1012
- Badge: Not Listed
- Salary: 5125.00
- Rate: 64.06
- Freq: (B) Bi-Weekly

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 48.0000 | 64.06 | 3,075.00 | FITW | Federal Income | S-4 | 2,523.32 | 215.52 | DNTL | Dental | 45.74 |
| ERDNT | ERDNT | | | 6.72 | MED | Medicare | | 2,523.32 | 36.59 | HOSIN | HOSIN | 29.50 |
| ERLIF | ERLIF | | | 1.31 | SS | OASDI | | 2,523.32 | 156.44 | LIFE | Life | 29.50 |
| ERMED | ER Medical | | | 178.03 | FL | Florida SITW | | 2,523.32 | | LIFES | Life Spous | 8.85 |
| ERVIS | ER Vision | | | 2.08 | | | | | | MDCL | Medical | 821.18 |
| IA | IA | | | 348.12 | | | | | | VISON | Vision | 3.38 |
| **Totals** | | **48.0000** | | **3,423.12** | **Totals** | | | | **408.55** | **Totals** | | **938.15** |

Type: Regular  Tax Freq: (B) Bi-Weekly  Chk Date: 6/19/2020  Net: 2,076.42  Dir Dep: 2,076.42  Chk: 0.00

## RUBILINDA
- EmpId: FCMG1092
- Badge: Not Listed
- Salary: 2057.69
- Rate: 25.72
- Freq: (B) Bi-Weekly

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 80.0000 | 25.72 | 2,057.69 | FITW | Federal Income | M-3 | 1,983.54 | 108.37 | 401L1 | 401K | 36.00 |
| 401ER | 401K | | | 41.15 | MED | Medicare | | 1,983.54 | 28.76 | 4ROTH | Roth 401K | 41.15 |
| ERDNT | ERDNT | | | 6.72 | SS | OASDI | | 1,983.54 | 122.98 | DNTL | Dental | 29.64 |
| ERLIF | ERLIF | | | 1.31 | FL | Florida SITW | | 1,983.54 | | MDCL | Medical | 44.51 |
| ERMED | ER Medical | | | 178.03 | | | | | | | | |
| ERVIS | ER Vision | | | 2.08 | | | | | | | | |
| **Totals** | | **80.0000** | | **2,057.69** | **Totals** | | | | **260.11** | **Totals** | | **151.30** |

Type: Regular  Tax Freq: (B) Bi-Weekly  Chk Date: 6/19/2020  Net: 1,646.28  Dir Dep: 1,646.28  Chk: 0.00

## LINDSEY
- EmpId: FCMG1077
- Badge: Not Listed
- Salary: 2431.62
- Rate: 30.40
- Freq: (B) Bi-Weekly

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 80.0000 | 30.40 | 2,431.62 | FITW | Federal Income | S-1 | 2,194.73 | 252.38 | 401K | 401K | 145.90 |
| 401ER | 401K | | | 97.27 | MED | Medicare | | 2,340.63 | 33.94 | 401L1 | 401K | 120.15 |
| ERDNT | ERDNT | | | 6.72 | SS | OASDI | | 2,340.63 | 145.12 | DNTL | Dental | 10.39 |
| ERLIF | ERLIF | | | 1.31 | FL | Florida SITW | | 2,194.73 | | LIFE | Life | 2.00 |
| ERMED | ER Medical | | | 178.03 | | | | | | MDCL | Medical | 44.51 |
| ERVIS | ER Vision | | | 2.08 | | | | | | STD | STD | 36.09 |
| **Totals** | | **80.0000** | | **2,431.62** | **Totals** | | | | **431.44** | **Totals** | | **359.04** |

Type: Regular  Tax Freq: (B) Bi-Weekly  Chk Date: 6/19/2020  Net: 1,641.14  Dir Dep: 1,641.14  Chk: 0.00

### COURTNEY
EmpId: FCMG1068
Badge: Not Listed
Salary: 2343.56
Rate: 29.29
Freq: (B) Bi-Weekly

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Regular |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 64.0000 | 29.29 | 1,874.85 | FITW | Federal Income | S-1 | 1,925.63 | 193.18 | 401K | 401K | 351.53 | Tax Freq | (B) Bi-Weekly |
| 401ER | 401K | | | 93.75 | MED | Medicare | | 2,277.16 | 33.02 | ACC | ACC | 11.50 | Chk Date | 6/19/2020 |
| ERDNT | ERDNT | | | 6.72 | SS | OASDI | | 2,277.16 | 141.19 | DNTL | Dental | 10.39 | Net | 1,558.24 |
| ERLIF | ERLIF | | | 1.31 | FL | Florida SITW | | 1,925.63 | | MDCL | Medical | 44.51 | Dir Dep | 1,558.24 |
| ERMED | ER Medical | | | 178.03 | | | | | | | | | Chk | 0.00 |
| ERVIS | ER Vision | | | 2.08 | | | | | | | | | | |
| PTO | PTO | 16.0000 | 29.29 | 468.71 | | | | | | | | | | |
| **Totals** | | **80.0000** | | **2,343.56** | **Totals** | | | | **367.39** | **Totals** | | **417.93** | | |

### Christopher
EmpId: FCMG1103
Badge: Not Listed
Salary: 2500.00
Rate: 31.25
Freq: (B) Bi-Weekly

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Regular |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 80.0000 | 31.25 | 2,500.00 | FITW | Federal Income | S-0 | 2,313.32 | 314.85 | 401K | 401K | 125.00 | Tax Freq | (B) Bi-Weekly |
| 401ER | 401K | | | 100.00 | MED | Medicare | | 2,438.32 | 35.36 | LTD | LTD | 11.92 | Chk Date | 6/19/2020 |
| ERDNT | ERDNT | | | 6.72 | SS | OASDI | | 2,438.32 | 151.17 | MDCL | Medical | 44.51 | Net | 1,811.94 |
| ERLIF | ERLIF | | | 1.31 | FL | Florida SITW | | 2,313.32 | | STD | STD | 5.25 | Dir Dep | 1,811.94 |
| ERMED | ER Medical | | | 178.03 | | | | | | | | | Chk | 0.00 |
| ERVIS | ER Vision | | | 2.08 | | | | | | | | | | |
| **Totals** | | **80.0000** | | **2,500.00** | **Totals** | | | | **501.38** | **Totals** | | **186.68** | | |

