BB&T Visa
BB&T Financial, FSB
P.O. Box 580340
Charlotte, NC 28258-0340

Broadridge ICS
P.O. Box 416423
Boston, MA 02241

Christian Romandetti
3540 Charlton Pl.
Melbourne, FL 32934-8344

Christian Romandetti, Sr.
3540 Charlton PL
Melbourne, FL 32934

Corporate Stock Transfer
3200 Cherry Dr. South
Suite 430
Denver, CO 80209

CS Disco Inc.
P.O. Box 670533
Dallas, TX 75267-0533

Donovan Davis, Jr.
Fed Correctional Cplx Unit B
P.O. Box 1031
Coleman, FL 33521

Equisolve, Inc.
2455 E. Sunrise Blvd.
Suite 1201
Fort Lauderdale, FL 33304

GIRTFT, LLC
709 S. Harbor City Blvd.
Suite 250
Melbourne, FL 32901

Jackson Lewis P.C.
P.O. Box 416019
Boston, MA 02241-6019

Kris Romandetti
c/o Taylor F. Ford, Esq.
P.O. Box 1631
Orlando, FL 32802-1631

Leading Edge Medical Conslt.
Taylor F. Ford, Esq.
P.O. Box 1631
Orlando, FL 32802-1631

Locke Lord LLP
P.O. Box 301170
Dallas, TX 75303

Marcum LLP
10 Melville Park Road
Melville, NY 11747

Maz Partners LP
c/o Fritz Scheller, Esq.
200 E. Robinson, Ste. 1150
Orlando, FL 32801

Meehans' Office Products
900 E. Haven Ave.
Melbourne, FL 32901

Morris Nichols Arsht et al
1201 North Market St.
16th Floor
Wilmington, DE 19899-1347

MTMC of Melbourne, Inc.
3540 Charlton PL
Melbourne, FL 32934

Net Suite
Oracle America, Inc.
15612 Colelction Dr.
Chicago, IL 60693

Schnader Harrison Segal
ATTN: David Baback
1600 Market Street, Ste 3600
Philadelphia, PA 19103-7286

Smith & Associates
3301 Thomasville Road
Suite 201
Tallahassee, FL 32308

Steward Healthcare System
c/o Ethan H. Townsend, Esq.
1007 N. Orange St. 4th Flr
Wilmington, DE 19801

Truist Bank
214 N. Tyron St.
Charlotte, NC 28202

VIA Acquisition Corp.
c/o Kurt M. Heyman, Esq.
300 Delaware Ave. Ste. 200
Wilmington, DE 19801

Agency for Healthcare Admin
Healthcare Clinic Unit
2727 Mahan Drive., MS 5
Tallahassee, FL 32308

AJL of Brevard LLC
709 S. Harbor City Blvd.
Suite 250
Melbourne, FL 32901

Athena Health, Inc.
P. O. Box 415615
Boston, MA 02241-5615

Beachside Physical Therapy
c/o Michael Riemenschneider
175 E. Nasa Blvd., Suite 303
Melbourne, FL 32901

Breg, Inc.
P. O. Box 849991
Dallas, TX 75284

CGS DME MAC Jurisdiction B
PO BOX 953479
Saint Louis, MO 63195-3479

Christian Romandetti
3540 Charlton Pl.
Melbourne, FL 32934-8344

CT Capital LP
200 Park Central Blvd. S.
Pompano Beach, FL 33064

D. Badolato, P. A.
6300 North Wickham Road
Suite 101
Melbourne, FL 32940

DJO Global
P. O. Box 650777
Dallas, TX 75265

Dr. Januszewski, DO
2222 S. Harbor City Blvd
Suite 610
Melbourne, FL 32901

Estate of John F. Turner III
c/o Boris L. Zhadanovsky Esq
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409

