[Doscomb] [Order to Show Cause Why an Ombudsman Should Not Be Appointed]

ORDERED.

Dated: June 17, 2020

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                                  Case No.
                                                                                                        6:20−bk−03355−LVV
                                                                                                        Chapter 11

First Choice Healthcare Solutions, Inc.

_____Debtor*_____/

### ORDER TO SHOW CAUSE WHY AN OMBUDSMAN SHOULD NOT BE APPOINTED

   The Debtor filed a voluntary petition on June 15, 2020 indicating the Debtor is a health care business. 11 U.S.C. § 333(a)(1) provides that the Court shall appoint an ombudsman, not later than 30 days after the commencement of the case. Accordingly it is

   **ORDERED:**

   1. The Debtor and the United States Trustee shall appear before the Court on June 24, 2020 , at 02:00 PM to show cause why a Patient Care Ombudsman should not be appointed. The hearing will be held telephonically.

   2. The hearing may be canceled by the filing of a consent to no Ombudsman being necessary by the Debtor and United States Trustee.

   3. <u>Telephonic Appearance Requirement</u>. Effective March 16, 2020, and continuing until further notice, Judges in all Divisions will conduct all hearings by telephone. Parties should arrange a telephonic appearance through Court Call (866−582−6878).

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this order on interested parties.