**EXHIBIT B**

| DEBTOR ENTITY NAME | INSTITUTION NAME | TYPE OF ACCOUNT | LAST FOUR DIGITS OF ACCOUNT NUMBER (XXXX) | VALUE OF DEBTOR'S INTEREST AS OF PETITION DATE |
|---|---|---|---|---|
| First Choice Health Care Solutions, Inc. | Truist Bank[1] | Checking | 5308 | $673.17 |
| First Choice Health Care Solutions, Inc. | Truist Bank | Money Market | 3694 | $810,523.19 |
| FCID Medical, Inc. | Truist Bank | Checking | 4611 | $199.59 |
| First Choice Medical Group of Brevard, LLC | Truist Bank | Checking | 5387 | $15,872.45 |
| First Choice Medical Group of Brevard, LLC | Truist Bank | Checking | 5393 | $29.21 |
| First Choice Medical Group of Brevard, LLC | US Bank[2] | Checking | 9470 | $11,553.30 |
| Marina Towers, LLC | Truist Bank | Checking | 1596 | $1,670.41 |

---

[1] The address of the Debtors' local branch of Truist Bank is 1300, S. Babcock Street, Melbourne, FL 32901.
[2] The address of U.S. Bank is 5065 Wooster Rd., OH 45226.

53564338;3