UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
**www.flmb.uscourts.gov**

| In re: | Case No.: 6:20-bk-3355-LVV |
|---|---|
| | Chapter 11 |
| First Choice Healthcare Solutions, Inc. *et, al.*[1] | |
| | (Jointly Administered) |
| Debtors. | |
| _____/ | |

### DEBTORS' EXHIBIT LIST

**(Hearing on Court's Order to Show Cause Why
an Ombudsman Should Not Be Appointed (Doc. No. 19))**

**Hearing: June 24, 2020**

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 1. | Certificate of Professional Insurance | | | |
| 2. | Composite of licenses and pending applications | | | |
| 3. | November 12, 2019 -Relicensure | | | |
| 4. | November 15, 2019 – Relicensure Survey | | | |
| 5. | All Exhibits presented by any other party | | | |

The Debtors reserve the right to amend or supplement this exhibit list.

---

[1] The Debtors in these cases are: First Choice Healthcare Solutions, Inc., First Choice Medical Group of Brevard, LLC, FDIC Medical, Inc, and Marina Towers, LLC.  The address of all the Debtors are 709 S. Harbor City Blvd., Suite 530, Melbourne, FL 32901.

1

53597836;1

| | |
|---|---|
| Dated: June 22, 2020 | /s/ Esther McKean<br>Esther McKean, Esquire<br>Florida Bar No. 028124<br>AKERMAN LLP<br>420 S. Orange Ave., Suite 1200<br>Orlando, FL 32801<br>Phone: (407) 423-4000<br>Fax: (407) 843-6610<br>Email: esther.mckean@akerman.com<br>Proposed Counsel for Debtors and<br>Debtors-in-Possession |

CERTIFICATE OF SERVICE

    I hereby certify that on this 22nd day of June, 2020, this document was filed and served through the Court's CM/ECF system to those parties receiving CM/ECF notifications.

                                      s/ Esther McKean
                                      Esther A. McKean, Esquire