## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

First Choice Healthcare Solutions, Inc., *et al.*

    Debtor.
_____/

Case No.: 6:20-bk-03355-LVV
Chapter 11

(Jointly Administered)

### CASE STATUS REPORT

Pursuant to the Court's request at the hearing held on June 24, 2020 at 2:00 p.m., Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A. ("Trenam") hereby states as follows:

1. The shareholders' meeting that the Court was advised of was scheduled and held on June 25, 2020 (the "Shareholders' Meeting"). The day prior to the Shareholders' Meeting, all directors of the Company resigned, and the shareholders of the Company present at the meeting (by proxy or by personal attendance) voted their shares to elect a new slate of directors proposed by Via Acquisition Corp.

2. The newly elected directors have conferred with the Debtor's officers and proposed professionals and have otherwise been familiarizing themselves with the Bankruptcy case filings and other matters related to the business including the roles of the various professionals. The Board has not yet made a determination regarding the role of the Trenam firm, but expects to do so over the next several days and will provide the Court with a status report at the hearing that is scheduled for July 8, 2020.

Dated: July 2, 2020.

/s/ *Lynn Welter Sherman*
Lynn Welter Sherman, Esquire
Florida Bar No. 0375616
TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS P.A.
200 Central Avenue, Suite 1600
St. Petersburg, FL 33701
Telephone: 727.896.7171
Email: lsherman@trenam.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of July, 2020, a true and correct copy of the foregoing was served to all parties receiving CM/ECF notification via the Court's CM/ECF system.

/s/ *Lynn Welter Sherman*
Lynn Welter Sherman, Esq.