UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | Case No.: 6:20-bk-3355-KSJ |
| | Chapter 11 |
| First Choice Healthcare Solutions, Inc. *et, al.*[1] | |
| | (Jointly Administered) |
| Debtors. | |
| _____/ | |

## PROOF OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Order Granting Debtor First Choice Healthcare Solutions, Inc.'s Motion for Authority to Conduct Expanded Capital Raise (Doc. No. 318) was furnished on January 13, 2021, to all parties receiving electronic notifications by the CM/ECF system and on January 15, 2021 by U.S. Mail to the following: Debtors c/o Lance Friedman, 709 S. Harbor City Blvd., Suite 530, Melbourne, FL 32901 and those parties on the attached matrix.

I HEREBY CERTIFY that a true and correct copy of the Second Interim Order on Debtors First Choice Medical Group of Brevard, LLC, FCID Medical, Inc. and Marina Towers, LLC's Motion for an Order Approving Assumption of Leases (Doc. No. 320) was furnished on January 14, 2021, to all parties receiving electronic notifications by the CM/ECF system and on January 15, 2021 by U.S. Mail to the following: Debtors c/o Lance Friedman, 709 S. Harbor City Blvd., Suite 530, Melbourne, FL 32901 and those parties on the attached matrix.

---

[1] The Debtors in these cases are: First Choice Healthcare Solutions, Inc., First Choice Medical Group of Brevard, LLC, FCID Medical, Inc., and Marina Towers, LLC.  The address of all the Debtors is 709 S. Harbor City Blvd., Suite 530, Melbourne, FL 32901.

56092999;1

2

Dated: January 15, 2021.    */s/Esther McKean*
Esther McKean
Florida Bar Number: 028124
**AKERMAN LLP**
420 S. Orange Ave., Suite 1200
Orlando, FL 32801
Phone: (407) 419-8583
Fax: (407) 843-6610
Email: esther.mckean@akerman.com
Counsel for Debtors and
Debtors-in-Possession