**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

ATTACHMENT NO. 1

| |
|---|
| **Case Name:  FCID Medical, Inc.** |
| **Case Number: 6:20-bk-3357-KSJ** |
| **Date of Plan Confirmation: February 21, 2021** |

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | | X |
| | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY      and      CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Property Insurance - Arch Specialty Insurance Company | 10/03/20 to 10/03/21 | 3598.77 Monthly | None |
| Liability and Umbrella - Twin City Fire Insurance Company (The Hartford) | 03/27/21 to 03/27/22 | 517.21 Monthly | None |
| | | | |
| | | | |

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| On February 23, 2021, the Bankruptcy Court entered an Order Confirming Debtors' Amended Joint Plan of Reorganization.  On April 21, 2021 a status hearing was held setting July 2, 2021 as the deadline for claim objections.  On March 1, 2021, in the case of Maz Partners LP, individually and on behalf of all other similarly situated, vs. First Choice Healthcare Solutions, Inc. and Christian Romandetti, Sr., Case No. 6:19-cv-00619-PGB-LRH pending in the U.S. District Court, Middle District of Florida, Orlando Division, an Order Preliminary Approving Class Action Settlement, Preliminary Certifying Settlement Class, and Directing Notice to Settlement Class was entered.  The District Court set a hearing regarding final approval of the settlement for July 26, 2021 at 10:00 a.m. at the United States District Court for the Middle District of Florida, Orlando Division, 401 West Central Boulevard, Orlando, Florida 32801. |
| **Estimated Date of Filing the Application for Final Decree:**          Summer of 2021 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This ___19th___ day of ___April_____ 20_21___.

_____
Debtor's Signature          Phillip J. Keller, CFO

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

**ATTACHMENT NO. 2**

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| |
|---|
| Case Name:  FCID Medical, Inc. |
| Case Number: 6:20-bk-3357-KSJ |
| Date of Plan Confirmation: February 21, 2021 |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | | 02/01/21 - 03/31/21 | 02/22/21 - 03/31/21 |
|---|---|---|---|
| | | Quarterly | Post Confirmation Total |
| 1. | **CASH (Beginning of Period)** | $            569.30 | $            941.00 |
| | | | |
| 2. | **INCOME or RECEIPTS during the Period** | $         309,040.07 | $         223,040.07 |
| | | | |
| 3. | **DISBURSEMENTS** | | |
| | a.  **Operating Expenses (Fees/Taxes):** | | |
| | (i) U.S. Trustee Quarterly Fees | $  None | $  None |
| | (ii) Federal Taxes | None | None |
| | (iii State Taxes | None | None |
| | (iv Other Taxes | None | None |
| | | | |
| | b.  **All Other Operating Expenses:** | $         309,450.93 | $         223,822.63 |
| | | | |
| | c.  **Plan Payments:** | | |
| | (i) Administrative Claims | $  None | $  None |
| | (ii) Class One | None | None |
| | (iii Class Two | None | None |
| | (iv Class Three | None | None |
| | (v) Class Four | None | None |
| | (vi Class Five | None | None |
| | (vi Class Six | None | None |
| | (vi Class Seven | None | None |
| | | | |
| | **Total Disbursements (Operating & Plan)** | $         309,450.93 | $         223,822.63 |
| | | | |
| 1. | **CASH (End of Period)** | $            158.44 | $            158.44 |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

**ATTACHMENT NO. 3**

| | |
|---|---|
| Case Name:  FCID Medical, Inc. | |
| Case Number: 6:20-bk-3357-KSJ | |
| Date of Plan Confirmation: February 21, 2021 | |

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter

### For 02/28/21

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD Bank | | | |
| Account Number: | XXX-XXX9125 | | | |
| Purpose of Account (Operating/Payroll/Tax) | Operating | | | |
| Type of Account (e.g. checking) | Checking | | | |
| | | | | |
| 1.  Balance per Bank Statement | 8,354.58 | | | |
| 2.  **ADD**: Deposits not credited | - | | | |
| 3.  **SUBTRACT**: Outstanding Checks | (7,738.42) | | | |
| 4.  Other Reconciling Items | - | | | |
| 5.  **Month End Balance** (Must Agree with Books) | 616.16 | | | |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.



# Bank
**America's Most Convenient Bank®**

E    STATEMENT OF ACCOUNT

FCID MEDICAL INC
DIP CASE 20-03357 MFLO
709 SOUTH HARBOR CITY BLVD SUITE 530
MELBOURNE FL  32901

| | |
|---|---|
| Page: | 1 of 7 |
| Statement Period: | Feb 01 2021-Feb 28 2021 |
| Cust Ref #: | ~~4360000~~ |
| Primary Account #: | ~~4360-0009125~~ |

## Chapter 11 Checking

FCID MEDICAL INC
DIP CASE 20-03357 MFLO

*RECEIVED MAR 0 1 2021*

Account # ~~4360-0009~~9125

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 7,802.16 | Average Collected Balance | 7,580.05 |
| Electronic Deposits | 143,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 26,490.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 115,922.58 | Days in Period | 28 |
| Other Withdrawals | 35.00 | | |
| Ending Balance | 8,354.58 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $35.00 | $35.00 |
| Total Returned Item Fees (NSF) | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/03 | eTransfer Credit, Online Xfer<br>Transfer from CK 4369008846 | 2,000.00 |
| 02/10 | eTransfer Credit, Online Xfer<br>Transfer from CK 4369008846 | 5,000.00 |
| 02/16 | eTransfer Credit, Online Xfer<br>Transfer from CK 4369008854 | 15,000.00 |
| 02/19 | eTransfer Credit, Online Xfer<br>Transfer from CK 4369008854 | 19,000.00 |
| 02/25 | eTransfer Credit, Online Xfer<br>Transfer from CK 4369008854 | 102,000.00 |
| | Subtotal: | 143,000.00 |

**Checks Paid**    No. Checks: 22    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 02/02 | 713 | 1,403.58 | 02/22 | 769 | 41.19 |
| 02/09 | 747* | 1,424.32 | 02/22 | 770 | 838.27 |
| 02/01 | 758* | 3,598.77 | 02/17 | 771 | 302.16 |
| 02/01 | 759 | 143.37 | 02/16 | 772 | 277.45 |
| 02/04 | 761* | 229.91 | 02/26 | 773 | 44.94 |
| 02/17 | 766* | 344.56 | 02/26 | 774 | 529.15 |
| 02/22 | 767 | 111.26 | 02/25 | 775 | 507.80 |
| 02/16 | 768 | 302.51 | 02/25 | 777* | 1,031.88 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| **Ending Balance** | 8,354.58 |
| **Total Deposits** | + |
| **Sub Total** | |
| **Total Withdrawals** | - |
| **Adjusted Balance** | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS | WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS | WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Total Deposits**                    **Total Withdrawals**

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FCID MEDICAL INC
DIP CASE 20-03357 MFLO

| | |
|---|---|
| Page: | 3 of 7 |
| Statement Period: | Feb 01 2021-Feb 28 2021 |
| Cust Ref #: | ████████125-███-E-███ |
| Primary Account #: | ████████125 |

