QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 1

**Case Name:  Marina Towers, LLC.**

**Case Number: 6:20-bk-3359-KSJ**

**Date of Plan Confirmation: February 21, 2021**

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | X | |
| 4. Is the Debtor current on all post-confirmation plan payments? | | X |
| | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY        and        CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Property - Mt Hawley Insurance Company | | 06/01/21 to 05/31/22 | 5,590.70  Monthly | None |
| Liability - Westfield Liability Insurance | | 06/01/21 to 05/31/22 | 570.33  Monthly | None |
| Umbrella - Westfield Liability Insurance | | 06/01/21 to 05/31/22 | Included with Liability | None |
| | | | | |
| | | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

On February 23, 2021, the Bankruptcy Court entered an Order Confirming Debtors' Amended Joint Plan of Reorganization.  On April 21, 2021 a status hearing was held setting July 2, 2021 as the deadline for claim objections.  On March 1, 2021, in the case of Maz Partners LP, individually and on behalf of all other similarly situated, vs. First Choice Healthcare Solutions, Inc. and Christian Romandetti, Sr., Case No. 6:19-cv-00619-PGB-LRH pending in the U.S. District Court, Middle District of Florida, Orlando Division, an Order Preliminary Approving Class Action Settlement, Preliminary Certifying Settlement Class, and Directing Notice to Settlement Class was entered.  The District Court set a hearing regarding final approval of the settlement for July 26, 2021 at 10:00 a.m. at the United States District Court for the Middle District of Florida, Orlando Division, 401 West Central Boulevard, Orlando, Florida 32801.

**Estimated Date of Filing the Application for Final Decree: <u>Summer/Early Fall 2021</u>**

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This ___21st___ day of ____October____ 2021 ___.

Debtor's Signature        Lance Friedman, CEO

Marina Towers, LLC.

Case 6:20-bk-3359

For Period Ending September 30, 2021

Attachment No. 1

Questionnaire 3.  All undisputed bills paid on a timely basis.  We have been working with GMR, our landlord on a lease modification and amendment, we have deferred part of the YTD 2021 rent payments during the negotiations.

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 2**

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**Case Name: Marina Towers, LLC.**

**Case Number: 6:20-bk-3359-KSJ**

**Date of Plan Confirmation: February 21, 2021**

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | 07/01/21 - 09/30/21 Quarterly | 02/22/21 - 09/30/21 Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 16,372.55 | $ 601.07 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 583,751.40 | $ 749,012.84 |
| 3. | **DISBURSEMENTS** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| | (i) U.S. Trustee Quarterly Fees | $ None | $ None |
| | (ii) Federal Taxes | None | None |
| | (iii State Taxes | None | None |
| | (iv Other Taxes | None | None |
| b. | **All Other Operating Expenses:** | $ 254,335.46 | $ 403,825.42 |
| c. | **Plan Payments:** | | |
| | (i) Administrative Claims | $ 322,442.37 | $ 322,442.37 |
| | (ii) Class One | None | None |
| | (iii Class Two | None | None |
| | (iv Class Three | 534.04 | 534.04 |
| | (v) Class Four | None | None |
| | (vi Class Five | None | None |
| | (vi Class Six | None | None |
| | (vi Class Seven | None | None |
| | **Total Disbursements (Operating & Plan)** | $ 577,311.87 | $ 726,801.83 |
| 1. | **CASH (End of Period)** | $ 22,812.08 | $ 22,812.08 |

**QUARTERLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 3**

| |
|---|
| Case Name:  Marina Towers, LLC. |
| Case Number: 6:20-bk-3359-KSJ |
| Date of Plan Confirmation: February 21, 2021 |

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
**Prepare Reconcilation for each Month of the Quarter**

**For 07/31/21**

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD Bank | | | |
| Account Number: | XXX-XXX9133 | | | |
| Purpose of Account (Operating/Payroll/Tax) | Operating | | | |
| Type of Account (e.g. checking) | Checking | | | |
| | | | | |
| 1.  Balance per Bank Statement | 16,492.40 | | | |
| 2.  ADD:  Deposits not credited | - | | | |
| 3.  SUBTRACT:  Outstanding Checks | (6,161.03) | | | |
| 4.  Other Reconciling Items | - | | | |
| 5.  Month End Balance (Must Agree with Books) | 10,331.37 | | | |
| | | | | |

**Note:  Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information  Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:  Attach copy of each investment account statement.**

**QUARTERLY OPERATING REPORT - POST CONFIRMATION**

**ATTACHMENT NO. 3**

| |
|---|
| **Case Name:  Marina Towers, LLC.** |
| **Case Number: 6:20-bk-3359-KSJ** |
| **Date of Plan Confirmation: February 21, 2021** |

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter

**For 08/31/21**

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD Bank | | | |
| Account Number: | XXX-XXX9133 | | | |
| Purpose of Account (Operating/Payroll/Tax) | Operating | | | |
| Type of Account (e.g. checking) | Checking | | | |
| | | | | |
| 1. Balance per Bank Statement | 19,609.33 | | | |
| 2. ADD: Deposits not credited | - | | | |
| 3. SUBTRACT: Outstanding Checks | (13,330.71) | | | |
| 4. Other Reconciling Items | - | | | |
| 5. Month End Balance (Must Agree with Books) | 6,278.62 | | | |
| | | | | |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

**ATTACHMENT NO. 3**

| |
|---|
| **Case Name:  Marina Towers, LLC.** |
| **Case Number: 6:20-bk-3359-KSJ** |
| **Date of Plan Confirmation: February 21, 2021** |

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter

**For 09/30/21**

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD Bank | | | |
| Account Number: | XXX-XXX9133 | | | |
| Purpose of Account (Operating/Payroll/Tax) | Operating | | | |
| Type of Account (e.g. checking) | Checking | | | |
| | | | | |
| 1. **Balance per Bank Statement** | 41,436.48 | | | |
| 2. **ADD**:  Deposits not credited | - | | | |
| 3. **SUBTRACT**:  Outstanding Checks | (18,624.40) | | | |
| 4. Other Reconciling Items | - | | | |
| 5. **Month End Balance** (Must Agree with Books) | 22,812.08 | | | |
| | | | | |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 4**

