UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
**www.flmb.uscourts.gov**

In re:                                                    Case No.: 6:20-bk-3355-KSJ
                                                          Chapter 11

First Choice Healthcare Solutions, Inc.
                                                          Jointly Administered

    Debtor.

_____/


### ESTHER MCKEAN AND AKERMAN LLP'S
### MOTION TO WITHDRAW AS COUNSEL FOR THE DEBTORS

---

NOTICE OF OPPORTUNITY
TO OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in this paper you must file a response with the Clerk of the Court at the United States Bankruptcy Court, 400 W. Washington St., Suite 5100, Orlando, FL  32801, within fourteen (14) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing.  If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one.  If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

      Esther McKean, Esq. and the law firm of Akerman LLP (collectively "Counsel") request approval to withdraw as counsel for record for the Debtors, First Choice Healthcare Solutions, Inc., First Choice Medical Group of Brevard, LLC, FCID Medical, Inc. and Marina Towers, LLC (collectively referred to herein as the "Debtors")

60661129;1

1.      On July 21, 2021, the court entered an Order Approving Application for Approval of the Employment of Esther McKean of the Law Firm of Akerman LLP as Attorneys for the Debtors, *Nunc Pro Tunc* to the Petition Date.  (Doc. No. 102.)

2.      Counsel seeks to withdraw as counsel for the Debtors because irreconcilable differences exist.

3.      In addition, the Debtors have failed to comply with Court orders relating to Counsel and thereby imposing unreasonable financial burden on Counsel to continue representation.

4.      The Debtors' Board was notified in advance of the relief sought in this motion and advised they needed to obtain new counsel.  In response Lance Friedman, Chief Executive Officer for the Debtors stated "we [Debtors] will make arrangements."

WHEREFORE, counsel for the Debtors requests that this Court enter an order authorizing Counsel to withdraw as counsel of record for the Debtors and further relief as this Court deems just and proper.

Dated: November 1, 2021

/s/ Esther McKean
Esther McKean, Esquire
Florida Bar No. 028124
AKERMAN LLP
420 S. Orange Ave., Suite 1200
Orlando, FL 32801
Phone: (407) 423-4000
Fax: (407) 843-6610
Email: esther.mckean@akerman.com
Counsel for Reorganized Debtors

60661129;1

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2021, this Motion was filed and served through the Court's CM/ECF system to those parties in interest receiving CM/ECF notifications and I caused the foregoing document to be served by first class mail, postage prepaid, on the following persons: Debtors c/o Lance Friedman, Chief Executive Officer, 709 S. Harbor City Blvd., Suite 530, Melbourne, FL 32901 and to those parties shown on the attached matrix.  In addition, on November 1, 2021 this Motion was served by e-mail to the Board of the Debtors.

s/ Esther McKean
Esther A. McKean, Esquire

60661129;1