UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

First Choice Healthcare Solutions, Inc. *et, al.*[1]

Debtors.
_____/

Case No.: 6:20-bk-3355-KSJ
Chapter 11

(Jointly Administered)

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a preliminary hearing has been scheduled for **November 15, 2021 at 2:00 p.m.** before Honorable Karen S. Jennemann to consider the following:

**Esther McKean And Akerman LLP's Motion To Withdraw As Counsel For The Debtors (Doc. No. 467)**

**All parties-in-interest should review the Courtroom Appearance procedures set forth at http://www.flmb.uscourts.gov/judges/jennemann/ and the Court's Order Establishing Procedures for Video Hearings (Doc. No. 468) entered in this Case.**

The hearing may be continued upon announcement made in open Court without further notice.

Dated: November 8, 2021

/s/ Esther McKean
Esther McKean, Esquire
Florida Bar No. 028124
AKERMAN LLP
420 S. Orange Ave., Suite 1200
Orlando, FL 32801
Phone: (407) 423-4000
Fax: (407) 843-6610
Email: esther.mckean@akerman.com
Counsel for Reorganized Debtors

---

[1] The Debtors in these cases are: First Choice Healthcare Solutions, Inc., First Choice Medical Group of Brevard, LLC, FCID Medical, Inc., and Marina Towers, LLC. The address of all the Debtors is 709 S. Harbor City Blvd., Suite 530, Melbourne, FL 32901.

60758020;1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of November, 2021, this Notice of Hearing was filed and served through the Court's CM/ECF system to those parties in interest receiving CM/ECF notifications and I caused the foregoing document to be served by first class mail, postage prepaid, on the following persons: Debtors c/o Lance Friedman, Chief Executive Officer, 709 S. Harbor City Blvd., Suite 530, Melbourne, FL 32901 and to those parties shown on the attached matrix. In addition, on November 8, 2021 this Notice of Hearing was served by e-mail to the Board of the Debtors.

                                            s/ Esther McKean
                                            Esther A. McKean, Esquire