**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | Case No.: 6:20-bk-03355-KSJ |
| First Choice Healthcare Solutions, Inc., et al., | Chapter 11 |
| Debtors. | Jointly Administered[1] |

**DECLARATION OF THOMAS C. ADAM**
**IN SUPPORT OF APPLICATION TO EMPLOY**

Pursuant to Fed. R. Bankr. P. 2014(a), 11 U.S.C. §327(a) and 28 U.S.C. §1746, I, Thomas C. Adam, being duly sworn, do hereby depose and state as follows:

1. I am an attorney duly admitted to practice before the Courts of the State of Florida and the United States District Court for the Middle District of Florida.

2. I am the sole shareholder of Adam Law Group, 326 N. Broad St. #208, Jacksonville, FL 32202 ("ALG").

3. I hereby represent that neither I nor any member of my firm holds or represents any interest adverse to the estate of Debtors, First Choice Healthcare Solutions, Inc., First Choice Medical Group of Brevard, LLC, FCID Medical, Inc., and Marina Towers, LLC (the "Debtors").

4. To the best of my knowledge, information, and belief, neither ALG nor any member of ALG has any connection with any Bankruptcy Judge in the Middle District of Florida, the Debtor, any creditor, or other party in interest, its respective attorneys or accountants, the United States Trustee, or any person employed by the United States Trustee which would render the employment of the undersigned and ALG improper.

5. I hereby represent that my firm and I are "disinterested person[s]" as the term is defined in 11 U.S.C. §101(14).

6. The Debtor seeks to retain ALG and me to represent the Debtor as general counsel in this Chapter 11 case. The agreed minimum fee for ALG's representation, subject to Court approval is $15,000.00 (the "Retainer"). The Debtor has paid ALG $15,000.00 The Debtor has agreed to pay all costs, including copying and telephone charges, unless litigation arises and fees and costs are actually recovered from another party.

---

[1] Jointly administered cases: First Choice Healthcare Solutions, Inc., Case No.: 6:20-bk-3355- KSJ; First Choice Medical Group of Brevard, LLC, Case No.: 6:20-bk-3356- KSJ; FCID Medical, Inc., Case No.: 6:20-bk-3357- KSJ; and Marina Towers, LLC, Case No.: 6:20-bk-3359-KSJ

       The Initial Retainer is intended by the Debtor and ALG to be earned-on-receipt and handled in accordance with *In re Craig*, 265 B.R. 624 (Bankr. M.D. Fla. 2001).

7. My hourly rate for attorney services is $350.00 per hour. ALG will file a final fee application pursuant to Local Bankruptcy Rules, and other applicable law as required for approval of fees and costs to be paid as compensation for services rendered in this Chapter 11 case.

8. I hereby represent that I have not agreed to share with any person except with the members of ALG, the compensation to be paid for the services rendered in this case.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY DATED THIS 2nd day of December 2021

_____
Thomas C. Adam