**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | Case No. 6:20-bk-3355-KSJ |
| FIRST CHOICE HEALTHCARE SOLUTIONS, INC., *et al.*, [1] | Chapter 11 |
| | (Jointly Administered) |
| Debtors._____/ | |

### NOTICE OF REQUEST FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION PURSUANT TO RULE 2004, FEDERAL RULES OF BANKRUPTCY PROCEDURE

Comes now GMR Melbourne, LLC ("GMR"), by and through counsel, and hereby gives notice of the following request for production of documents and electronically stored information pursuant to Rule 2004, Federal Rules of Bankruptcy Procedure. The requested documents are to be provided by the Debtors and by Emerge Healthcare Solutions, LLC within 21 days from the service of this notice, and may be provided electronically to counsel for GMR. Pursuant to this notice, production of the following categories of documents and electronically stored information is requested:

1. The financial statements, including balance sheets, income statements, profit and loss statements, cash flow statements, statements of shareholders equity, accounts receivable listings, accounts payable listings, daysheets and procedure reports of the Debtors, or any of them, for any portion of the period from June 15, 2020, to present.

---

[1] The Debtors in these cases are: First Choice Healthcare Solutions, Inc., First Choice Medical Group of Brevard, LLC, FCID Medical, Inc., and Marina Towers, LLC. The address of all the Debtors is 709 S. Harbor City Blvd., Suite 530, Melbourne, FL 32901.

2. The financial statements, including balance sheets, income statements, profit and loss statements, cash flow statements, statements of shareholders equity, accounts receivable listings and accounts payable listings, daysheets and procedure reports of Emerge Healthcare Solutions, LLC for any portion of the period from June 15, 2020, to present.

3. For the period from June 15, 2020, to present, all documents naming the members, shareholders or owners of the Debtors, or any of them.

4. For the period from June 15, 2020, to present, all documents naming the members, shareholders or owners of Emerge Healthcare Solutions, LLC.

5. For the period from June 15, 2020, to present, all documents naming the officers of the Debtors, or any of them.

6. For the period from June 15, 2020, to present, all documents naming the officers of Emerge Healthcare Solutions, LLC.

7. For the period from June 15, 2020, to present, all documents naming the physicians who practice with the Debtors, or any of them.

8. For the period from June 15, 2020, to present, all documents naming the physicians who practice with Emerge Healthcare Solutions, LLC.

9. For the period from June 15, 2020, to present, all communications to or from Lance Friedman, Phil Keller or Eric Weiss with anyone regarding Emerge Healthcare Solutions, LLC, including any communications including the word "Emerge".

10. For the period from June 15, 2020, to present, all documents regarding the rebranding of the Debtors, or any of them, as Emerge Healthcare.

11. For the period from June 15, 2020, to present, all investor presentations regarding the Debtors, of any of them.

12. For the period from June 15, 2020, to present, all investor presentations regarding Emerge Healthcare, Emerge Healthcare Solutions or Emerge Healthcare Solutions, LLC.

13. For the period from June 15, 2020, to present, all documents, including communications, regarding the use of the assets of the Debtors, of any of them, by Emerge Healthcare Solutions, LLC.

14. For the period from June 15, 2020, to present, all documents, including communications, regarding the use of any part of the premises leased from GMR Melbourne, LLC by Emerge Healthcare Solutions, LLC.

15. aFor the period from June 15, 2020, to present, all leases of real property entered into by Emerge Healthcare Solutions, LLC.

16. For the period from June 15, 2020, to present, all documents, including communications, regarding any transfer, license or lease of any assets, rights or things of value between the Debtors, or any of them, and Emerge Healthcare Solutions, LLC.

17. For the period from June 15, 2020, to present, all advertisements, including marketing materials or communications for the purpose of soliciting patients or employees, by the Debtors, or any of them.

18. For the period from June 15, 2020, to present, all advertisements, including marketing materials or communications for the purpose of soliciting patients or employees, by Emerge Healthcare Solutions, LLC.

Date: January 18, 2022.                    Respectfully submitted,

/s/ Austin L. McMullen
Austin L. McMullen (admitted *pro hac vice*)
**BRADLEY ARANT BOULT CUMMINGS LLP**
Roundabout Plaza
1600 Division Street
Suite 700
Nashville, TN 37203
P: (615) 244-2582 | F: (615) 252-6380
Primary email: amcmullen@bradley.com
Secondary email: dabbott@bradley.com

*Counsel for GMR Melbourne, LLC*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 18, 2022, a true and correct copy of the foregoing **NOTICE OF REQUEST FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION PURSUANT TO RULE 2004, FEDERAL RULES OF BANKRUPTCY PROCEDURE** has been served through the CM/ECF system to all registered CM/ECF recipients and by U.S. Mail, postage pre-paid, to:

Thomas C. Adam
Adam Law Group, P.A.
326 North Broad Street, Suite 208
Jacksonville, FL 32202

Lynn Welter Sherman
Trenam Law
200 Central Avenue, Suite 1600
St. Petersburg, FL 33701

First Choice Healthcare Solutions, Inc.
Attn: Lance Friedman
709 S. Harbor City Blvd., Suite 530
Melbourne, FL 32901

Aaron R. Cohen
P.O. Box 4218
Jacksonville, FL 32201-4218

Miriam G. Saurez
Office of the United States Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

Emerge Healthcare Solutions, LLC
Phillip J. Keller
709 S. Harbor City Blvd., Suite 530
Melbourne, FL 32901

/s/ Austin L. McMullen
Attorney