**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

First Choice Healthcare Solutions, Inc., et al.,

    Debtors.

Case No.: 6:20-bk-03355-KSJ

Chapter 11

Jointly Administered[1]

**RESPONSE TO U.S. BANK'S LIMITED OBJECTION TO FINAL DECREE**

    Debtors, First Choice Healthcare Solutions, Inc., First Choice Medical Group of Brevard, LLC, FCID Medical, Inc., and Marina Towers, LLC (the "Debtors") hereby files this response to Creditor, U.S. Bank's Limited Objection to Final Decree (Doc. No 491)(the "Objection"), and states as follows:

    1.    The Objection claims that the Debtor failed to make the payment for December 5, 2021 in the amount of $2,112.00.

    2.    The Debtor has tendered the following sums to Creditor and is now current:

$4,180.59 - January 14, 2022

$2,251.19 - December 30, 2021

    **WHEREFORE** the Debtor requests that the Objection be Overruled and for any and all other relief deemed appropriate

    Respectfully submitted on January 19, 2021.

                                     /s/ Thomas C. Adam
                                     Thomas C. Adam, Esq.
                                     Florida Bar No. 648711
                                     ADAM LAW GROUP, P.A.

---

[1] Jointly administered cases: First Choice Healthcare Solutions, Inc., Case No.: 6:20-bk-3355- KSJ; First Choice Medical Group of Brevard, LLC, Case No.: 6:20-bk-3356- KSJ; FCID Medical, Inc., Case No.: 6:20-bk-3357- KSJ; and Marina Towers, LLC, Case No.: 6:20-bk-3359-KSJ

        326 N. Broad St. #208  
        Jacksonville, FL 32202  
        (904) 329-7249 telephone  
        (904) 615-6561 facsimile  
        tadam@adamlawgroup.com

*Counsel for the Debtors*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFIY that a copy of this Response was served by electronic transmission via the CM/ECF system upon all parties having entered an appearance in this case on this 19th day of January 2022.

        /s/ Thomas C. Adam  
        Thomas C. Adam