### , DONALD
EmpId: FCMG1038
Badge: Not Listed
Salary: 13461.54
Rate: 168.27
Freq: (B) Bi-Weekly

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Regular |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 60.0000 | 168.27 | 10,096.15 | FITW | Federal Income | M-1 | 10,074.65 | 1,812.95 | 4ROTH | Roth 401K | 1,413.46 | Tax Freq | (B) Bi-Weekly |
| 401ER | 401K | | | 403.84 | MED | Medicare | | 10,074.65 | 146.08 | ACC | ACC | 11.50 | Chk Date | 6/19/2020 |
| ERDNT | ERDNT | | | 52.45 | SS | OASDI | | 10,074.65 | 624.62 | LEGAL | LEGAL | 10.00 | Net | 5,971.54 |
| ERLIF | ERLIF | | | 1.31 | FL | Florida SITW | | 10,074.65 | | LIFE | Life | 72.00 | Dir Dep | 5,971.54 |
| ERMED | ER Medical | | | 999.21 | | | | | | VECI | VECI | 34.00 | Chk | 0.00 |
| ERVIS | ER Vision | | | 5.46 | | | | | | | | | | |
| **Totals** | | **60.0000** | | **10,096.15** | **Totals** | | | | **2,583.65** | **Totals** | | **1,540.96** | | |

### ALLISON
EmpId: FCMG1044
Badge: Not Listed
Salary: 5769.23
Rate: 72.12
Freq: (B) Bi-Weekly

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Regular |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | Reg | 48.0000 | 72.12 | 3,461.54 | FITW | Federal Income | S-0 | 3,385.39 | 550.71 | 401K | 401K | 376.15 | Tax Freq | (B) Bi-Weekly |
| 401ER | 401K | | | 150.47 | MED | Medicare | | 3,761.54 | 54.54 | | | | Chk Date | 6/19/2020 |
| ERDNT | ERDNT | | | 17.10 | SS | OASDI | | 3,761.54 | 233.21 | | | | Net | 2,546.93 |
| ERLIF | ERLIF | | | 1.31 | FL | Florida SITW | | 3,385.39 | | | | | Dir Dep | 2,546.93 |
| ERMED | ER Medical | | | 222.54 | | | | | | | | | Chk | 0.00 |
| ERVIS | ER Vision | | | 2.08 | | | | | | | | | | |
| MDF | MD FEE | | | 300.00 | | | | | | | | | | |
| **Totals** | | **48.0000** | | **3,761.54** | **Totals** | | | | **838.46** | **Totals** | | **376.15** | | |

**Totals for FIRST CHOICE MEDICAL GROUP OF BREVARD LLC   (83596)**

FIRST CHOICE MEDICAL GROUP OF BREVARD LLC   (83596)

| | | Code | Earning | Hours | Amount | Code | Tax | Taxable | Amount | Code | Deduction | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employees | 17 | REG | Reg | 1,064.0000 | 50,742.45 | FITW | Federal Income Tax | 48,923.72 | 5,979.39 | 401K | 401K | 1,156.12 | Net | 37,549.03 |
| Chks/Vchrs | 17 | 401ER | 401K Match | | 1,012.51 | MED | Medicare | 50,079.84 | 726.15 | 401L1 | 401K Loan | 156.15 | Dir Dep | 37,549.03 |
| | | ERDNT | ERDNT | | 186.54 | SS | OASDI | 46,450.02 | 2,879.89 | 4ROTH | Roth 401K | 1,454.61 | Chk | 0.00 |
| | | ERLIF | ERLIF | | 22.27 | FL | Florida SITW | 48,923.72 | | ACC | ACC | 42.50 | | |
| | | ERMED | ER Medical | | 4,357.32 | | | | | DNTL | Dental | 176.52 | | |
| | | ERVIS | ER Vision | | 35.88 | | | | | HOSIN | HOSIN | 83.00 | | |
| | | IA | IA | | 572.86 | | | | | LEGAL | LEGAL | 40.00 | | |
| | | MDF | MD FEE | | 1,800.00 | | | | | LIFE | Life | 121.00 | | |
| | | PTO | PTO | 16.0000 | 468.71 | | | | | LIFEC | Life Child | 3.15 | | |
| | | | | | | | | | | LIFES | Life Spous | 12.90 | | |
| | | | | | | | | | | LTD | LTD | 78.96 | | |
| | | | | | | | | | | MDCL | Medical | 2,762.97 | | |
| | | | | | | | | | | STD | STD | 306.71 | | |
| | | | | | | | | | | VECI | VECI | 38.70 | | |
| | | | | | | | | | | VESCI | VESCI | 2.75 | | |
| | | | | | | | | | | VISON | Vision | 13.52 | | |
| | | **Totals** | | 1,080.0000 | 53,584.02 | **Totals** | | | 9,585.43 | **Totals** | | 6,449.56 | | |

**\*\*Disclaimer\*\***    Register Prior to Processing (Preprocess Register)

This report is intended solely for the information and use of authorized payroll personnel as a final review and balancing tool prior to the submission of a payroll for final processing. It does not reflect final processing results and should not be used to update company financial records, fund bank accounts or make tax payments.