Experian Health, Inc.
c/o Experian
PO Box 886133
Los Angeles, CA 90088-6133

Florida Blue
P. O. Box 660299
Dallas, TX 75266-0299

GE Healthcare
PO Box 96483
Chicago, IL 60693

Global Analytical Dev., LLC
P. O. Box 734509
Chicago, IL 60695-1509

Henry Schein
Box 371952
Pittsburgh, PA 15250-7952

J. Ellsworth Summers, Jr.
Burr & Forman LLP
50 North Laura Street
Jacksonville, FL 32202

Jackson Lewis P.C.
666 Third Avenue - 29th Flo
New York, NY 10017

MTMC of Melbourne, Inc.
3540 Charlton Pl.
Melbourne, FL 32934-8344

Optimum Outcomes of Florida
236 Lansing Island Dr.
Satellite Beach, FL 32937

Sykes Creek Prof. Center
1344 S. Apollo Blvd.
Ste. 400
Melbourne, FL 32901

TLR of Brevard, LLC
3490 Poseidon Way
Indialantic, FL 32903

Truist Bank
214 N. Tyron St.
Charlotte, NC 28202

TruMedical Solutions, LLC
P. O. Box 1869
Collegedale, TN 37315

West Melbourne Town Center
P.O. Box 531794
Atlanta, GA 30353-1794

Brevard Business News
4300 Fortune Place Ste D
Melbourne, FL 32904

Brevard County Tax Collector
P. O. Box 2500
Titusville, FL 32781

Canon Financial Services Inc
14904 Collections Center Dr.
Chicago, IL 60693

Century Link Level 3
Communications, LLC
P.O. Box 910182
Denver, CO 80291

Christian Romandetti
3540 Charlton Pl.
Melbourne, FL 32934-8344

CR of Melbourne, LLC
940 Myrtle Avenue
Melbourne, FL 32935

DEX Imaging
PO Box 17299
Clearwater, FL 33762

Explorer Multimedia, LLC
P.O. Box 320773
Cocoa Beach, FL 32932

FOTO, Inc.
PO Box 72046
Cleveland, OH 44192

Hometown News
P. O. Box 850
Fort Pierce, FL 34954

Maverick Multimedia, Inc.
750 Avocado Drive
Merritt Island, FL 32953

Melbourne Regional Chamber
of Commerce
1005 E. Strawbridge Ave.
Melbourne, FL 32901

MTMC of Melbourne, Inc.
3540 Charlton Pl.
Melbourne, FL 32934-8344

Purchase Power
P. O. Box 371874
Pittsburgh, PA 15250-7874

Rock Paper Simple
1370 Sarno Road Suite G
Melbourne, FL 32935

Signius Communications
PO Box 639236
Cincinnati, OH 45263-9236

Smith & Associates
3301 Thomasville Road
Suite 201
Tallahassee, FL 32308

Space Coast Magazines, LLC
P. O. Box 410901
Melbourne, FL 32941

Staples Business Credit
PO Box 105638
Atlanta, GA 30348

The Tech Company
3932 W. Eau Gallie Blvd.
Suite 102
Melbourne, FL 32934

Trilogy Medwaste Southeast
P.O. Box 670650
Dallas, TX 75267

Truist Bank
214 N. Tyron St.
Charlotte, NC 28202

City of Melbourne
PO Box 17
Melbourne, FL 32902-0017

CR of Melbourne LLC
709 S. Harbor City Blvd.
Suite 530
Melbourne, FL 32901

Dept. of Bus. & Prof. Reg.
P.O. Box 6300
Tallahassee, FL 32314

Florida Depart. of Revenue
Bankruptcy Section
P.O. Box
Tallahassee, FL 32314-6668

Florida Power & Light
FPL General Mail Facility
Miami, FL 33188

GMR Melbourne, LLC
2 Bethesda Metro Center
Suite 440
Bethesda, MD 20814

GMR of Melbourne, LLC
2 Bethesda Metro Center
Suite 430
Bethesda, MD 20814

Home Depot Creditcard Srvcs
Dept 32-XXXXXX3692
PO Box 183175
Columbus, OH 43218-3175

Johnson Controls Fire Protec
Dept. CH 10320
Palatine, IL 60055

Kone Inc.
One Kone Court
Moline, IL 61265

MAI Design Build
395 Stan Dr., Suite B
Melbourne, FL 32904

MARRS Air Conditioning & Ref
1248 Aurora Road
Melbourne, FL 32935

NALCO Company
P.O. Box 70716
Chicago, IL 60673-0716

Plan It Lawn and Landscaping
P. O. Box 360147
Melbourne, FL 32936

Waste Management Inc. of Fl
P. O. Box 4648
Carol Stream, IL 60197-4648