---

## DAILY ACCOUNT ACTIVITY

### Checks Paid (continued)
*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|------|-----------|--------|------|-----------|--------|
| 02/24 | 778 | 560.82 | 02/26 | 781 | 300.00 |
| 02/26 | 779 | 491.00 | 02/25 | 785* | 10,714.50 |
| 02/24 | 780 | 200.00 | 02/26 | 788* | 3,092.56 |
| | | | | Subtotal: | 26,490.00 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | DEBIT CARD PAYMENT, *****04025741814, AUT 013021 VISA DDA PUR<br>ADOBE ACROPRO SUBS      800 443 8158  * CA | 16.99 |
| 02/02 | DEBIT CARD PURCHASE, *****04025741814, AUT 020121 VISA DDA PUR<br>DNH GODADDY COM      480 5058855  * AZ | 479.64 |
| 02/04 | ELECTRONIC PMT-TEL, BRIGHT HOUSE NET CABLE TV 2984591 | 1,424.32 |
| 02/04 | ELECTRONIC PMT-TEL, BRIGHT HOUSE NET CABLE TV 2977006 | 1,403.58 |
| 02/04 | CCD DEBIT, PAYCHEX-HRS 401(K) ****034261628 | 553.04 |
| 02/09 | CCD DEBIT, PITNEY BOWES POSTEDGE 49243512 | 100.00 |
| 02/10 | CCD DEBIT, PITNEY BOWES POSTEDGE 49243512 | 100.00 |
| 02/11 | DEBIT CARD PURCHASE, *****04025741814, AUT 020921 VISA DDA PUR<br>AMZN MKTP US 5150M34B3    AMZN COM BILL * WA | 192.48 |
| 02/12 | CCD DEBIT, PITNEY BOWES POSTEDGE 49243512 | 100.00 |
| 02/16 | eTransfer Debit, Online Xfer<br>Transfer to CK 4369008846 | 13,000.00 |
| 02/16 | DEBIT CARD PURCHASE, *****04025741814, AUT 021321 VISA DDA PUR<br>DNH GODADDY COM      480 5058855  * AZ | 18.17 |
| 02/17 | ELECTRONIC PMT-WEB, FPL DIRECT DEBIT ELEC PYMT ****098176 WEBI | 292.57 |
| 02/17 | ELECTRONIC PMT-WEB, FPL DIRECT DEBIT ELEC PYMT ****002310 WEBI | 198.15 |
| 02/17 | ELECTRONIC PMT-WEB, FPL DIRECT DEBIT ELEC PYMT ****286544 WEBI | 96.14 |
| 02/17 | ELECTRONIC PMT-WEB, FPL DIRECT DEBIT ELEC PYMT ****695325 WEBI | 95.08 |
| 02/17 | ELECTRONIC PMT-WEB, FPL DIRECT DEBIT ELEC PYMT ****958091 WEBI | 34.91 |
| 02/18 | CCD DEBIT, PAYCHEX-HRS 401(K) ****034368628 | 562.36 |
| 02/24 | DEBIT CARD PURCHASE, *****04025741814, AUT 022321 VISA DDA PUR<br>READYREFRESH BY NESTLE    800 274 5282  * CA | 74.30 |
| 02/24 | DEBIT CARD PURCHASE, *****04025741814, AUT 022321 VISA DDA PUR<br>MOOD PANDORA      800 929 5407  * TX | 26.95 |
| 02/24 | DEBIT CARD PURCHASE, *****04025741814, AUT 022321 VISA DDA PUR<br>MOOD PANDORA      800 929 5407  * TX | 26.95 |
| 02/24 | DEBIT CARD PURCHASE, *****04025741814, AUT 022321 VISA DDA PUR<br>MOOD PANDORA      800 929 5407  * TX | 26.95 |
| 02/25 | eTransfer Debit, Online Xfer<br>Transfer to CK 4369008846 | 97,000.00 |
| 02/25 | CCD DEBIT, PITNEY BOWES POSTEDGE 49243512 | 100.00 |
| | Subtotal: | 115,922.58 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FCID MEDICAL INC
DIP CASE 20-03357 MFLO

| | |
|---|---|
| Page: | 4 of 7 |
| Statement Period: | Feb 01 2021-Feb 28 2021 |
| Cust Ref #: | ████59009125-039-E-███ |
| Primary Account #: | ████████09125 |

---

## DAILY ACCOUNT ACTIVITY

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/10 | OVERDRAFT PD | 35.00 |
| | Subtotal: | 35.00 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 7,802.16 | 02/16 | 4,999.03 |
| 02/01 | 4,043.03 | 02/17 | 3,635.46 |
| 02/02 | 2,159.81 | 02/18 | 3,073.10 |
| 02/03 | 4,159.81 | 02/19 | 22,073.10 |
| 02/04 | 548.96 | 02/22 | 21,082.38 |
| 02/09 | -975.36 | 02/24 | 20,166.41 |
| 02/10 | 3,889.64 | 02/25 | 12,812.23 |
| 02/11 | 3,697.16 | 02/26 | 8,354.58 |
| 02/12 | 3,597.16 | | |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FCID MEDICAL INC
DIP CASE 20-03357 MFLO

Page:                    5 of 7
Statement Period:   Feb 01 2021-Feb 28 2021
Cust Ref #:
Primary Account #:



#713        02/02        $1,403.58



#747        02/09        $1,424.32



#758        02/01        $3,598.77



#759        02/01        $143.37



#761        02/04        $229.91



#766        02/17        $344.56



#767        02/22        $111.26



#768        02/16        $302.51



#769        02/22        $41.19



#770        02/22        $838.27



**Bank**

America's Most Convenient Bank®

FCID MEDICAL INC
DIP CASE 20-03357 MFLO

STATEMENT OF ACCOUNT

Page: 6 of 7
Statement Period: Feb 01 2021-Feb 28 2021
Cust Ref #: ████4369009125-039█E██
Primary Account #: ████4369009125

| # | Date | Amount |
|---|------|--------|
| #771 | 02/17 | $302.16 |
| #772 | 02/16 | $277.45 |
| #773 | 02/26 | $44.94 |
| #774 | 02/26 | $529.15 |
| #775 | 02/25 | $507.80 |
| #777 | 02/25 | $1,031.88 |
| #778 | 02/24 | $560.82 |
| #779 | 02/26 | $491.00 |
| #780 | 02/24 | $200.00 |
| #781 | 02/26 | $300.00 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FCID MEDICAL INC
DIP CASE 20-03357 MFLO

Page:                                    7 of 7
Statement Period:    Feb 01 2021-Feb 28 2021
Cust Ref #:
Primary Account #:                          9125





| #785 | 02/25 | $10,714.50 |
| #788 | 02/26 | $3,092.56 |

12:25 PM

03/01/21

# FCID Medical, Inc.
## Reconciliation Summary
### 10200 · TD Bank Operating, Period Ending 02/28/2021

|  | Feb 28, 21 |
| --- | --- |
| **Beginning Balance** | 7,802.16 |
|    **Cleared Transactions** |  |
|       Checks and Payments - 47 items | -187,447.58 |
|       Deposits and Credits - 6 items | 188,000.00 |
|    **Total Cleared Transactions** | 552.42 |
| **Cleared Balance** | 8,354.58 |
|    **Uncleared Transactions** |  |
|       Checks and Payments - 13 items | -7,738.42 |
|    **Total Uncleared Transactions** | -7,738.42 |
| **Register Balance as of 02/28/2021** | 616.16 |
| **Ending Balance** | 616.16 |