---

**Case Name:  Marina Towers, LLC.**

**Case Number: 6:20-bk-3359-KSJ**

**Date of Plan Confirmation: February 21, 2021**

---

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | TD Bank |
|---|---|
| Account Number | XXX-XXX9133 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| FCHS070121 | 07/01/21 | First Choice Healthcare Solutions, Inc. | Intercompany Transfer | (16,000.00) |
| FCHS070721 | 07/07/21 | First Choice Healthcare Solutions, Inc. | Intercompany Transfer | (7,500.00) |
| 4038 | 07/09/21 | CR of Melbourne, LLC. | Operating Expense | (6,632.88) |
| 4039 | 07/15/21 | NALCO Company | Operating Expense | (388.96) |
| 4040 | 07/15/21 | Perry's Pump Service, Inc. | Operating Expense | (225.00) |
| 4041 | 07/15/21 | Plan It Lawn and Landscaping | Operating Expense | (385.00) |
| 4042 | 07/15/21 | Waste Management - Melbourne Hauling | Operating Expense | (402.64) |
| FPL071521a | 07/15/21 | FPL - Florida Power & Light | Operating Expense | (78.54) |
| FPL071521b | 07/15/21 | FPL - Florida Power & Light | Operating Expense | (9,902.46) |
| 4043 | 07/23/21 | City of Melbourne - Utilities | Operating Expense | (1,374.02) |
| 4044 | 07/23/21 | CR of Melbourne, LLC. | Operating Expense | (5,335.84) |
| 4045 | 07/23/21 | Dept of Business&Professional Regulation | Operating Expense | (225.00) |
| 4046 | 07/23/21 | Eau Gallie Ace Hardware | Operating Expense | (66.70) |
| 4047 | 07/23/21 | Johnson Controls | Operating Expense | (1,179.07) |
| 4048 | 07/23/21 | MARRS Air Conditioning & Refrigeration | Operating Expense | (2,020.00) |
| 4049 | 07/29/21 | IPFS Corporation | Operating Expense | (5,590.70) |
| 4050 | 07/29/21 | Westfield Insurance Payment Processing | Operating Expense | (570.33) |
| FCHS080221 | 08/02/21 | First Choice Healthcare Solutions, Inc. | Intercompany Transfer | (5,000.00) |
| FCHS080621 | 08/06/21 | First Choice Healthcare Solutions, Inc. | Intercompany Transfer | (5,000.00) |
| 4051 | 08/13/21 | CR of Melbourne, LLC. | Operating Expense | (3,718.48) |
| FPL081621a | 08/16/21 | FPL - Florida Power & Light | Operating Expense | (86.31) |
| FPL081621b | 08/16/21 | FPL - Florida Power & Light | Operating Expense | (11,089.87) |
| 4053 | 08/23/21 | City of Melbourne - Utilities | Operating Expense | (1,425.23) |
| 4054 | 08/23/21 | IPFS Corporation | Operating Expense | (5,590.70) |
| 4055 | 08/23/21 | Plan It Lawn and Landscaping | Operating Expense | (385.00) |
| 4056 | 08/23/21 | Waste Management - Melbourne Hauling | Operating Expense | (383.46) |
| 4057 | 08/23/21 | Westfield Insurance Payment Processing | Operating Expense | (570.33) |
| 4058 | 08/23/21 | NALCO Company | Operating Expense | (388.96) |
| 4059 | 08/23/21 | City of Melbourne - Revenue Dept. | Operating Expense | (150.00) |
| 4060 | 08/31/21 | Home Depot (Towers) | Class 3 | (287.05) |
| 4061 | 08/31/21 | MAI Design Build | Class 3 | (246.99) |
| 4062 | 08/31/21 | CR of Melbourne, LLC. | Operating Expense | (4,088.11) |
| 4063 | 08/31/21 | Johnson Controls | Operating Expense | (1,179.07) |
| 4064 | 08/31/21 | Kone, Inc. | Operating Expense | (4,299.15) |
| 4065a | 09/01/21 | GMR Melbourne, LLC. | Admin | (322,442.37) |
| 4065b | 09/01/21 | GMR Melbourne, LLC. | Operating Expense | (16,042.29) |
| GMR090721 | 09/07/21 | GMR Melbourne, LLC. | Operating Expense | (100,000.00) |
| TD090721 | 09/07/21 | TD Bank | Operating Expense | (30.00) |
| FPL091421a | 09/14/21 | FPL - Florida Power & Light | Operating Expense | (12,013.96) |
| FPL091421b | 09/14/21 | FPL - Florida Power & Light | Operating Expense | (86.29) |
| 4066 | 09/15/21 | CR of Melbourne, LLC. | Operating Expense | (3,362.48) |
| 4067 | 09/15/21 | Eau Gallie Ace Hardware | Operating Expense | (166.80) |
| 4068 | 09/15/21 | Johnson Controls | Operating Expense | (1,179.07) |
| 4070 | 09/15/21 | Perry's Pump Service, Inc. | Operating Expense | (225.00) |
| 4071 | 09/15/21 | Plan It Lawn and Landscaping | Operating Expense | (385.00) |
| 4072 | 09/15/21 | Waste Management - Melbourne Hauling | Operating Expense | (393.05) |
| 4073 | 09/15/21 | NALCO Company | Operating Expense | (388.96) |

**QUARTERLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 4**

| | | | | |
|---|---|---|---|---|
| GMR091521 | 09/15/21 | GMR Melbourne, LLC. | Operating Expense | (35.00) |
| TD091521 | 09/15/21 | TD Bank | Operating Expense | (30.00) |
| 4074 | 09/24/21 | City of Melbourne - Utilities | Operating Expense | (1,060.39) |
| 4075 | 09/24/21 | CR of Melbourne, LLC. | Operating Expense | (3,846.06) |
| 4076 | 09/24/21 | IPFS Corporation | Operating Expense | (5,590.70) |
| 4077 | 09/24/21 | Westfield Insurance Payment Processing | Operating Expense | (570.33) |
| 4078 | 09/30/21 | Kone, Inc. | Operating Expense | (4,473.27) |
| 4079 | 09/30/21 | MARRS Air Conditioning & Refrigeration | Operating Expense | (3,225.00) |
| | | | | |
| | | | TOTAL | (577,311.87) |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| None |
| |
| |
| |

 **TD Bank**

America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

 

MARINA TOWERS LLC
DIP CASE 20-03359 MFLO
709 SOUTH HARBOR CITY BLVD SUITE 530
MELBOURNE FL 32901

| | |
|---|---|
| Page: | 1 of 5 |
| Statement Period: | Jul 01 2021-Jul 31 2021 |
| Cust Ref #: | *** |
| Primary Account #: | 9133 |



## Overdraft Policy Change Effective August 6, 2021

The following change applies only to Commercial and Small Business Checking Accounts and Money Market Accounts with check access: TD is making changes to reduce Customer overdraft fees: Instead of charging an overdraft fee if you overdraw your account by greater than $5, you may now overdraw your account by up to $10 without TD charging you an overdraft fee.

Overdraft fees apply to a maximum of five (5) items per day per account and this will remain unchanged.  For Business Checking accounts on Account Analysis Billing, all overdrafts, regardless of volume, are billed through Account Analysis.  Please contact your Treasury Management Officer for further details.

## Chapter 11 Checking

MARINA TOWERS LLC
DIP CASE 20-03359 MFLO

RECEIVED AUG 0 2 2021    Account #XXXXX9133

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 24,128.32 | Average Collected Balance | 7,522.82 |
| Deposits | 23,335.96 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 28,500.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 25,990.88 | Days in Period | 31 |
| Electronic Payments | 33,481.00 | | |
| Ending Balance | 16,492.40 | | |



### DAILY ACCOUNT ACTIVITY

#### Deposits

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 07/01 | DEPOSIT | | 7,243.52 |
| 07/26 | DEPOSIT | | 16,092.44 |
| | | Subtotal: | 23,335.96 |

#### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/08 | eTransfer Credit, Online Xfer Transfer from CK 4369008854 | 7,000.00 |
| 07/15 | eTransfer Credit, Online Xfer Transfer from CK 4369008854 | 11,000.00 |
| 07/22 | eTransfer Credit, Online Xfer Transfer from CK 4369008854 | 10,500.00 |
| | Subtotal: | 28,500.00 |

#### Checks Paid    No. Checks: 14    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/01 | 4034 | 1,030.37 | 07/09 | 4038 | 6,632.88 |
| 07/02 | 4036* | 5,590.70 | 07/21 | 4039 | 388.96 |
| 07/06 | 4037 | 1,134.70 | 07/19 | 4040 | 225.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance    16,492.40

② Total Deposits    +

③ Sub Total

④ Total Withdrawals    -

⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect that amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



## Bank
**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

MARINA TOWERS LLC
DIP CASE 20-03359 MFLO

| | |
|---|---|
| Page: | 3 of 5 |
| Statement Period: | Jul 01 2021-Jul 31 2021 |
| Cust Ref #: | ************** |
| Primary Account #: | ████████9133 |

---

## DAILY ACCOUNT ACTIVITY

### Checks Paid (continued)
*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/28 | 4041 | 385.00 | 07/27 | 4045 | 66.70 |
| 07/22 | 4042 | 402.64 | 07/26 | 4046 | 225.00 |
| 07/29 | 4043 | 2,020.00 | 07/23 | 4047 | 5,335.84 |
| 07/30 | 4044 | 1,179.07 | 07/27 | 4048 | 1,374.02 |
| | | | | Subtotal: | 25,990.88 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | eTransfer Debit, Online Xfer<br>Transfer to CK 4369008854 | 16,000.00 |
| 07/07 | eTransfer Debit, Online Xfer<br>Transfer to CK 4369008854 | 7,500.00 |
| 07/19 | ELECTRONIC PMT-WEB, FPL DIRECT DEBIT ELEC PYMT ****206193 WEBI | 9,902.46 |
| 07/19 | ELECTRONIC PMT-WEB, FPL DIRECT DEBIT ELEC PYMT ****817529 WEBI | 78.54 |
| | Subtotal: | 33,481.00 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 24,128.32 | 07/21 | 888.23 |
| 07/01 | 14,341.47 | 07/22 | 10,985.59 |
| 07/02 | 8,750.77 | 07/23 | 5,649.75 |
| 07/06 | 7,616.07 | 07/26 | 21,517.19 |
| 07/07 | 116.07 | 07/27 | 20,076.47 |
| 07/08 | 7,116.07 | 07/28 | 19,691.47 |
| 07/09 | 483.19 | 07/29 | 17,671.47 |
| 07/15 | 11,483.19 | 07/30 | 16,492.40 |
| 07/19 | 1,277.19 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARINA TOWERS LLC
DIP CASE 20-03359 MFLO

| | |
|---|---|
| Page: | 4 of 5 |
| Statement Period: | Jul 01 2021-Jul 31 2021 |
| Cust Ref #: | ███████-E-*** |
| Primary Account #: | ███9133 |





| #4034 | 07/01 | $1,030.37 |
|---|---|---|
| #4036 | 07/02 | $5,590.70 |
| #4037 | 07/06 | $1,134.70 |
| #4038 | 07/09 | $6,632.88 |
| #4039 | 07/21 | $388.96 |
| #4040 | 07/19 | $225.00 |
| #4041 | 07/28 | $385.00 |
| #4042 | 07/22 | $402.64 |
| #4043 | 07/29 | $2,020.00 |
| #4044 | 07/30 | $1,179.07 |