12:25 PM

03/01/21

# FCID Medical, Inc.
## Reconciliation Detail
### 10200 · TD Bank Operating, Period Ending 02/28/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 7,802.16 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 47 items** | | | | | | |
| Bill Pmt -Check | 12/18/2020 | 713 | Bright House Networ... | X | -1,403.58 | -1,403.58 |
| Bill Pmt -Check | 01/15/2021 | 747 | Bright House Networ... | X | -1,424.32 | -2,827.90 |
| Bill Pmt -Check | 01/22/2021 | 758 | IPFS Corporation | X | -3,598.77 | -6,426.67 |
| Bill Pmt -Check | 01/22/2021 | 761 | Signius Communicat... | X | -229.91 | -6,656.58 |
| Bill Pmt -Check | 01/22/2021 | 759 | Pitney Bowes - Purc... | X | -143.37 | -6,799.95 |
| Bill Pmt -Check | 01/29/2021 | 766 | McHale, April | X | -344.56 | -7,144.51 |
| Check | 02/01/2021 | Dbt02... | TD Debit Card | X | -16.99 | -7,161.50 |
| Check | 02/02/2021 | Dbt02... | TD Debit Card | X | -479.64 | -7,641.14 |
| Check | 02/03/2021 | PC02... | Paychex Payroll | X | -553.04 | -8,194.18 |
| Bill Pmt -Check | 02/09/2021 | BH02... | Bright House Networ... | X | -1,424.32 | -9,618.50 |
| Check | 02/09/2021 | BH02... | Bright House Networ... | X | -1,403.58 | -11,022.08 |
| Check | 02/09/2021 | Dbt02... | TD Debit Card | X | -192.48 | -11,214.56 |
| Check | 02/09/2021 | PitB02... | Pitney Bowes - Purc... | X | -100.00 | -11,314.56 |
| Check | 02/10/2021 | PitB02... | Pitney Bowes - Purc... | X | -100.00 | -11,414.56 |
| Check | 02/10/2021 | TDB0... | TD Bank | X | -35.00 | -11,449.56 |
| Check | 02/11/2021 | FCMG... | First Choice Medical... | X | -45,000.00 | -56,449.56 |
| Bill Pmt -Check | 02/12/2021 | 770 | Manges, Whitney | X | -838.27 | -57,287.83 |
| Bill Pmt -Check | 02/12/2021 | 768 | Bridenbecker, Eileen | X | -302.51 | -57,590.34 |
| Bill Pmt -Check | 02/12/2021 | 771 | McHale, April | X | -302.16 | -57,892.50 |
| Bill Pmt -Check | 02/12/2021 | FPL02... | Florida Power & Light | X | -292.57 | -58,185.07 |
| Bill Pmt -Check | 02/12/2021 | 772 | Romandetti, Christian | X | -277.45 | -58,462.52 |
| Bill Pmt -Check | 02/12/2021 | FPL02... | Florida Power & Light | X | -198.15 | -58,660.67 |
| Bill Pmt -Check | 02/12/2021 | 767 | Bean, Kimberly | X | -111.26 | -58,771.93 |
| Check | 02/12/2021 | PB021... | Pitney Bowes - Purc... | X | -100.00 | -58,871.93 |
| Bill Pmt -Check | 02/12/2021 | FPL02... | Florida Power & Light | X | -96.14 | -58,968.07 |
| Bill Pmt -Check | 02/12/2021 | FPL02... | Florida Power & Light | X | -95.08 | -59,063.15 |
| Bill Pmt -Check | 02/12/2021 | 769 | City of West Melbou... | X | -41.19 | -59,104.34 |
| Bill Pmt -Check | 02/12/2021 | FPL02... | Florida Power & Light | X | -34.91 | -59,139.25 |
| Check | 02/16/2021 | FCMG... | First Choice Medical... | X | -13,000.00 | -72,139.25 |
| Check | 02/16/2021 | Dbt02... | TD Debit Card | X | -18.17 | -72,157.42 |
| Check | 02/17/2021 | PC00... | Paychex Payroll | X | -562.36 | -72,719.78 |
| Bill Pmt -Check | 02/19/2021 | 785 | The Tech Company | X | -10,714.50 | -83,434.28 |
| Bill Pmt -Check | 02/19/2021 | 777 | Century Link | X | -1,031.88 | -84,466.16 |
| Bill Pmt -Check | 02/19/2021 | 778 | DEX Imaging | X | -560.82 | -85,026.98 |
| Bill Pmt -Check | 02/19/2021 | 774 | AT&T Mobility | X | -529.15 | -85,556.13 |
| Bill Pmt -Check | 02/19/2021 | 775 | Best Version Media | X | -507.80 | -86,063.93 |
| Bill Pmt -Check | 02/19/2021 | 779 | East Coast Paper St... | X | -491.00 | -86,554.93 |
| Bill Pmt -Check | 02/19/2021 | 781 | Foto - Net Health Sy... | X | -300.00 | -86,854.93 |
| Bill Pmt -Check | 02/19/2021 | 780 | Florida High Speed I... | X | -200.00 | -87,054.93 |
| Bill Pmt -Check | 02/19/2021 | 773 | All Florida Coffee & ... | X | -44.94 | -87,099.87 |
| Check | 02/23/2021 | Dbt02... | TD Debit Card | X | -74.30 | -87,174.17 |
| Check | 02/23/2021 | Dbt02... | TD Debit Card | X | -26.95 | -87,201.12 |
| Check | 02/23/2021 | Dbt02... | TD Debit Card | X | -26.95 | -87,228.07 |
| Check | 02/23/2021 | Dbt02... | TD Debit Card | X | -26.95 | -87,255.02 |
| Check | 02/25/2021 | FCMG... | First Choice Medical... | X | -97,000.00 | -184,255.02 |
| Check | 02/25/2021 | PB022... | Pitney Bowes - Purc... | X | -100.00 | -184,355.02 |
| Bill Pmt -Check | 02/26/2021 | 788 | CR of Melbourne, LL... | X | -3,092.56 | -187,447.58 |
| **Total Checks and Payments** | | | | | **-187,447.58** | **-187,447.58** |
| **Deposits and Credits - 6 items** | | | | | | |
| Deposit | 02/03/2021 | | | X | 2,000.00 | 2,000.00 |
| Deposit | 02/10/2021 | | | X | 5,000.00 | 7,000.00 |
| Deposit | 02/11/2021 | | | X | 45,000.00 | 52,000.00 |
| Deposit | 02/16/2021 | | | X | 15,000.00 | 67,000.00 |
| Deposit | 02/19/2021 | | | X | 19,000.00 | 86,000.00 |
| Deposit | 02/25/2021 | | | X | 102,000.00 | 188,000.00 |
| **Total Deposits and Credits** | | | | | **188,000.00** | **188,000.00** |
| **Total Cleared Transactions** | | | | | **552.42** | **552.42** |
| **Cleared Balance** | | | | | **552.42** | **8,354.58** |