**STATEMENT OF ACCOUNT**

MARINA TOWERS LLC
DIP CASE 20-03359 MFLO



| #4045 | 07/27 | $66.70 |



| #4046 | 07/26 | $225.00 |

| #4047 | 07/23 | $5,335.84 |

| #4048 | 07/27 | $1,374.02 |

2:27 PM
08/02/21

# Marina Towers, LLC
# Reconciliation Summary
### 1009 · TD Bank Operating, Period Ending 07/31/2021

|  | Jul 31, 21 |
|---|---|
| **Beginning Balance** | 24,128.32 |
|    Cleared Transactions | |
|       Checks and Payments - 18 items | -59,471.88 |
|       Deposits and Credits - 5 items | 51,835.96 |
|    **Total Cleared Transactions** | -7,635.92 |
| **Cleared Balance** | 16,492.40 |
|    Uncleared Transactions | |
|       Checks and Payments - 2 items | -6,161.03 |
|    **Total Uncleared Transactions** | -6,161.03 |
| **Register Balance as of 07/31/2021** | 10,331.37 |
| **Ending Balance** | 10,331.37 |

2:27 PM

08/02/21

# Marina Towers, LLC
# Reconciliation Detail
## 1009 · TD Bank Operating, Period Ending 07/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 24,128.32 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 18 items** | | | | | | |
| Bill Pmt -Check | 06/25/2021 | 4036 | IPFS Corporation | X | -5,590.70 | -5,590.70 |
| Bill Pmt -Check | 06/25/2021 | 4037 | Westfield Insurance ... | X | -1,134.70 | -6,725.40 |
| Bill Pmt -Check | 06/25/2021 | 4034 | City of Melbourne - ... | X | -1,030.37 | -7,755.77 |
| Check | 07/01/2021 | FCHS... | First Choice Healthc... | X | -16,000.00 | -23,755.77 |
| Check | 07/07/2021 | FCHS... | First Choice Healthc... | X | -7,500.00 | -31,255.77 |
| Bill Pmt -Check | 07/09/2021 | 4038 | CR of Melbourne, LL... | X | -6,632.88 | -37,888.65 |
| Bill Pmt -Check | 07/15/2021 | FPL07... | FPL - Florida Power ... | X | -9,902.46 | -47,791.11 |
| Bill Pmt -Check | 07/15/2021 | 4042 | Waste Management... | X | -402.64 | -48,193.75 |
| Bill Pmt -Check | 07/15/2021 | 4039 | NALCO Company | X | -388.96 | -48,582.71 |
| Bill Pmt -Check | 07/15/2021 | 4041 | Plan It Lawn and La... | X | -385.00 | -48,967.71 |
| Bill Pmt -Check | 07/15/2021 | 4040 | Perry's Pump Servic... | X | -225.00 | -49,192.71 |
| Bill Pmt -Check | 07/15/2021 | FPL07... | FPL - Florida Power ... | X | -78.54 | -49,271.25 |
| Bill Pmt -Check | 07/23/2021 | 4044 | CR of Melbourne, LL... | X | -5,335.84 | -54,607.09 |
| Bill Pmt -Check | 07/23/2021 | 4048 | MARRS Air Conditio... | X | -2,020.00 | -56,627.09 |
| Bill Pmt -Check | 07/23/2021 | 4043 | City of Melbourne - ... | X | -1,374.02 | -58,001.11 |
| Bill Pmt -Check | 07/23/2021 | 4047 | Johnson Controls | X | -1,179.07 | -59,180.18 |
| Bill Pmt -Check | 07/23/2021 | 4045 | Dept of Business&P... | X | -225.00 | -59,405.18 |
| Bill Pmt -Check | 07/23/2021 | 4046 | Eau Gallie Ace Hard... | X | -66.70 | -59,471.88 |
| Total Checks and Payments | | | | | -59,471.88 | -59,471.88 |
| **Deposits and Credits - 5 items** | | | | | | |
| Payment | 07/01/2021 | 15765 | 540 Smith & Associ... | X | 7,243.52 | 7,243.52 |
| Deposit | 07/08/2021 | | | X | 7,000.00 | 14,243.52 |
| Deposit | 07/15/2021 | | | X | 11,000.00 | 25,243.52 |
| Deposit | 07/22/2021 | | | X | 10,500.00 | 35,743.52 |
| Payment | 07/26/2021 | 17007 | 240 Clear Choice H... | X | 16,092.44 | 51,835.96 |
| Total Deposits and Credits | | | | | 51,835.96 | 51,835.96 |
| Total Cleared Transactions | | | | | -7,635.92 | -7,635.92 |
| **Cleared Balance** | | | | | -7,635.92 | 16,492.40 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Bill Pmt -Check | 07/29/2021 | 4049 | IPFS Corporation | | -5,590.70 | -5,590.70 |
| Bill Pmt -Check | 07/29/2021 | 4050 | Westfield Insurance ... | | -570.33 | -6,161.03 |
| Total Checks and Payments | | | | | -6,161.03 | -6,161.03 |
| Total Uncleared Transactions | | | | | -6,161.03 | -6,161.03 |
| Register Balance as of 07/31/2021 | | | | | -13,796.95 | 10,331.37 |
| **Ending Balance** | | | | | -13,796.95 | 10,331.37 |



**Bank**

America's Most Convenient Bank®

E      STATEMENT OF ACCOUNT




MARINA TOWERS LLC
DIP CASE 20-03359 MFLO
709 SOUTH HARBOR CITY BLVD SUITE 530
MELBOURNE FL  32901

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Aug 01 2021-Aug 31 2021 |
| Cust Ref #: | ▬▬▬E-*** |
| Primary Account #: | ▬▬9133 |

RECEIVED SEP 0 2 2021

## Overdraft Policy Change Effective August 6, 2021

The following change applies only to Commercial and Small Business Checking Accounts and Money Market Accounts with check access: TD is making changes to reduce Customer overdraft fees:  Instead of charging an overdraft fee if you overdraw your account by greater than $5, you may now overdraw your account by up to $10 without TD charging you an overdraft fee.