12:25 PM

03/01/21

# FCID Medical, Inc.
## Reconciliation Detail
### 10200 · TD Bank Operating, Period Ending 02/28/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 13 items** | | | | | | |
| Bill Pmt -Check | 01/22/2021 | 760 | RWS Facility Services | | -88.35 | -88.35 |
| Bill Pmt -Check | 02/19/2021 | 782 | IPFS Corporation | | -3,598.77 | -3,687.12 |
| Bill Pmt -Check | 02/19/2021 | 776 | Canon Financial Ser... | | -1,878.96 | -5,566.08 |
| Bill Pmt -Check | 02/19/2021 | 784 | Signius Communicat... | | -106.86 | -5,672.94 |
| Bill Pmt -Check | 02/19/2021 | 783 | RWS Facility Services | | -88.35 | -5,761.29 |
| Bill Pmt -Check | 02/26/2021 | 787 | Best Version Media | | -507.80 | -6,269.09 |
| Bill Pmt -Check | 02/26/2021 | 790 | McHale, April | | -467.32 | -6,736.41 |
| Bill Pmt -Check | 02/26/2021 | 791 | Pitney Bowes - Purc... | | -320.99 | -7,057.40 |
| Bill Pmt -Check | 02/26/2021 | 792 | Sposato, Pamela | | -299.43 | -7,356.83 |
| Bill Pmt -Check | 02/26/2021 | 789 | MARRS Air Conditio... | | -185.00 | -7,541.83 |
| Bill Pmt -Check | 02/26/2021 | 786 | AT&T | | -161.29 | -7,703.12 |
| Check | 02/26/2021 | Dbt02... | TD Debit Card | | -26.95 | -7,730.07 |
| Bill Pmt -Check | 02/26/2021 | 793 | Staples Advantage | | -8.35 | -7,738.42 |
| Total Checks and Payments | | | | | -7,738.42 | -7,738.42 |
| Total Uncleared Transactions | | | | | -7,738.42 | -7,738.42 |
| Register Balance as of 02/28/2021 | | | | | -7,186.00 | 616.16 |
| **Ending Balance** | | | | | **-7,186.00** | **616.16** |

Page 2

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

**ATTACHMENT NO. 3**

| |
|---|
| Case Name:  FCID Medical, Inc. |
| Case Number: 6:20-bk-3357-KSJ |
| Date of Plan Confirmation: February 21, 2021 |

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
### Prepare Reconcilation for each Month of the Quarter

### For 03/31/21

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD Bank | | | |
| Account Number: | XXX-XXX9125 | | | |
| Purpose of Account (Operating/Payroll/Tax) | Operating | | | |
| Type of Account (e.g. checking) | Checking | | | |
| | | | | |
| 1.  Balance per Bank Statement | 3,914.30 | | | |
| 2.  ADD:  Deposits not credited | - | | | |
| 3.  SUBTRACT:  Outstanding Checks | (3,755.86) | | | |
| 4.  Other Reconciling Items | - | | | |
| 5.  Month End Balance (Must Agree with Books) | 158.44 | | | |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.

 **Bank**
America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

FCID MEDICAL INC
DIP CASE 20-03357 MFLO
709 SOUTH HARBOR CITY BLVD SUITE 530
MELBOURNE FL 32901

Page:                    1 of 8
Statement Period:  Mar 01 2021-Mar 31 2021
Cust Ref #:
Primary Account #:            125

## Chapter 11 Checking

FCID MEDICAL INC
DIP CASE 20-03357 MFLO

*RECEIVED APR 0 1 2021*

Account #            125

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 8,354.58 | Average Collected Balance | 5,225.41 |
| Deposits | 40.07 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 21,000.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 21,215.86 | Days in Period | 31 |
| Electronic Payments | 4,264.49 | | |
| Ending Balance | 3,914.30 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $35.00 |
| Total Returned Item Fees (NSF) | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | DEPOSIT | 40.07 |
| | Subtotal: | 40.07 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/03 | eTransfer Credit, Online Xfer Transfer from CK 4369008854 | 2,000.00 |
| 03/12 | eTransfer Credit, Online Xfer Transfer from CK 4369008846 | 5,000.00 |
| 03/19 | eTransfer Credit, Online Xfer Transfer from CK 4369008854 | 6,000.00 |
| 03/25 | eTransfer Credit, Online Xfer Transfer from CK 4369008854 | 8,000.00 |
| | Subtotal: | 21,000.00 |

**Checks Paid**    No. Checks: 34    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 03/01 | 776 | 1,878.96 | 03/02 | 787 | 507.80 |
| 03/01 | 782* | 3,598.77 | 03/03 | 789* | 185.00 |
| 03/01 | 783 | 88.35 | 03/26 | 790 | 467.32 |
| 03/08 | 784 | 106.86 | 03/03 | 791 | 320.99 |
| 03/02 | 786* | 161.29 | 03/01 | 792 | 299.43 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| **Ending Balance** | 3,914.30 |
| **Total Deposits** | + |
| **Sub Total** | |
| **Total Withdrawals** | - |
| **Adjusted Balance** | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**FINANCE CHARGES:** Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FCID MEDICAL INC
DIP CASE 20-03357 MFLO

Page:                3 of 8
Statement Period:    Mar 01 2021-Mar 31 2021
Cust Ref #:          ~~4000000126-000 E~~
Primary Account #:   ~~8435-90~~9125

---

## DAILY ACCOUNT ACTIVITY

### Checks Paid (continued)

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|------|-----------|--------|------|-----------|--------|
| 03/01 | 793 | 8.35 | 03/25 | 805 | 507.80 |
| 03/31 | 794 | 81.08 | 03/30 | 806 | 3.66 |
| 03/12 | 795 | 102.05 | 03/29 | 807 | 1,767.55 |
| 03/19 | 796 | 38.84 | 03/26 | 808 | 1,042.77 |
| 03/12 | 797 | 2,275.62 | 03/26 | 809 | 548.87 |
| 03/26 | 798 | 512.06 | 03/26 | 810 | 216.00 |
| 03/12 | 799 | 332.97 | 03/25 | 811 | 200.00 |
| 03/19 | 800 | 23.58 | 03/26 | 812 | 300.00 |
| 03/30 | 801 | 203.73 | 03/30 | 813 | 88.35 |
| 03/26 | 802 | 221.01 | 03/30 | 814 | 525.85 |
| 03/25 | 803 | 43.31 | 03/29 | 815 | 3,781.42 |
| 03/25 | 804 | 537.16 | 03/26 | 817* | 239.06 |
| | | | | Subtotal: | 21,215.86 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|--------------|-------------|--------|
| 03/01 | DEBIT CARD PURCHASE, *****04025741814, AUT 022621 VISA DDA PUR<br>MOOD PANDORA        800 929 5407  * TX | 26.95 |
| 03/01 | DEBIT CARD PAYMENT, *****04025741814, AUT 022721 VISA DDA PUR<br>ADOBE ACROPRO SUBS      800 443 8158  * CA | 16.99 |
| 03/02 | DEBIT CARD PURCHASE, *****04025741814, AUT 030121 VISA DDA PUR<br>DNH GODADDY COM       480 5058855  * AZ | 56.32 |
| 03/03 | CCD DEBIT, PAYCHEX-HRS 401(K) ****034469077 | 562.15 |
| 03/04 | CCD DEBIT, PITNEY BOWES POSTEDGE 49243512 | 100.00 |
| 03/05 | DEBIT CARD PURCHASE, *****04025741814, AUT 030421 VISA DDA PUR<br>DNH GODADDY COM       480 5058855  * AZ | 169.99 |
| 03/05 | CCD DEBIT, PITNEY BOWES POSTEDGE 49243512 | 100.00 |
| 03/09 | DEBIT CARD PURCHASE, *****04025741814, AUT 030521 VISA DDA PUR<br>AMAZON COM SJ7AZ8S83     AMZN COM BILL * WA | 171.44 |
| 03/10 | DEBIT CARD PURCHASE, *****04025741814, AUT 030521 VISA DDA PUR<br>AMZN MKTP US 1L9AH6LU3    AMZN COM BILL * WA | 42.78 |
| 03/15 | DEBIT CARD PURCHASE, *****04025741814, AUT 031221 VISA DDA PUR<br>AMAZON COM WK5S52Z43     AMZN COM BILL * WA | 17.11 |
| 03/16 | ELECTRONIC PMT-WEB, FPL DIRECT DEBIT ELEC PYMT ****098176 WEBI | 305.11 |
| 03/16 | ELECTRONIC PMT-WEB, FPL DIRECT DEBIT ELEC PYMT ****002310 WEBI | 211.65 |
| 03/16 | DEBIT CARD PAYMENT, *****04025741814, AUT 031521 VISA DDA PUR<br>B2B PRIME CX9PM3M53     AMZN COM BILL * WA | 179.00 |
| 03/16 | ELECTRONIC PMT-WEB, FPL DIRECT DEBIT ELEC PYMT ****695325 WEBI | 126.99 |
| 03/16 | ELECTRONIC PMT-WEB, FPL DIRECT DEBIT ELEC PYMT ****286544 WEBI | 104.36 |
| 03/16 | ELECTRONIC PMT-WEB, FPL DIRECT DEBIT ELEC PYMT ****958091 WEBI | 40.06 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FCID MEDICAL INC
DIP CASE 20-03357 MFLO