Overdraft fees apply to a maximum of five (5) items per day per account and this will remain unchanged.  For Business Checking accounts on Account Analysis Billing, all overdrafts, regardless of volume, are billed through Account Analysis.  Please contact your Treasury Management Officer for further details.

## Chapter 11 Checking

MARINA TOWERS LLC
DIP CASE 20-03359 MFLO

Account # ▬▬9133

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 16,492.40 | Average Collected Balance | 7,020.44 |
| Deposits | 23,335.96 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 16,500.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 15,542.85 | Days in Period | 31 |
| Electronic Payments | 21,176.18 | | |
| Ending Balance | 19,609.33 | | |

*(handwritten: 09/02/21)*

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/03 | DEPOSIT | | 7,243.52 |
| 08/31 | DEPOSIT | | 16,092.44 |
| | | Subtotal: | 23,335.96 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/13 | eTransfer Credit, Online Xfer<br>Transfer from CK 4369008854 | 7,500.00 |
| 08/27 | eTransfer Credit, Online Xfer<br>Transfer from CK 4369008854 | 9,000.00 |
| | Subtotal: | 16,500.00 |

**Checks Paid**   No. Checks: 6   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 08/04 | 4049 | 5,590.70 | 08/31 | 4053* | 1,425.23 |
| 08/06 | 4050 | 570.33 | 08/31 | 4059* | 150.00 |
| 08/13 | 4051 | 3,718.48 | 08/31 | 4062* | 4,088.11 |
| | | | | Subtotal: | 15,542.85 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ① Ending Balance | 19,609.33 |
| ② Total Deposits + | |
| ③ Sub Total | |
| ④ Total Withdrawals - | |
| ⑤ Adjusted Balance | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "ODP" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

MARINA TOWERS LLC
DIP CASE 20-03359 MFLO

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Aug 01 2021-Aug 31 2021 |
| Cust Ref #: | ███████████-E-*** |
| Primary Account #: | ██████9133 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/02 | eTransfer Debit, Online Xfer<br>Transfer to CK 4369008854 | 5,000.00 |
| 08/06 | eTransfer Debit, Online Xfer<br>Transfer to CK 4369008854 | 5,000.00 |
| 08/18 | ELECTRONIC PMT-WEB, FPL DIRECT DEBIT ELEC PYMT ****206193 WEBI | 11,089.87 |
| 08/18 | ELECTRONIC PMT-WEB, FPL DIRECT DEBIT ELEC PYMT ****817529 WEBI | 86.31 |
| | Subtotal: | 21,176.18 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/31 | 16,492.40 | 08/13 | 11,356.41 |
| 08/02 | 11,492.40 | 08/18 | 180.23 |
| 08/03 | 18,735.92 | 08/27 | 9,180.23 |
| 08/04 | 13,145.22 | 08/31 | 19,609.33 |
| 08/06 | 7,574.89 | | |



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARINA TOWERS LLC
DIP CASE 20-03359 MFLO



Page:                    4 of 4
Statement Period:    Aug 01 2021-Aug 31 2021
Cust Ref #:          ███████████-E-***
Primary Account #:   ████████9133



| #4049 | 08/04 | $5,590.70 |
| #4050 | 08/06 | $570.33 |
| #4051 | 08/13 | $3,718.48 |
| #4053 | 08/31 | $1,425.23 |
| #4059 | 08/31 | $150.00 |
| #4062 | 08/31 | $4,088.11 |

8:54 AM
09/02/21

# Marina Towers, LLC
## Reconciliation Summary
### 1009 · TD Bank Operating, Period Ending 08/31/2021

|  | Aug 31, 21 |
|---|---|
| **Beginning Balance** | 16,492.40 |
| **Cleared Transactions** |  |
| Checks and Payments - 10 items | -36,719.03 |
| Deposits and Credits - 5 items | 39,835.96 |
| **Total Cleared Transactions** | 3,116.93 |
| **Cleared Balance** | 19,609.33 |
| **Uncleared Transactions** |  |
| Checks and Payments - 9 items | -13,330.71 |
| **Total Uncleared Transactions** | -13,330.71 |
| **Register Balance as of 08/31/2021** | 6,278.62 |
| **New Transactions** |  |
| Checks and Payments - 1 item | -338,484.66 |
| **Total New Transactions** | -338,484.66 |
| **Ending Balance** | -332,206.04 |