Page:                4 of 8
Statement Period:    Mar 01 2021-Mar 31 2021
Cust Ref #:          ▓▓▓▓▓▓▓▓▓▓▓▓▓
Primary Account #:   ▓▓▓▓▓9125

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | CCD DEBIT, PAYCHEX-HRS 401(K) ****034576153 | 563.74 |
| 03/17 | DEBIT CARD PURCHASE, *****04025741814, AUT 031521 VISA DDA PUR AMZN MKTP US QD9FN7HZ3 A    AMZN COM BILL * WA | 37.00 |
| 03/22 | DEBIT CARD PURCHASE, *****04025741814, AUT 031721 VISA DDA PUR AMZN MKTP US 547NI4DZ3    AMZN COM BILL * WA | 326.98 |
| 03/24 | CCD DEBIT, PITNEY BOWES POSTEDGE 49243512 | 100.00 |
| 03/24 | DEBIT CARD PURCHASE, *****04025741814, AUT 032321 VISA DDA PUR MOOD PANDORA        800 929 5407 * TX | 26.95 |
| 03/24 | DEBIT CARD PURCHASE, *****04025741814, AUT 032321 VISA DDA PUR MOOD PANDORA        800 929 5407 * TX | 26.95 |
| 03/24 | DEBIT CARD PURCHASE, *****04025741814, AUT 032321 VISA DDA PUR MOOD PANDORA        800 929 5407 * TX | 26.95 |
| 03/25 | DEBIT CARD PURCHASE, *****04025741814, AUT 032321 VISA DDA PUR READYREFRESH BY NESTLE    800 274 5282 * CA | 114.92 |
| 03/25 | CCD DEBIT, PITNEY BOWES POSTEDGE 49243512 | 100.00 |
| 03/26 | DEBIT CARD PURCHASE, *****04025741814, AUT 032321 VISA DDA PUR AMAZON COM S45YV9H43 AMZ    AMZN COM BILL * WA | 51.75 |
| 03/29 | DEBIT CARD PURCHASE, *****04025741814, AUT 032621 VISA DDA PUR AMZN MKTP US 0C4VD27F3    AMZN COM BILL * WA | 79.95 |
| 03/29 | DEBIT CARD PURCHASE, *****04025741814, AUT 032621 VISA DDA PUR MOOD PANDORA        800 929 5407 * TX | 26.95 |
| 03/31 | CCD DEBIT, PAYCHEX-HRS 401(K) ****034681406 | 551.45 |
| | Subtotal: | 4,264.49 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/28 | 8,354.58 | 03/16 | 3,257.24 |
| 03/01 | 2,436.78 | 03/17 | 2,696.57 |
| 03/02 | 1,711.37 | 03/19 | 8,634.15 |
| 03/03 | 2,643.23 | 03/22 | 8,307.17 |
| 03/04 | 2,543.23 | 03/24 | 8,126.32 |
| 03/05 | 2,273.24 | 03/25 | 14,623.13 |
| 03/08 | 2,166.38 | 03/26 | 11,024.29 |
| 03/09 | 1,994.94 | 03/29 | 5,368.42 |
| 03/10 | 1,952.16 | 03/30 | 4,546.83 |
| 03/12 | 4,241.52 | 03/31 | 3,914.30 |
| 03/15 | 4,224.41 | | |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**
America's Most Convenient Bank®

FCID MEDICAL INC
DIP CASE 20-03357 MFLO

STATEMENT OF ACCOUNT

Page:                    5 of 8
Statement Period:        Mar 01 2021-Mar 31 2021
Cust Ref #:
Primary Account #:       436-9009125



| #776 | 03/01 | $1,878.96 |



| #782 | 03/01 | $3,598.77 |



| #783 | 03/01 | $88.35 |



| #784 | 03/08 | $106.86 |



| #786 | 03/02 | $161.29 |



| #787 | 03/02 | $507.80 |



| #789 | 03/03 | $185.00 |



| #790 | 03/26 | $467.32 |



| #791 | 03/03 | $320.99 |



| #792 | 03/01 | $299.43 |



**Bank**

America's Most Convenient Bank®

FCID MEDICAL INC
DIP CASE 20-03357 MFLO

STATEMENT OF ACCOUNT

Page: 6 of 8
Statement Period: Mar 01 2021-Mar 31 2021
Cust Ref #: 
Primary Account #:

| | | |
|---|---|---|
| #793 | 03/01 | $8.35 |
| #794 | 03/31 | $81.08 |
| #795 | 03/12 | $102.05 |
| #796 | 03/19 | $38.84 |
| #797 | 03/12 | $2,275.62 |
| #798 | 03/26 | $512.06 |
| #799 | 03/12 | $332.97 |
| #800 | 03/19 | $23.58 |
| #801 | 03/30 | $203.73 |
| #802 | 03/26 | $221.01 |



**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

FCID MEDICAL INC
DIP CASE 20-03357 MFLO

Page: 7 of 8
Statement Period: Mar 01 2021-Mar 31 2021
Cust Ref #: 436009125-039-E-***
Primary Account #: 436-9009125

| # | Date | Amount |
|---|------|--------|
| #803 | 03/25 | $43.31 |
| #804 | 03/25 | $537.16 |
| #805 | 03/25 | $507.80 |
| #806 | 03/30 | $3.66 |
| #807 | 03/29 | $1,767.55 |
| #808 | 03/26 | $1,042.77 |
| #809 | 03/26 | $548.87 |
| #810 | 03/26 | $216.00 |
| #811 | 03/25 | $200.00 |
| #812 | 03/26 | $300.00 |