8:54 AM

09/02/21

# Marina Towers, LLC
## Reconciliation Detail
### 1009 · TD Bank Operating, Period Ending 08/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 16,492.40 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 10 items** | | | | | | |
| Bill Pmt -Check | 07/29/2021 | 4049 | IPFS Corporation | X | -5,590.70 | -5,590.70 |
| Bill Pmt -Check | 07/29/2021 | 4050 | Westfield Insurance ... | X | -570.33 | -6,161.03 |
| Check | 08/02/2021 | FCHS... | First Choice Healthc... | X | -5,000.00 | -11,161.03 |
| Check | 08/06/2021 | FCHS... | First Choice Healthc... | X | -5,000.00 | -16,161.03 |
| Bill Pmt -Check | 08/13/2021 | 4051 | CR of Melbourne, LL... | X | -3,718.48 | -19,879.51 |
| Bill Pmt -Check | 08/16/2021 | FPL08... | FPL - Florida Power ... | X | -11,089.87 | -30,969.38 |
| Bill Pmt -Check | 08/16/2021 | FPL08... | FPL - Florida Power ... | X | -86.31 | -31,055.69 |
| Bill Pmt -Check | 08/23/2021 | 4053 | City of Melbourne - ... | X | -1,425.23 | -32,480.92 |
| Bill Pmt -Check | 08/23/2021 | 4059 | City of Melbourne - ... | X | -150.00 | -32,630.92 |
| Bill Pmt -Check | 08/31/2021 | 4062 | CR of Melbourne, LL... | X | -4,088.11 | -36,719.03 |
| Total Checks and Payments | | | | | -36,719.03 | -36,719.03 |
| **Deposits and Credits - 5 items** | | | | | | |
| Payment | 08/03/2021 | 15788 | 540 Smith & Associ... | X | 7,243.52 | 7,243.52 |
| Deposit | 08/13/2021 | | | X | 7,500.00 | 14,743.52 |
| Bill Pmt -Check | 08/23/2021 | 4052 | City of Melbourne - ... | X | 0.00 | 14,743.52 |
| Deposit | 08/27/2021 | | | X | 9,000.00 | 23,743.52 |
| Payment | 08/31/2021 | 17152 | 240 Clear Choice H... | X | 16,092.44 | 39,835.96 |
| Total Deposits and Credits | | | | | 39,835.96 | 39,835.96 |
| Total Cleared Transactions | | | | | 3,116.93 | 3,116.93 |
| **Cleared Balance** | | | | | 3,116.93 | 19,609.33 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 9 items** | | | | | | |
| Bill Pmt -Check | 08/23/2021 | 4054 | IPFS Corporation | | -5,590.70 | -5,590.70 |
| Bill Pmt -Check | 08/23/2021 | 4057 | Westfield Insurance ... | | -570.33 | -6,161.03 |
| Bill Pmt -Check | 08/23/2021 | 4058 | NALCO Company | | -388.96 | -6,549.99 |
| Bill Pmt -Check | 08/23/2021 | 4055 | Plan It Lawn and La... | | -385.00 | -6,934.99 |
| Bill Pmt -Check | 08/23/2021 | 4056 | Waste Management... | | -383.46 | -7,318.45 |
| Bill Pmt -Check | 08/31/2021 | 4064 | Kone, Inc. | | -4,299.15 | -11,617.60 |
| Bill Pmt -Check | 08/31/2021 | 4063 | Johnson Controls | | -1,179.07 | -12,796.67 |
| Check | 08/31/2021 | 4060 | Home Depot (Towers) | | -287.05 | -13,083.72 |
| Check | 08/31/2021 | 4061 | MAI Design Build | | -246.99 | -13,330.71 |
| Total Checks and Payments | | | | | -13,330.71 | -13,330.71 |
| Total Uncleared Transactions | | | | | -13,330.71 | -13,330.71 |
| **Register Balance as of 08/31/2021** | | | | | -10,213.78 | 6,278.62 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Bill Pmt -Check | 09/01/2021 | 4065 | GMR Melbourne, LLC. | | -338,484.66 | -338,484.66 |
| Total Checks and Payments | | | | | -338,484.66 | -338,484.66 |
| Total New Transactions | | | | | -338,484.66 | -338,484.66 |
| **Ending Balance** | | | | | -348,698.44 | -332,206.04 |


## **TD Bank**
America's Most Convenient Bank®

E        STATEMENT OF ACCOUNT



MARINA TOWERS LLC
DIP CASE 20-03359 MFLO
709 SOUTH HARBOR CITY BLVD SUITE 530
MELBOURNE FL  32901

| | |
|---|---|
| Page: | 1 of 6 |
| Statement Period: | Sep 01 2021-Sep 30 2021 |
| Cust Ref #: | ▬▬▬▬E-*** |
| Primary Account #: | ▬▬▬9133 |

## Overdraft Policy Change Effective August 6, 2021

RECEIVED OCT 0 4 2021

The following change applies only to Commercial and Small Business Checking Accounts and Money Market Accounts with check access: TD is making changes to reduce Customer overdraft fees:  Instead of charging an overdraft fee if you overdraw your account by greater than $5, you may now overdraw your account by up to $10 without TD charging you an overdraft fee.

Overdraft fees apply to a maximum of five (5) items per day per account and this will remain unchanged.  For Business Checking accounts on Account Analysis Billing, all overdrafts, regardless of volume, are billed through Account Analysis.  Please contact your Treasury Management Officer for further details.

## Chapter 11 Checking

MARINA TOWERS LLC
DIP CASE 20-03359 MFLO

Account #▬▬▬9133

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 19,609.33 | Average Collected Balance | 11,864.91 |
| Deposits | 30,579.48 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 461,500.00 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 338,519.66 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |
| Checks Paid | 358,057.08 | | |
| Electronic Payments | 12,100.25 | | |
| Other Withdrawals | 438,614.66 | | |
| Ending Balance | 41,436.48 | | |



| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $35.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | DEPOSIT | 7,243.52 |
| 09/28 | DEPOSIT | 16,092.44 |
| 09/30 | DEPOSIT | 7,243.52 |
| | Subtotal: | 30,579.48 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ❶ | Ending Balance | 41,436.48 |
| ❷ | Total Deposits  + | |
| ❸ | Sub Total | |
| ❹ | Total Withdrawals  − | |
| ❺ | Adjusted Balance | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARINA TOWERS LLC
DIP CASE 20-03359 MFLO

| | |
|---|---|
| Page: | 3 of 6 |
| Statement Period: | Sep 01 2021-Sep 30 2021 |
| Cust Ref #: | ▓▓▓-E-*** |
| Primary Account #: | ▓▓9133 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/07 | eTransfer Credit, Online Xfer Transfer from CK 4369008854 | 87,000.00 |
| 09/14 | eTransfer Credit, Online Xfer Transfer from CK 4369008854 | 350,000.00 |
| 09/14 | eTransfer Credit, Online Xfer Transfer from CK 4369008854 | 7,000.00 |
| 09/24 | eTransfer Credit, Online Xfer Transfer from CK 4369008854 | 17,500.00 |
| | Subtotal: | 461,500.00 |

### Other Credits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/14 | RETURNED ITEM | 338,484.66 |
| 09/17 | NSF CHARGE REVERSAL | 35.00 |
| | Subtotal: | 338,519.66 |