**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

FCID MEDICAL INC
DIP CASE 20-03357 MFLO

Page:                                                    8 of 8
Statement Period:    Mar 01 2021-Mar 31 2021
Cust Ref #:
Primary Account #:                              436-9009125



| #813 | 03/30 | $88.35 |
| --- | --- | --- |



| #814 | 03/30 | $525.85 |
| --- | --- | --- |

| #815 | 03/29 | $3,781.42 |
| --- | --- | --- |

| #817 | 03/26 | $239.06 |
| --- | --- | --- |

1:14 PM

04/01/21

# FCID Medical, Inc.
## Reconciliation Summary
### 10200 · TD Bank Operating, Period Ending 03/31/2021

|  | Mar 31, 21 |
|---|---|
| **Beginning Balance** | 8,354.58 |
| **Cleared Transactions** |  |
| Checks and Payments - 65 items | -125,480.35 |
| Deposits and Credits - 8 items | 121,040.07 |
| **Total Cleared Transactions** | -4,440.28 |
| **Cleared Balance** | **3,914.30** |
| **Uncleared Transactions** |  |
| Checks and Payments - 4 items | -3,755.86 |
| **Total Uncleared Transactions** | -3,755.86 |
| **Register Balance as of 03/31/2021** | **158.44** |
| **Ending Balance** | 158.44 |

1:14 PM

04/01/21

# FCID Medical, Inc.
# Reconciliation Detail
## 10200 · TD Bank Operating, Period Ending 03/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 8,354.58 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 65 Items** | | | | | | |
| Bill Pmt -Check | 02/19/2021 | 782 | IPFS Corporation | X | -3,598.77 | -3,598.77 |
| Bill Pmt -Check | 02/19/2021 | 776 | Canon Financial Ser... | X | -1,878.96 | -5,477.73 |
| Bill Pmt -Check | 02/19/2021 | 784 | Signius Communicat... | X | -106.86 | -5,584.59 |
| Bill Pmt -Check | 02/19/2021 | 783 | RWS Facility Services | X | -88.35 | -5,672.94 |
| Bill Pmt -Check | 02/26/2021 | 787 | Best Version Media | X | -507.80 | -6,180.74 |
| Bill Pmt -Check | 02/26/2021 | 790 | McHale, April | X | -467.32 | -6,648.06 |
| Bill Pmt -Check | 02/26/2021 | 791 | Pitney Bowes - Purc... | X | -320.99 | -6,969.05 |
| Bill Pmt -Check | 02/26/2021 | 792 | Sposato, Pamela | X | -299.43 | -7,268.48 |
| Bill Pmt -Check | 02/26/2021 | 789 | MARRS Air Conditio... | X | -185.00 | -7,453.48 |
| Bill Pmt -Check | 02/26/2021 | 786 | AT&T | X | -161.29 | -7,614.77 |
| Check | 02/26/2021 | Dbt02... | TD Debit Card | X | -26.95 | -7,641.72 |
| Bill Pmt -Check | 02/26/2021 | 793 | Staples Advantage | X | -8.35 | -7,650.07 |
| Check | 03/01/2021 | Dbt03... | TD Debit Card | X | -16.99 | -7,667.06 |
| Check | 03/02/2021 | Dbt03... | TD Debit Card | X | -56.32 | -7,723.38 |
| Check | 03/03/2021 | PC03... | Paychex Payroll | X | -562.15 | -8,285.53 |
| Check | 03/04/2021 | Dbt03... | TD Debit Card | X | -169.99 | -8,455.52 |
| Check | 03/04/2021 | PB030... | Pitney Bowes - Purc... | X | -100.00 | -8,555.52 |
| Check | 03/05/2021 | Dbt03... | TD Debit Card | X | -171.44 | -8,726.96 |
| Check | 03/05/2021 | PB030... | Pitney Bowes - Purc... | X | -100.00 | -8,826.96 |
| Check | 03/05/2021 | Dbt03... | TD Debit Card | X | -42.78 | -8,869.74 |
| Check | 03/11/2021 | FCMG... | First Choice Medical... | X | -50,000.00 | -58,869.74 |
| Bill Pmt -Check | 03/12/2021 | 797 | CR of Melbourne, LL... | X | -2,275.62 | -61,145.36 |
| Bill Pmt -Check | 03/12/2021 | 798 | McHale, April | X | -512.06 | -61,657.42 |
| Bill Pmt -Check | 03/12/2021 | 799 | Romandetti, Christian | X | -332.97 | -61,990.39 |
| Check | 03/12/2021 | FPL03... | Florida Power & Light | X | -305.11 | -62,295.50 |
| Check | 03/12/2021 | FPL03... | Florida Power & Light | X | -211.65 | -62,507.15 |
| Bill Pmt -Check | 03/12/2021 | 801 | Signius Communicat... | X | -203.73 | -62,710.88 |
| Check | 03/12/2021 | FPL03... | Florida Power & Light | X | -126.99 | -62,837.87 |
| Check | 03/12/2021 | FPL03... | Florida Power & Light | X | -104.36 | -62,942.23 |
| Bill Pmt -Check | 03/12/2021 | 795 | Bridenbecker, Eileen | X | -102.05 | -63,044.28 |
| Bill Pmt -Check | 03/12/2021 | 794 | Bean, Kimberly | X | -81.08 | -63,125.36 |
| Check | 03/12/2021 | FPL03... | Florida Power & Light | X | -40.06 | -63,165.42 |
| Bill Pmt -Check | 03/12/2021 | 796 | City of West Melbou... | X | -38.84 | -63,204.26 |
| Bill Pmt -Check | 03/12/2021 | 800 | Sielicki, Christina | X | -23.58 | -63,227.84 |
| Check | 03/12/2021 | Dbt03... | TD Debit Card | X | -17.11 | -63,244.95 |
| Check | 03/16/2021 | PC03... | Paychex Payroll | X | -563.74 | -63,808.69 |
| Check | 03/16/2021 | Dbt03... | TD Debit Card | X | -326.98 | -64,135.67 |
| Check | 03/16/2021 | Dbt03... | TD Debit Card | X | -179.00 | -64,314.67 |
| Check | 03/16/2021 | Dbt03... | TD Debit Card | X | -37.00 | -64,351.67 |
| Bill Pmt -Check | 03/19/2021 | 807 | Canon Financial Ser... | X | -1,767.55 | -66,119.22 |
| Bill Pmt -Check | 03/19/2021 | 808 | Century Link | X | -1,042.77 | -67,161.99 |
| Bill Pmt -Check | 03/19/2021 | 809 | DEX Imaging | X | -548.87 | -67,710.86 |
| Bill Pmt -Check | 03/19/2021 | 804 | AT&T Mobility | X | -537.16 | -68,248.02 |
| Bill Pmt -Check | 03/19/2021 | 814 | The Hartford | X | -525.85 | -68,773.87 |
| Bill Pmt -Check | 03/19/2021 | 805 | Best Version Media | X | -507.80 | -69,281.67 |
| Bill Pmt -Check | 03/19/2021 | 812 | Foto - Net Health Sy... | X | -300.00 | -69,581.67 |
| Bill Pmt -Check | 03/19/2021 | 802 | Affordable Alarm Sy... | X | -221.01 | -69,802.68 |
| Bill Pmt -Check | 03/19/2021 | 810 | East Coast Paper St... | X | -216.00 | -70,018.68 |
| Bill Pmt -Check | 03/19/2021 | 811 | Florida High Speed I... | X | -200.00 | -70,218.68 |
| Bill Pmt -Check | 03/19/2021 | 813 | RWS Facility Services | X | -88.35 | -70,307.03 |
| Bill Pmt -Check | 03/19/2021 | 803 | AT&T | X | -43.31 | -70,350.34 |
| Bill Pmt -Check | 03/19/2021 | 806 | Bright House Networ... | X | -3.66 | -70,354.00 |
| Check | 03/23/2021 | Dbt03... | TD Debit Card | X | -114.92 | -70,468.92 |
| Check | 03/23/2021 | Pitn03... | Pitney Bowes - Purc... | X | -100.00 | -70,568.92 |
| Check | 03/23/2021 | Dbt03... | TD Debit Card | X | -51.75 | -70,620.67 |
| Check | 03/23/2021 | Dbt03... | TD Debit Card | X | -26.95 | -70,647.62 |
| Check | 03/23/2021 | Dbt03... | TD Debit Card | X | -26.95 | -70,674.57 |
| Check | 03/23/2021 | Dbt03... | TD Debit Card | X | -26.95 | -70,701.52 |
| Check | 03/24/2021 | Pitn03... | Pitney Bowes - Purc... | X | -100.00 | -70,801.52 |
| Check | 03/25/2021 | FCMG... | First Choice Medical... | X | -50,000.00 | -120,801.52 |
| Bill Pmt -Check | 03/25/2021 | 815 | CR of Melbourne, LL... | X | -3,781.42 | -124,582.94 |
| Bill Pmt -Check | 03/25/2021 | 817 | McHale, April | X | -239.06 | -124,822.00 |
| Check | 03/26/2021 | Dbt03... | TD Debit Card | X | -79.95 | -124,901.95 |