### Checks Paid    No. Checks: 15

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 09/01 | 4054 | 5,590.70 | 09/21 | 4066 | 3,362.48 |
| 09/15 | 4055 | 385.00 | 09/23 | 4067 | 166.80 |
| 09/01 | 4056 | 383.46 | 09/27 | 4068 | 1,179.07 |
| 09/03 | 4057 | 570.33 | 09/22 | 4070* | 225.00 |
| 09/02 | 4058 | 388.96 | 09/27 | 4072* | 393.05 |
| 09/13 | 4063* | 1,179.07 | 09/24 | 4073 | 388.96 |
| 09/08 | 4064 | 4,299.15 | 09/29 | 4074 | 1,060.39 |
| 09/13 | 4065 | 338,484.66 | | | |
| | | | | Subtotal: | 358,057.08 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/16 | ELECTRONIC PMT-WEB, FPL DIRECT DEBIT ELEC PYMT ****206193 WEBI | 12,013.96 |
| 09/16 | ELECTRONIC PMT-WEB, FPL DIRECT DEBIT ELEC PYMT ****817529 WEBI | 86.29 |
| | Subtotal: | 12,100.25 |

---

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARINA TOWERS LLC
DIP CASE 20-03359 MFLO

| | |
|---|---|
| Page: | 4 of 6 |
| Statement Period: | Sep 01 2021-Sep 30 2021 |
| Cust Ref #: | ▇▇▇▇▇▇▇▇-E-*** |
| Primary Account #: | ▇▇▇9133 |

---

## DAILY ACCOUNT ACTIVITY

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/07 | WIRE TRANSFER OUTGOING, Global Medical REIT LP | 100,000.00 |
| 09/07 | WIRE TRANSFER FEE | 30.00 |
| 09/14 | OVERDRAFT RET | 35.00 |
| 09/15 | WIRE TRANSFER OUTGOING, Global Medical Reit Lp | 338,519.66 |
| 09/15 | WIRE TRANSFER FEE | 30.00 |
| | Subtotal: | 438,614.66 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 19,609.33 | 09/17 | 7,376.27 |
| 09/01 | 13,635.17 | 09/21 | 4,013.79 |
| 09/02 | 13,246.21 | 09/22 | 3,788.79 |
| 09/03 | 19,919.40 | 09/23 | 3,621.99 |
| 09/07 | 6,889.40 | 09/24 | 20,733.03 |
| 09/08 | 2,590.25 | 09/27 | 19,160.91 |
| 09/13 | -337,073.48 | 09/28 | 35,253.35 |
| 09/14 | 358,376.18 | 09/29 | 34,192.96 |
| 09/15 | 19,441.52 | 09/30 | 41,436.48 |
| 09/16 | 7,341.27 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARINA TOWERS LLC
DIP CASE 20-03359 MFLO

Page:                    5 of 6
Statement Period:    Sep 01 2021-Sep 30 2021
Cust Ref #:          ***████████████E-***
Primary Account #:   ████████9133



| #4054 | 09/01 | $5,590.70 | #4055 | 09/15 | $385.00 |
| #4056 | 09/01 | $383.46 | #4057 | 09/03 | $570.33 |
| #4058 | 09/02 | $388.96 | #4063 | 09/13 | $1,179.07 |
| #4064 | 09/08 | $4,299.15 | #4065 | 09/13 | $338,484.66 |
| #4066 | 09/21 | $3,362.48 | #4067 | 09/23 | $166.80 |



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

MARINA TOWERS LLC
DIP CASE 20-03359 MFLO

Page: 6 of 6
Statement Period: Sep 01 2021-Sep 30 2021
Cust Ref #: ███████████-E-***
Primary Account #: ██████9133



| #4068 | 09/27 | $1,179.07 |



| #4070 | 09/22 | $225.00 |
| #4073 | 09/24 | $388.96 |



| #4072 | 09/27 | $393.05 |

| #4074 | 09/29 | $1,060.39 |

12:06 PM

10/04/21

**Marina Towers, LLC**
## Reconciliation Summary
**1009 · TD Bank Operating, Period Ending 09/30/2021**

|                                          | Sep 30, 21   |
|------------------------------------------|--------------|
| **Beginning Balance**                    | 19,609.33    |
| **Cleared Transactions**                 |              |
| Checks and Payments - 23 items           | -470,287.33  |
| Deposits and Credits - 17 items          | 492,114.48   |
| **Total Cleared Transactions**           | 21,827.15    |
| **Cleared Balance**                      | **41,436.48** |
| **Uncleared Transactions**               |              |
| Checks and Payments - 8 items            | -18,624.40   |
| **Total Uncleared Transactions**         | -18,624.40   |
| **Register Balance as of 09/30/2021**    | **22,812.08** |
| **Ending Balance**                       | 22,812.08    |