# FCID Medical, Inc.
## Reconciliation Detail
### 10200 · TD Bank Operating, Period Ending 03/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 03/26/2021 | Dbt32... | TD Debit Card | X | -26.95 | -124,928.90 |
| Check | 03/30/2021 | PC03... | Paychex Payroll | X | -551.45 | -125,480.35 |
| **Total Checks and Payments** | | | | | -125,480.35 | -125,480.35 |
| **Deposits and Credits - 8 items** | | | | | | |
| Bill Pmt -Check | 02/09/2021 | | Bright House Networ... | X | 0.00 | 0.00 |
| Deposit | 03/03/2021 | | | X | 2,000.00 | 2,000.00 |
| Deposit | 03/11/2021 | | | X | 50,000.00 | 52,000.00 |
| Deposit | 03/12/2021 | | | X | 5,000.00 | 57,000.00 |
| Deposit | 03/17/2021 | | | X | 40.07 | 57,040.07 |
| Deposit | 03/19/2021 | | | X | 6,000.00 | 63,040.07 |
| Deposit | 03/25/2021 | | | X | 8,000.00 | 71,040.07 |
| Deposit | 03/25/2021 | | | X | 50,000.00 | 121,040.07 |
| **Total Deposits and Credits** | | | | | 121,040.07 | 121,040.07 |
| **Total Cleared Transactions** | | | | | -4,440.28 | -4,440.28 |
| **Cleared Balance** | | | | | -4,440.28 | 3,914.30 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Bill Pmt -Check | 01/22/2021 | 760 | RWS Facility Services | | -88.35 | -88.35 |
| Bill Pmt -Check | 03/25/2021 | 816 | IPFS Corporation | | -3,598.77 | -3,687.12 |
| Check | 03/26/2021 | Dbt03... | TD Debit Card | | -51.75 | -3,738.87 |
| Check | 03/30/2021 | Dbt03... | TD Debit Card | | -16.99 | -3,755.86 |
| **Total Checks and Payments** | | | | | -3,755.86 | -3,755.86 |
| **Total Uncleared Transactions** | | | | | -3,755.86 | -3,755.86 |
| **Register Balance as of 03/31/2021** | | | | | -8,196.14 | 158.44 |
| **Ending Balance** | | | | | -8,196.14 | 158.44 |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 4

| Case Name:  FCID Medical, Inc. |
| Case Number: 6:20-bk-3357-KSJ |
| Date of Plan Confirmation: February 21, 2021 |

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | TD Bank |
|---|---|
| Account Number | XXX-XXX9125 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| BH020921a | 02/09/21 | Bright House Networks | Operating Expense | (1,424.32) |
| FPL021221a | 02/12/21 | Florida Power & Light | Operating Expense | (95.08) |
| FPL021221b | 02/12/21 | Florida Power & Light | Operating Expense | (96.14) |
| FPL021221c | 02/12/21 | Florida Power & Light | Operating Expense | (292.57) |
| FPL021221d | 02/12/21 | Florida Power & Light | Operating Expense | (198.15) |
| FPL021221e | 02/12/21 | Florida Power & Light | Operating Expense | (34.91) |
| 767 | 02/12/21 | Bean, Kimberly | Operating Expense | (111.26) |
| 768 | 02/12/21 | Bridenbecker, Eileen | Operating Expense | (302.51) |
| 769 | 02/12/21 | City of West Melbourne | Operating Expense | (41.19) |
| 770 | 02/12/21 | Manges, Whitney | Operating Expense | (838.27) |
| 771 | 02/12/21 | McHale, April | Operating Expense | (302.16) |
| 772 | 02/12/21 | Romandetti, Christian | Operating Expense | (277.45) |
| 773 | 02/19/21 | All Florida Coffee & Water Services | Operating Expense | (44.94) |
| 774 | 02/19/21 | AT&T Mobility | Operating Expense | (529.15) |
| 775 | 02/19/21 | Best Version Media | Operating Expense | (507.80) |
| 776 | 02/19/21 | Canon Financial Services, Inc. | Operating Expense | (1,878.96) |
| 777 | 02/19/21 | Century Link | Operating Expense | (1,031.88) |
| 778 | 02/19/21 | DEX Imaging | Operating Expense | (560.82) |
| 779 | 02/19/21 | East Coast Paper Stock | Operating Expense | (491.00) |
| 780 | 02/19/21 | Florida High Speed Internet | Operating Expense | (200.00) |
| 781 | 02/19/21 | Foto - Net Health Systems, Inc. | Operating Expense | (300.00) |
| 782 | 02/19/21 | IPFS Corporation | Operating Expense | (3,598.77) |
| 783 | 02/19/21 | RWS Facility Services | Operating Expense | (88.35) |
| 784 | 02/19/21 | Signius Communications | Operating Expense | (106.86) |
| 785 | 02/19/21 | The Tech Company | Operating Expense | (10,714.50) |
| 786 | 02/26/21 | AT&T | Operating Expense | (161.29) |
| 787 | 02/26/21 | Best Version Media | Operating Expense | (507.80) |
| 788 | 02/26/21 | CR of Melbourne, LLC. | Operating Expense | (3,092.56) |
| 789 | 02/26/21 | MARRS Air Conditioning & Refridgeration, | Operating Expense | (185.00) |
| 790 | 02/26/21 | McHale, April | Operating Expense | (467.32) |
| 791 | 02/26/21 | Pitney Bowes - Purchase Power | Operating Expense | (320.99) |
| 792 | 02/26/21 | Sposato, Pamela | Operating Expense | (299.43) |
| 793 | 02/26/21 | Staples Advantage | Operating Expense | (8.35) |
| FPL031221a | 03/12/21 | Florida Power & Light | Operating Expense | (104.36) |
| FPL031221b | 03/12/21 | Florida Power & Light | Operating Expense | (126.99) |
| FPL031221c | 03/12/21 | Florida Power & Light | Operating Expense | (305.11) |
| FPL031221d | 03/12/21 | Florida Power & Light | Operating Expense | (211.65) |
| FPL031221e | 03/12/21 | Florida Power & Light | Operating Expense | (40.06) |
| 794 | 03/12/21 | Bean, Kimberly | Operating Expense | (81.08) |
| 795 | 03/12/21 | Bridenbecker, Eileen | Operating Expense | (102.05) |
| 796 | 03/12/21 | City of West Melbourne | Operating Expense | (38.84) |
| 797 | 03/12/21 | CR of Melbourne, LLC. | Operating Expense | (2,275.62) |
| 798 | 03/12/21 | McHale, April | Operating Expense | (512.06) |
| 800 | 03/12/21 | Sielicki, Christina | Operating Expense | (23.58) |
| 801 | 03/12/21 | Signius Communications | Operating Expense | (203.73) |
| 799 | 03/12/21 | Romandetti, Christian | Operating Expense | (332.97) |
| 802 | 03/19/21 | Affordable Alarm Systems, LLC. | Operating Expense | (221.01) |
| 803 | 03/19/21 | AT&T | Operating Expense | (43.31) |
| 804 | 03/19/21 | AT&T Mobility | Operating Expense | (537.16) |
| 805 | 03/19/21 | Best Version Media | Operating Expense | (507.80) |
| 806 | 03/19/21 | Bright House Networks | Operating Expense | (3.66) |
| 807 | 03/19/21 | Canon Financial Services, Inc. | Operating Expense | (1,767.55) |
| 808 | 03/19/21 | Century Link | Operating Expense | (1,042.77) |
| 809 | 03/19/21 | DEX Imaging | Operating Expense | (548.87) |
| 810 | 03/19/21 | East Coast Paper Stock | Operating Expense | (216.00) |
| 811 | 03/19/21 | Florida High Speed Internet | Operating Expense | (200.00) |
| 812 | 03/19/21 | Foto - Net Health Systems, Inc. | Operating Expense | (300.00) |
| 813 | 03/19/21 | RWS Facility Services | Operating Expense | (88.35) |
| 814 | 03/19/21 | The Hartford | Operating Expense | (525.85) |
| 815 | 03/25/21 | CR of Melbourne, LLC. | Operating Expense | (3,781.42) |
| 816 | 03/25/21 | IPFS Corporation | Operating Expense | (3,598.77) |
| 817 | 03/25/21 | McHale, April | Operating Expense | (239.06) |