12:06 PM
10/04/21

# Marina Towers, LLC
# Reconciliation Detail
### 1009 · TD Bank Operating, Period Ending 09/30/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 19,609.33 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 23 items** | | | | | | |
| Bill Pmt -Check | 08/23/2021 | 4054 | IPFS Corporation | X | -5,590.70 | -5,590.70 |
| Bill Pmt -Check | 08/23/2021 | 4057 | Westfield Insurance ... | X | -570.33 | -6,161.03 |
| Bill Pmt -Check | 08/23/2021 | 4058 | NALCO Company | X | -388.96 | -6,549.99 |
| Bill Pmt -Check | 08/23/2021 | 4055 | Plan It Lawn and La... | X | -385.00 | -6,934.99 |
| Bill Pmt -Check | 08/23/2021 | 4056 | Waste Management... | X | -383.46 | -7,318.45 |
| Bill Pmt -Check | 08/31/2021 | 4064 | Kone, Inc. | X | -4,299.15 | -11,617.60 |
| Bill Pmt -Check | 08/31/2021 | 4063 | Johnson Controls | X | -1,179.07 | -12,796.67 |
| Bill Pmt -Check | 09/01/2021 | 4065a | GMR Melbourne, LLC. | X | -322,442.37 | -335,239.04 |
| Bill Pmt -Check | 09/01/2021 | 4065b | GMR Melbourne, LLC. | X | -16,042.29 | -351,281.33 |
| Bill Pmt -Check | 09/07/2021 | GMR0... | GMR Melbourne, LLC. | X | -100,000.00 | -451,281.33 |
| Check | 09/07/2021 | TD090... | TD Bank | X | -30.00 | -451,311.33 |
| Bill Pmt -Check | 09/14/2021 | FPL09... | FPL - Florida Power ... | X | -12,013.96 | -463,325.29 |
| Bill Pmt -Check | 09/14/2021 | FPL09... | FPL - Florida Power ... | X | -86.29 | -463,411.58 |
| General Journal | 09/14/2021 | JV 07-... | TD Bank | X | -35.00 | -463,446.58 |
| Bill Pmt -Check | 09/15/2021 | 4066 | CR of Melbourne, LL... | X | -3,362.48 | -466,809.06 |
| Bill Pmt -Check | 09/15/2021 | 4068 | Johnson Controls | X | -1,179.07 | -467,988.13 |
| Bill Pmt -Check | 09/15/2021 | 4072 | Waste Management... | X | -393.05 | -468,381.18 |
| Bill Pmt -Check | 09/15/2021 | 4073 | NALCO Company | X | -388.96 | -468,770.14 |
| Bill Pmt -Check | 09/15/2021 | 4070 | Perry's Pump Servic... | X | -225.00 | -468,995.14 |
| Bill Pmt -Check | 09/15/2021 | 4067 | Eau Gallie Ace Hard... | X | -166.80 | -469,161.94 |
| Check | 09/15/2021 | GMR0... | GMR Melbourne, LLC. | X | -35.00 | -469,196.94 |
| Check | 09/15/2021 | TD091... | TD Bank | X | -30.00 | -469,226.94 |
| Bill Pmt -Check | 09/24/2021 | 4074 | City of Melbourne - ... | X | -1,060.39 | -470,287.33 |
| Total Checks and Payments | | | | | -470,287.33 | -470,287.33 |
| | | | | | | |
| **Deposits and Credits - 17 items** | | | | | | |
| Bill Pmt -Check | 08/31/2021 | | MAI Design Build | X | 0.00 | 0.00 |
| Bill Pmt -Check | 08/31/2021 | | Home Depot (Towers) | X | 0.00 | 0.00 |
| Bill Pmt -Check | 09/01/2021 | | GMR Melbourne, LLC. | X | 0.00 | 0.00 |
| Bill Pmt -Check | 09/01/2021 | 4065 | GMR Melbourne, LLC. | X | 0.00 | 0.00 |
| Bill Pmt -Check | 09/01/2021 | | Waste Management... | X | 0.00 | 0.00 |
| Bill Pmt -Check | 09/01/2021 | 4065 | GMR Melbourne, LLC. | X | 0.00 | 0.00 |
| Payment | 09/03/2021 | 15821 | 540 Smith & Associ... | X | 7,243.52 | 7,243.52 |
| Bill Pmt -Check | 09/07/2021 | | GMR Melbourne, LLC. | X | 0.00 | 7,243.52 |
| Deposit | 09/07/2021 | | | X | 87,000.00 | 94,243.52 |
| Check | 09/14/2021 | TD091... | TD Bank | X | 0.00 | 94,243.52 |
| Deposit | 09/14/2021 | | | X | 7,000.00 | 101,243.52 |
| Deposit | 09/14/2021 | | | X | 350,000.00 | 451,243.52 |
| Bill Pmt -Check | 09/15/2021 | 4069 | NALCO Company | X | 0.00 | 451,243.52 |
| General Journal | 09/20/2021 | JV 07-... | TD Bank | X | 35.00 | 451,278.52 |
| Deposit | 09/24/2021 | | | X | 17,500.00 | 468,778.52 |
| Payment | 09/29/2021 | 17279 | 240 Clear Choice H... | X | 16,092.44 | 484,870.96 |
| Payment | 09/30/2021 | 15843 | 540 Smith & Associ... | X | 7,243.52 | 492,114.48 |
| Total Deposits and Credits | | | | | 492,114.48 | 492,114.48 |
| Total Cleared Transactions | | | | | 21,827.15 | 21,827.15 |
| **Cleared Balance** | | | | | 21,827.15 | 41,436.48 |
| | | | | | | |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 8 items** | | | | | | |
| Check | 08/31/2021 | 4060 | Home Depot (Towers) | | -287.05 | -287.05 |
| Check | 08/31/2021 | 4061 | MAI Design Build | | -246.99 | -534.04 |
| Bill Pmt -Check | 09/15/2021 | 4071 | Plan It Lawn and La... | | -385.00 | -919.04 |
| Bill Pmt -Check | 09/24/2021 | 4076 | IPFS Corporation | | -5,590.70 | -6,509.74 |
| Bill Pmt -Check | 09/24/2021 | 4075 | CR of Melbourne, LL... | | -3,846.06 | -10,355.80 |
| Bill Pmt -Check | 09/24/2021 | 4077 | Westfield Insurance ... | | -570.33 | -10,926.13 |

# Marina Towers, LLC
## Reconciliation Detail
### 1009 · TD Bank Operating, Period Ending 09/30/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 09/30/2021 | 4078 | Kone, Inc. | | -4,473.27 | -15,399.40 |
| Bill Pmt -Check | 09/30/2021 | 4079 | MARRS Air Conditio... | | -3,225.00 | -18,624.40 |
| Total Checks and Payments | | | | | -18,624.40 | -18,624.40 |
| Total Uncleared Transactions | | | | | -18,624.40 | -18,624.40 |
| Register Balance as of 09/30/2021 | | | | | 3,202.75 | 22,812.08 |
| **Ending Balance** | | | | | **3,202.75** | **22,812.08** |