2

**QUARTERLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 4**

| | |
|---|---|
| Case Name:  FCID Medical, Inc. | |
| Case Number: 6:20-bk-3357-KSJ | |
| Date of Plan Confirmation: February 21, 2021 | |

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | TD Bank |
|---|---|
| Account Number | XXX-XXX9125 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Dbt020120 | 02/01/21 | TD Debit Card | Operating Expense | (16.99) |
| Dbt020221 | 02/02/21 | TD Debit Card | Operating Expense | (479.64) |
| PC020321 | 02/03/21 | Paychex Payroll | Operating Expense | (553.04) |
| PitB020921 | 02/09/21 | Pitney Bowes - Purchase Power | Operating Expense | (100.00) |
| Dbt020921 | 02/09/21 | TD Debit Card | Operating Expense | (192.48) |
| BH020921b | 02/09/21 | Bright House Networks | Operating Expense | (1,403.58) |
| PitB021021 | 02/10/21 | Pitney Bowes - Purchase Power | Operating Expense | (100.00) |
| TDB021021 | 02/10/21 | TD Bank | Operating Expense | (35.00) |
| FCMG021121 | 02/11/21 | First Choice Medical Group of Brevard | Intercompany Transfer | (45,000.00) |
| PB021221 | 02/12/21 | Pitney Bowes - Purchase Power | Operating Expense | (100.00) |
| Dbt021621 | 02/16/21 | TD Debit Card | Operating Expense | (18.17) |
| FCMG021621 | 02/16/21 | First Choice Medical Group of Brevard | Intercompany Transfer | (13,000.00) |
| PC0021721 | 02/17/21 | Paychex Payroll | Operating Expense | (562.36) |
| Dbt022321a | 02/23/21 | TD Debit Card | Operating Expense | (74.30) |
| Dbt022321b | 02/23/21 | TD Debit Card | Operating Expense | (26.95) |
| Dbt022321c | 02/23/21 | TD Debit Card | Operating Expense | (26.95) |
| Dbt022321d | 02/23/21 | TD Debit Card | Operating Expense | (26.95) |
| FCMG022521 | 02/25/21 | First Choice Medical Group of Brevard | Intercompany Transfer | (97,000.00) |
| PB022521 | 02/25/21 | Pitney Bowes - Purchase Power | Operating Expense | (100.00) |
| Dbt022621 | 02/26/21 | TD Debit Card | Operating Expense | (26.95) |
| Dbt030121 | 03/01/21 | TD Debit Card | Operating Expense | (16.99) |
| Dbt030221 | 03/02/21 | TD Debit Card | Operating Expense | (56.32) |
| PC030321 | 03/03/21 | Paychex Payroll | Operating Expense | (562.15) |
| PB030421 | 03/04/21 | Pitney Bowes - Purchase Power | Operating Expense | (100.00) |
| Dbt030421 | 03/04/21 | TD Debit Card | Operating Expense | (189.69) |
| PB030521 | 03/05/21 | Pitney Bowes - Purchase Power | Operating Expense | (100.00) |
| Dbt030521a | 03/05/21 | TD Debit Card | Operating Expense | (171.44) |
| Dbt030521b | 03/05/21 | TD Debit Card | Operating Expense | (42.78) |
| FCMG031121 | 03/11/21 | First Choice Medical Group of Brevard | Intercompany Transfer | (50,000.00) |
| Dbt031221 | 03/12/21 | TD Debit Card | Operating Expense | (17.11) |
| PC031621 | 03/16/21 | Paychex Payroll | Operating Expense | (563.74) |
| Dbt031621a | 03/16/21 | TD Debit Card | Operating Expense | (179.00) |
| Dbt031621b | 03/16/21 | TD Debit Card | Operating Expense | (37.00) |
| Dbt031621 | 03/16/21 | TD Debit Card | Operating Expense | (326.98) |
| Pitn032321 | 03/23/21 | Pitney Bowes - Purchase Power | Operating Expense | (100.00) |
| Dbt032321a | 03/23/21 | TD Debit Card | Operating Expense | (51.75) |
| Dbt032321b | 03/23/21 | TD Debit Card | Operating Expense | (114.92) |
| Dbt032321c | 03/23/21 | TD Debit Card | Operating Expense | (26.95) |
| Dbt032321d | 03/23/21 | TD Debit Card | Operating Expense | (26.95) |
| Dbt032321e | 03/23/21 | TD Debit Card | Operating Expense | (26.95) |
| Pitn032421 | 03/24/21 | Pitney Bowes - Purchase Power | Operating Expense | (100.00) |
| FCMG032521 | 03/25/21 | First Choice Medical Group of Brevard | Intercompany Transfer | (50,000.00) |
| Dbt32621a | 03/26/21 | TD Debit Card | Operating Expense | (26.95) |
| Dbt032621b | 03/26/21 | TD Debit Card | Operating Expense | (51.75) |
| Dbt032621c | 03/26/21 | TD Debit Card | Operating Expense | (79.95) |
| Dbt033021 | 03/30/21 | TD Debit Card | Operating Expense | (16.99) |
| PC033021 | 03/30/21 | Paychex Payroll | Operating Expense | (551.45) |
| | | | **TOTAL** | **(309,450.93)** |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

| |
|---|
| None |
| |
| |
| |
| |
| |