**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

ATTACHMENT NO. 1

| | |
|---|---|
| Case Name: Marina Towers, LLC. | |
| Case Number: 6:20-bk-3359-KSJ | |
| Date of Plan Confirmation: February 21, 2021 | |

| QUESTIONNAIRE | | |
|---|---|---|
| | YES* | NO |
| 1 | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2 | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3 | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | X | |
| 4 | Is the Debtor current on all post-confirmation plan payments? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | |
|---|---|---|
| | YES | NO* |
| 1 | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2 | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY and CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Property - Mt Hawley Insurance Company | | 06/01/21 to 05/31/22 | 5,590.70  Monthly | None |
| Liability - Westfield Liability Insurance | | 06/01/21 to 05/31/22 | 570.33  Monthly | None |
| Umbrella - Westfield Liability Insurance | | 06/01/21 to 05/31/22 | Included with Liability | None |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

On February 23, 2021, the Bankruptcy Court entered an Order Confirming Debtors' Amended Joint Plan of Reorganization. On April 21, 2021 a status hearing was held setting July 2, 2021 as the deadline for claim objections. On March 1, 2021, in the case of Maz Partners LP, individually and on behalf of all other similarly situated, vs. First Choice Healthcare Solutions, Inc. and Christian Romandetti, Sr., Case No. 6:19-cv-00619-PGB-LRH pending in the U.S. District Court, Middle District of Florida, Orlando Division, an Order Preliminary Approving Class Action Settlement, Preliminary Certifying Settlement Class, and Directing Notice to Settlement Class was entered. The District Court set a hearing regarding final approval of the settlement for July 26, 2021 at 10:00 a.m. at the United States District Court for the Middle District of Florida, Orlando Division, 401 West Central Boulevard, Orlando, Florida 32801

Estimated Date of Filing the Application for Final Decree: Winter/Spring 2022

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This __21st__ day of __January__, 2022

Debtor's Signature        Lance Friedman, CEO

Marina Towers, LLC.

Case 6:20-bk-3359

For Period Ending December 31, 2021

Attachment No. 1

Questionnaire 3.  All undisputed bills paid on a timely basis.  We have been working with GMR, our landlord on a lease modification and amendment, we have deferred part of the YTD 2021 rent payments during the negotiations.

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| Case Name:  Marina Towers, LLC. |
| --- |
| Case Number: 6:20-bk-3359-KSJ |
| Date of Plan Confirmation: February 21, 2021 |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

|     |                                          |       | 10/01/21 - 12/31/21 | 02/22/21 - 12/31/21 |
|-----|------------------------------------------|-------|---------------------|---------------------|
|     |                                          |       | Quarterly           | Post Confirmation Total |
| 1.  | **CASH (Beginning of Period)**           |       | $          22,812.08 | $              601.07 |
| 2.  | **INCOME or RECEIPTS during the Period** |       | $         177,609.88 | $          926,622.72 |
| 3.  | **DISBURSEMENTS**                        |       |                     |                     |
|     | a.  **Operating Expenses (Fees/Taxes):** |       |                     |                     |
|     |      (i) U.S. Trustee Quarterly Fees     |       | $  None             | $  None             |
|     |      (ii) Federal Taxes                  |       | None                | None                |
|     |      (iii State Taxes                    |       | None                | None                |
|     |      (iv Other Taxes                     |       | None                | None                |
|     | b.  **All Other Operating Expenses:**    |       | $         200,093.67 | $          603,919.09 |
|     | c.  **Plan Payments:**                   |       |                     |                     |
|     |      (i) Administrative Claims           |       | $                  - | $          322,442.37 |
|     |      (ii) Class One                      |       | None                | None                |
|     |      (iii Class Two                      |       | None                | None                |
|     |      (iv Class Three                     |       | (287.05)            | 246.99              |
|     |      (v) Class Four                      |       | None                | None                |
|     |      (vi Class Five                      |       | None                | None                |
|     |      (vi Class Six                       |       | None                | None                |
|     |      (vi Class Seven                     |       | None                | None                |
|     | **Total Disbursements (Operating & Plan)** | | $         199,806.62 | $          926,608.45 |
| 1.  | **CASH (End of Period)**                 |       | $            615.34 | $              615.34 |

QUARTERLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

| | |
|---|---|
| **Case Name: Marina Towers, LLC.** | |
| **Case Number: 6:20-bk-3359-KSJ** | |
| **Date of Plan Confirmation: February 21, 2021** | |

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
**Prepare Reconcilation for each Month of the Quarter**

**For 10/31/21**

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD Bank | | | |
| Account Number: | XXX-XXX9133 | | | |
| Purpose of Account (Operating/Payroll/Tax) | Operating | | | |
| Type of Account (e.g. checking) | Checking | | | |
| | | | | |
| 1.  Balance per Bank Statement | 24,104.07 | | | |
| 2.  ADD:  Deposits not credited | 6,000.00 | | | |
| 3.  SUBTRACT:  Outstanding Checks | (29,453.16) | | | |
| 4.  Other Reconciling Items | - | | | |
| 5.  Month End Balance (Must Agree with Books) | 650.91 | | | |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 3**

| |
|---|
| **Case Name:  Marina Towers, LLC.** |
| **Case Number: 6:20-bk-3359-KSJ** |
| **Date of Plan Confirmation: February 21, 2021** |

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
### Prepare Reconcilation for each Month of the Quarter

### For 11/30/21

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD Bank | TD Bank | | |
| Account Number: | XXX-XXX9133 | XXX-XXX5435 | | |
| Purpose of Account (Operating/Payroll/Tax) | Operating | Operating | | |
| Type of Account (e.g. checking) | Checking | Checking | | |
| | | | | |
| 1.  **Balance per Bank Statement** | - | 16192.63 | | |
| 2.  **ADD:** Deposits not credited | - | | | |
| 3.  **SUBTRACT:** Outstanding Checks | - | -67.75 | | |
| 4.  Other Reconciling Items | - | | | |
| 5.  **Month End Balance** (Must Agree with Books) | - | 16,124.88 | | |
| | | | | |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.

QUARTERLY OPERATING REPORT -
POST CONFIRMATION                                                      **ATTACHMENT NO. 3**

| |
|---|
| Case Name:  Marina Towers, LLC. |
| Case Number: 6:20-bk-3359-KSJ |
| Date of Plan Confirmation: February 21, 2021 |

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
### Prepare Reconcilation for each Month of the Quarter

### For 12/31/21

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD Bank | TD Bank | | |
| Account Number: | XXX-XXX9133 | XXX-XXX5435 | | |
| Purpose of Account (Operating/Payroll/Tax) | Operating | Operating | | |
| Type of Account (e.g. checking) | Checking | Checking | | |
| 1.  Balance per Bank Statement | | 1469.63 | | |
| 2.  ADD:  Deposits not credited | - | | | |
| 3.  SUBTRACT:  Outstanding Checks | | -854.29 | | |
| 4.  Other Reconciling Items | - | | | |
| 5.  Month End Balance (Must Agree with Books) | - | 615.34 | | |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.

**QUARTERLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 4**

| | |
|---|---|
| **Case Name:  Marina Towers, LLC.** | |
| **Case Number: 6:20-bk-3359-KSJ** | |
| **Date of Plan Confirmation: February 21, 2021** | |

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | TD Bank |
|---|---|
| Account Number | XXX-XXX9133 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| GMR101221 | 10/08/21 | GMR Melbourne, LLC. | Operating Expense | (50,000.00) |
| 4081 | 10/08/21 | CR of Melbourne, LLC. | Operating Expense | (5,660.73) |
| FPL101421a | 10/14/21 | FPL - Florida Power & Light | Operating Expense | (11,368.11) |
| FPL101421b | 10/14/21 | FPL - Florida Power & Light | Operating Expense | (81.29) |
| 4082 | 10/14/21 | Johnson Controls | Operating Expense | (1,179.06) |
| 4083 | 10/14/21 | NALCO Company | Operating Expense | (917.54) |
| 4084 | 10/14/21 | Plan It Lawn and Landscaping | Operating Expense | (385.00) |
| 4085 | 10/14/21 | Waste Management - Melbourne Hauling | Operating Expense | (402.40) |
| GMR102121 | 10/21/21 | GMR Melbourne, LLC. | Operating Expense | (5,000.00) |
| GMR102221 | 10/22/21 | GMR Melbourne, LLC. | Operating Expense | (35,000.00) |
| GMR102721 | 10/27/21 | GMR Melbourne, LLC. | Operating Expense | (10,000.00) |
| 4086 | 10/29/21 | City of Melbourne - Utilities | Operating Expense | (990.09) |
| 4087 | 10/29/21 | CR of Melbourne, LLC. | Operating Expense | (6,220.36) |
| 4088 | 10/29/21 | IPFS Corporation | Operating Expense | (5,590.70) |
| 4089 | 10/29/21 | Westfield Insurance Payment Processing | Operating Expense | (570.33) |
| TD101221 | 10/12/21 | TD Bank | Operating Expense | (30.00) |
| TD102121 | 10/21/21 | TD Bank | Operating Expense | (30.00) |
| TD102221 | 10/22/21 | TD Bank | Operating Expense | (30.00) |
| TD102721 | 10/27/21 | TD Bank | Operating Expense | (30.00) |
| Dal103121 | 10/31/21 | Dal Lago Law | Operating Expense | (21,738.00) |
| TD103121 | 10/31/21 | TD Bank | Operating Expense | (30.00) |
| Tow111021 | 11/10/21 | Marina Towers, LLC | Intercompany Transfer | (937.96) |
| | | | TOTAL | (156,191.57) |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| None |
| |
| |
| |

**QUARTERLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 4**

| |
|---|
| **Case Name:  Marina Towers, LLC.** |
| **Case Number: 6:20-bk-3359-KSJ** |
| **Date of Plan Confirmation: February 21, 2021** |

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | TD Bank |
|---|---|
| Account Number | XXX-XXX5435 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| FPL112421 | 11/24/21 | FPL - Florida Power & Light | Operating Expense | (81.29) |
| FPL120421 | 12/04/21 | FPL - Florida Power & Light | Operating Expense | (10,059.95) |
| 2000 | 12/10/21 | City of Melbourne - Utilities | Operating Expense | (854.29) |
| 2001 | 12/15/21 | CR of Melbourne, LLC. | Operating Expense | (8,182.72) |
| WMgmt122721 | 12/27/21 | Waste Management - Melbourne Hauling | Operating Expense | (785.86) |
| IPFS123021 | 12/30/21 | IPFS Corporation | Operating Expense | (5,870.24) |
| FCHS111021 | 11/10/21 | First Choice Healthcare Solutions, Inc. | Intercompany Transfer | (7,500.00) |
| FCHS112421 | 11/24/21 | First Choice Healthcare Solutions, Inc. | Intercompany Transfer | (500.00) |
| Dbt112921 | 11/29/21 | TD Bank Debit Card | Operating Expense | (67.75) |
| FCHS120421 | 12/04/21 | First Choice Healthcare Solutions, Inc. | Intercompany Transfer | (10,000.00) |
| | | | TOTAL | (43,902.10) |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| None |
| |
| |
| |

 **Bank**

America's Most Convenient Bank®

E          STATEMENT OF ACCOUNT



MARINA TOWERS LLC
DIP CASE 20-03359 MFLO
709 SOUTH HARBOR CITY BLVD SUITE 530
MELBOURNE FL 32901

| | |
|---|---|
| Page: | 1 of 5 |
| Statement Period: | Oct 01 2021-Oct 31 2021 |
| Cust Ref #: | ████████E-*** |
| Primary Account #: | ████████9133 |

## Chapter 11 Checking

MARINA TOWERS LLC
DIP CASE 20-03359 MFLO

Account # ████████9133

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 41,436.48 | Average Collected Balance | 17,343.51 |
| Deposits | 16,092.44 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 111,000.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 32,855.45 | Days in Period | 31 |
| Electronic Payments | 11,449.40 | | |
| Other Withdrawals | 100,120.00 | | |
| Ending Balance | 24,104.07 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/29 | DEPOSIT | 16,092.44 |
| | Subtotal: | 16,092.44 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/08 | eTransfer Credit, Online Xfer<br>Transfer from CK 4369008854 | 34,000.00 |
| 10/14 | eTransfer Credit, Online Xfer<br>Transfer from CK 4369008854 | 13,000.00 |
| 10/21 | eTransfer Credit, Online Xfer<br>Transfer from CK 4369008854 | 5,000.00 |
| 10/22 | eTransfer Credit, Online Xfer<br>Transfer from CK 4369008854 | 35,000.00 |
| 10/26 | eTransfer Credit, Online Xfer<br>Transfer from CK 4369008854 | 500.00 |
| 10/27 | eTransfer Credit, Online Xfer<br>Transfer from CK 4369008854 | 10,000.00 |
| 10/29 | eTransfer Credit, Online Xfer<br>Transfer from CK 4369008854 | 13,500.00 |
| | Subtotal: | 111,000.00 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ① Ending Balance | 24,104.07 |
| ② Total Deposits + | |
| ③ Sub Total | |
| ④ Total Withdrawals - | |
| ⑤ Adjusted Balance | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS | WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS | WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Total Deposits** | | | | | | **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities.  The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible.  We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared.  You can telephone us, but doing so will not preserve your rights.  In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question.  While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge.  The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full.  To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement).  The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle.  The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day.  There is no grace period during which no finance charge accrues.  Finance charge adjustments are included in your total finance charge.

 **Bank**

**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

MARINA TOWERS LLC
DIP CASE 20-03359 MFLO

| | |
|---|---|
| Page: | 3 of 5 |
| Statement Period: | Oct 01 2021-Oct 31 2021 |
| Cust Ref #: | ***** |
| Primary Account #: | 9133 |



---

## DAILY ACCOUNT ACTIVITY

### Checks Paid    No. Checks: 12    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/01 | 4071 | 385.00 | 10/13 | 4081* | 5,660.73 |
| 10/01 | 4075* | 3,846.06 | 10/25 | 4082 | 1,179.06 |
| 10/01 | 4076 | 5,590.70 | 10/20 | 4083 | 917.54 |
| 10/06 | 4077 | 570.33 | 10/26 | 4084 | 385.00 |
| 10/04 | 4078 | 4,473.27 | 10/25 | 4085 | 402.40 |
| 10/06 | 4079 | 3,225.00 | 10/29 | 4087* | 6,220.36 |
| | | | | Subtotal: | 32,855.45 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/18 | ELECTRONIC PMT-WEB, FPL DIRECT DEBIT ELEC PYMT ****206193 WEBI | 11,368.11 |
| 10/18 | ELECTRONIC PMT-WEB, FPL DIRECT DEBIT ELEC PYMT ****817529 WEBI | 81.29 |
| | Subtotal: | 11,449.40 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/12 | WIRE TRANSFER OUTGOING, Global Medical REIT LP | 50,000.00 |
| 10/12 | WIRE TRANSFER FEE | 30.00 |
| 10/21 | WIRE TRANSFER OUTGOING, Global Medical REIT LP | 5,000.00 |
| 10/21 | WIRE TRANSFER FEE | 30.00 |
| 10/22 | WIRE TRANSFER OUTGOING, Global Medical REIT LP | 35,000.00 |
| 10/22 | WIRE TRANSFER FEE | 30.00 |
| 10/27 | WIRE TRANSFER OUTGOING, Global Medical REIT LP | 10,000.00 |
| 10/27 | WIRE TRANSFER FEE | 30.00 |
| | Subtotal: | 100,120.00 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 41,436.48 | 10/18 | 3,205.99 |
| 10/01 | 31,614.72 | 10/20 | 2,288.45 |
| 10/04 | 27,141.45 | 10/21 | 2,258.45 |
| 10/06 | 23,346.12 | 10/22 | 2,228.45 |
| 10/08 | 57,346.12 | 10/25 | 646.99 |
| 10/12 | 7,316.12 | 10/26 | 761.99 |
| 10/13 | 1,655.39 | 10/27 | 731.99 |
| 10/14 | 14,655.39 | 10/29 | 24,104.07 |



**Bank**
America's Most Convenient Bank®

MARINA TOWERS LLC
DIP CASE 20-03359 MFLO

Page: 4 of 5
Statement Period: Oct 01 2021-Oct 31 2021
Cust Ref #:
Primary Account #: 9133



| #4071 | 10/01 | $385.00 |
| #4075 | 10/01 | $3,846.06 |
| #4076 | 10/01 | $5,590.70 |
| #4077 | 10/06 | $570.33 |
| #4078 | 10/04 | $4,473.27 |
| #4079 | 10/06 | $3,225.00 |
| #4081 | 10/13 | $5,660.73 |
| #4082 | 10/25 | $1,179.06 |
| #4083 | 10/20 | $917.54 |
| #4084 | 10/26 | $385.00 |



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

MARINA TOWERS LLC
DIP CASE 20-03359 MFLO

| | |
|---|---|
| Page: | 5 of 5 |
| Statement Period: | Oct 01 2021-Oct 31 2021 |
| Cust Ref #: | E-*** |
| Primary Account #: | 133 |





| #4085 | 10/25 | $402.40 | #4087 | 10/29 | $6,220.36 |

4:40 PM

11/07/21

# Marina Towers, LLC
## Reconciliation Summary
### 1009 · TD Bank Operating, Period Ending 10/31/2021

|  | Oct 31, 21 |
|---|---|
| **Beginning Balance** | 41,436.48 |
|     **Cleared Transactions** | |
|         **Checks and Payments - 22 items** | -144,424.85 |
|         **Deposits and Credits - 8 items** | 127,092.44 |
|     **Total Cleared Transactions** | -17,332.41 |
| **Cleared Balance** | 24,104.07 |
|     **Uncleared Transactions** | |
|         **Checks and Payments - 7 items** | -29,453.16 |
|         **Deposits and Credits - 1 item** | 6,000.00 |
|     **Total Uncleared Transactions** | -23,453.16 |
| **Register Balance as of 10/31/2021** | 650.91 |
| **Ending Balance** | 650.91 |

4:40 PM

11/07/21

# Marina Towers, LLC
# Reconciliation Detail
## 1009 · TD Bank Operating, Period Ending 10/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 41,436.48 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 22 items** | | | | | | |
| Bill Pmt -Check | 09/15/2021 | 4071 | Plan It Lawn and La... | X | -385.00 | -385.00 |
| Bill Pmt -Check | 09/24/2021 | 4076 | IPFS Corporation | X | -5,590.70 | -5,975.70 |
| Bill Pmt -Check | 09/24/2021 | 4075 | CR of Melbourne, LL... | X | -3,846.06 | -9,821.76 |
| Bill Pmt -Check | 09/24/2021 | 4077 | Westfield Insurance ... | X | -570.33 | -10,392.09 |
| Bill Pmt -Check | 09/30/2021 | 4078 | Kone, Inc. | X | -4,473.27 | -14,865.36 |
| Bill Pmt -Check | 09/30/2021 | 4079 | MARRS Air Conditio... | X | -3,225.00 | -18,090.36 |
| Bill Pmt -Check | 10/08/2021 | GMR1... | GMR Melbourne, LLC. | X | -50,000.00 | -68,090.36 |
| Bill Pmt -Check | 10/08/2021 | 4081 | CR of Melbourne, LL... | X | -5,660.73 | -73,751.09 |
| Check | 10/12/2021 | TD101... | TD Bank | X | -30.00 | -73,781.09 |
| Bill Pmt -Check | 10/14/2021 | FPL10... | FPL - Florida Power ... | X | -11,368.11 | -85,149.20 |
| Bill Pmt -Check | 10/14/2021 | 4082 | Johnson Controls | X | -1,179.06 | -86,328.26 |
| Bill Pmt -Check | 10/14/2021 | 4083 | NALCO Company | X | -917.54 | -87,245.80 |
| Bill Pmt -Check | 10/14/2021 | 4085 | Waste Management... | X | -402.40 | -87,648.20 |
| Bill Pmt -Check | 10/14/2021 | 4084 | Plan It Lawn and La... | X | -385.00 | -88,033.20 |
| Bill Pmt -Check | 10/14/2021 | FPL10... | FPL - Florida Power ... | X | -81.29 | -88,114.49 |
| Bill Pmt -Check | 10/21/2021 | GMR1... | GMR Melbourne, LLC. | X | -5,000.00 | -93,114.49 |
| Check | 10/21/2021 | TD102... | TD Bank | X | -30.00 | -93,144.49 |
| Bill Pmt -Check | 10/22/2021 | GMR1... | GMR Melbourne, LLC. | X | -35,000.00 | -128,144.49 |
| Check | 10/22/2021 | TD102... | TD Bank | X | -30.00 | -128,174.49 |
| Bill Pmt -Check | 10/27/2021 | GMR1... | GMR Melbourne, LLC. | X | -10,000.00 | -138,174.49 |
| Check | 10/27/2021 | TD102... | TD Bank | X | -30.00 | -138,204.49 |
| Bill Pmt -Check | 10/29/2021 | 4087 | CR of Melbourne, LL... | X | -6,220.36 | -144,424.85 |
| **Total Checks and Payments** | | | | | -144,424.85 | -144,424.85 |
| **Deposits and Credits - 8 items** | | | | | | |
| Deposit | 10/08/2021 | | | X | 34,000.00 | 34,000.00 |
| Deposit | 10/14/2021 | | | X | 13,000.00 | 47,000.00 |
| Deposit | 10/21/2021 | | | X | 5,000.00 | 52,000.00 |
| Deposit | 10/22/2021 | | | X | 35,000.00 | 87,000.00 |
| Deposit | 10/26/2021 | | | X | 500.00 | 87,500.00 |
| Deposit | 10/27/2021 | | | X | 10,000.00 | 97,500.00 |
| Deposit | 10/29/2021 | | | X | 13,500.00 | 111,000.00 |
| Payment | 10/29/2021 | 17373 | 240 Clear Choice H... | X | 16,092.44 | 127,092.44 |
| **Total Deposits and Credits** | | | | | 127,092.44 | 127,092.44 |
| **Total Cleared Transactions** | | | | | -17,332.41 | -17,332.41 |
| **Cleared Balance** | | | | | -17,332.41 | 24,104.07 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 7 items** | | | | | | |
| Check | 08/31/2021 | 4060 | Home Depot (Towers) | | -287.05 | -287.05 |
| Check | 08/31/2021 | 4061 | MAI Design Build | | -246.99 | -534.04 |
| Bill Pmt -Check | 10/29/2021 | 4088 | IPFS Corporation | | -5,590.70 | -6,124.74 |
| Bill Pmt -Check | 10/29/2021 | 4086 | City of Melbourne - ... | | -990.09 | -7,114.83 |
| Bill Pmt -Check | 10/29/2021 | 4089 | Westfield Insurance ... | | -570.33 | -7,685.16 |
| Check | 10/31/2021 | Dal10... | Dal Lago Law | | -21,738.00 | -29,423.16 |
| Check | 10/31/2021 | TD103... | TD Bank | | -30.00 | -29,453.16 |
| **Total Checks and Payments** | | | | | -29,453.16 | -29,453.16 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 10/31/2021 | | | | 6,000.00 | 6,000.00 |
| **Total Deposits and Credits** | | | | | 6,000.00 | 6,000.00 |
| **Total Uncleared Transactions** | | | | | -23,453.16 | -23,453.16 |
| **Register Balance as of 10/31/2021** | | | | | -40,785.57 | 650.91 |
| **Ending Balance** | | | | | **-40,785.57** | **650.91** |

AV 01 190659 77124E593 A**5DGT

MARINA TOWERS LLC
DIP CASE 20-03359 MFLO
709 SOUTH HARBOR CITY BLVD SUITE 530
MELBOURNE FL  32901-1936

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Nov 01 2021-Nov 10 2021 |
| Cust Ref #: | ▓▓▓▓▓-0-*** |
| Primary Account #: | ▓▓▓9133 |

## Chapter 11 Checking

MARINA TOWERS LLC
DIP CASE 20-03359 MFLO

RECEIVED DEC 0 2 2021

Account # ▓▓▓9133

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 24,104.07 | Average Collected Balance | 4,958.10 |
| Electronic Deposits | 6,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 7,398.11 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 22,705.96 | Days in Period | 9 |
| Ending Balance | 0.00 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | eTransfer Credit, Online Xfer<br>Transfer from CK 4369008854 | 6,000.00 |
| | Subtotal: | 6,000.00 |

**Checks Paid**    No. Checks: 4    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 11/01 | 4061 | 246.99 | 11/08 | 4088* | 5,590.70 |
| 11/04 | 4086* | 990.09 | 11/08 | 4089 | 570.33 |
| | | | | Subtotal: | 7,398.11 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | WIRE TRANSFER OUTGOING, Mike Dal Lago PA  DBA Dal Lago L | 21,738.00 |
| 11/01 | WIRE TRANSFER FEE | 30.00 |
| 11/10 | ACCOUNT CLOSED | 937.96 |
| | Subtotal: | 22,705.96 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 24,104.07 | 11/08 | 937.96 |
| 11/01 | 8,089.08 | 11/10 | 0.00 |
| 11/04 | 7,098.99 | | |



Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC insured | TD Bank, N.A. | Equal Housing Lender

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| **Ending Balance** | 0.00 |
| **Total Deposits** | + |
| **Sub Total** | |
| **Total Withdrawals** | |
| **Adjusted Balance** | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

MARINA TOWERS LLC
DIP CASE 20-03359 MFLO

Page:                                    3 of 3
Statement Period:    Nov 01 2021-Nov 10 2021
Cust Ref #:
Primary Account #:                       9133



#4061        11/01        $246.99



#4086        11/04        $990.09



#4088        11/08        $5,590.70



#4089        11/08        $570.33

10:58 AM
12/03/21

## Marina Towers, LLC
## Reconciliation Summary
### 1009 · TD Bank Operating - Closed, Period Ending 11/30/2021

| | Nov 30, 21 |
|---|---|
| **Beginning Balance** | 24,104.07 |
| **Cleared Transactions** | |
| Checks and Payments - 7 Items | -30,104.07 |
| Deposits and Credits - 2 Items | 6,000.00 |
| **Total Cleared Transactions** | -24,104.07 |
| **Cleared Balance** | **0.00** |
| **Register Balance as of 11/30/2021** | 0.00 |
| **Ending Balance** | 0.00 |

10:57 AM

12/03/21

# Marina Towers, LLC
## Reconciliation Detail
### 1009 · TD Bank Operating - Closed, Period Ending 11/30/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 24,104.07 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 7 items** | | | | | | |
| Check | 08/31/2021 | 4061 | MAI Design Build | X | -246.99 | -246.99 |
| Bill Pmt -Check | 10/29/2021 | 4088 | IPFS Corporation | X | -5,590.70 | -5,837.69 |
| Bill Pmt -Check | 10/29/2021 | 4086 | City of Melbourne -... | X | -990.09 | -6,827.78 |
| Bill Pmt -Check | 10/29/2021 | 4089 | Westfield Insurance ... | X | -570.33 | -7,398.11 |
| Check | 10/31/2021 | Dal10... | Dal Lago Law | X | -21,738.00 | -29,136.11 |
| Check | 10/31/2021 | TD103... | TD Bank | X | -30.00 | -29,166.11 |
| Check | 11/10/2021 | Tow11... | Marina Towers, LLC | X | -937.96 | -30,104.07 |
| **Total Checks and Payments** | | | | | -30,104.07 | -30,104.07 |
| **Deposits and Credits - 2 items** | | | | | | |
| Check | 08/31/2021 | 4060 | Home Depot (Towers) | X | 0.00 | 0.00 |
| Deposit | 10/31/2021 | | | X | 6,000.00 | 6,000.00 |
| **Total Deposits and Credits** | | | | | 6,000.00 | 6,000.00 |
| **Total Cleared Transactions** | | | | | -24,104.07 | -24,104.07 |
| **Cleared Balance** | | | | | -24,104.07 | 0.00 |
| **Register Balance as of 11/30/2021** | | | | | -24,104.07 | 0.00 |
| **Ending Balance** | | | | | -24,104.07 | 0.00 |

 **Bank**

America's Most Convenient Bank®

T



MARINA TOWERS LLC
DIP CASE -20-03359 MFLO
709 S HARBOR CITY BLVD STE 530
MELBOURNE FL 32901

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Nov 10 2021-Nov 30 2021 |
| Cust Ref #: | ⬛⬛⬛35-039-T-### |
| Primary Account #: | 4⬛⬛⬛6435 |

## Chapter 11 Checking

MARINA TOWERS LLC
DIP CASE -20-03359 MFLO

Account # ⬛⬛⬛5435

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 893.46 |
| Deposits | 24,273.92 | Interest Earned This Period | 0.00 |
| Other Credits | 7,535.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 7,500.00 | Days in Period | 21 |
| Electronic Payments | 581.29 | | |
| Other Withdrawals | 7,535.00 | | |
| Ending Balance | 16,192.63 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $35.00 | $35.00 |

### Deposits

| | | | |
|---|---|---|---|
| 11/10 | DEPOSIT | | 7,243.52 |
| 11/10 | DEPOSIT | | 937.96 |
| 11/30 | DEPOSIT | | 16,092.44 |
| | | Subtotal: | 24,273.92 |

### Other Credits

| | | | |
|---|---|---|---|
| 11/15 | RETURNED ITEM | | 7,500.00 |
| 11/23 | OD/NSF REV - BNK ERROR | | 35.00 |
| | | Subtotal: | 7,535.00 |

### Checks Paid    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| | | | | |
|---|---|---|---|---|
| 11/12 | 1 | 7,500.00 | | |
| | | | Subtotal: | 7,500.00 |

Page:                    2 of 3

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

Your ending balance shown on this statement is:

List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

Subtotal by adding lines 1 and 2.

List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| Ending Balance | 16,192.63 |
| Total + Deposits | |
| Sub Total | |
| Total - Withdrawals | |
| Adjusted Balance | |

**Total Deposits**

**Total Withdrawals**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

MARINA TOWERS LLC
DIP CASE -20-03359 MFLO

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Nov 10 2021-Nov 30 2021 |
| Cust Ref #: | ▇▇▇▇35-039-T-### |
| Primary Account #: | ▇▇▇5435 |

---

## Electronic Payments

| | | |
|---|---|---:|
| 11/24 | eTransfer Debit, Online Xfer<br>Transfer to CK 4369008854 | 500.00 |
| 11/30 | ELECTRONIC PMT-WEB, FPL DIRECT DEBIT ELEC PYMT ****817529 WEBI | 81.29 |
| | Subtotal: | 581.29 |

## Other Withdrawals

| | | |
|---|---|---:|
| 11/15 | OVERDRAFT RET | 35.00 |
| 11/16 | DEPOSIT CORRECTION | 7,500.00 |
| | Subtotal: | 7,535.00 |

---

| | | | |
|---|---:|---|---:|
| 11/10 | 0.00 | 11/16 | 646.48 |
| 11/10 | 8,181.48 | 11/23 | 681.48 |
| 11/12 | 681.48 | 11/24 | 181.48 |
| 11/15 | 8,146.48 | 11/30 | 16,192.63 |

11:00 AM

12/03/21

# Marina Towers, LLC
# Reconciliation Summary
### 1013 · TD Bank - Operating 5435, Period Ending 11/30/2021

|  | Nov 30, 21 |
|---|---|
| **Beginning Balance** | 0.00 |
| **Cleared Transactions** | |
| Checks and Payments - 3 items | -8,081.29 |
| Deposits and Credits - 3 items | 24,273.92 |
| **Total Cleared Transactions** | 16,192.63 |
| **Cleared Balance** | **16,192.63** |
| **Uncleared Transactions** | |
| Checks and Payments - 1 item | -67.75 |
| **Total Uncleared Transactions** | -67.75 |
| **Register Balance as of 11/30/2021** | **16,124.88** |
| **Ending Balance** | 16,124.88 |

10:59 AM

12/03/21

# Marina Towers, LLC
# Reconciliation Detail
## 1013 · TD Bank - Operating 5435, Period Ending 11/30/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Check | 11/10/2021 | FCHS... | First Choice Healthc... | X | -7,500.00 | -7,500.00 |
| Check | 11/24/2021 | FCHS... | First Choice Healthc... | X | -500.00 | -8,000.00 |
| Bill Pmt -Check | 11/24/2021 | FPL11... | FPL - Florida Power ... | X | -81.29 | -8,081.29 |
| Total Checks and Payments | | | | | -8,081.29 | -8,081.29 |
| **Deposits and Credits - 3 items** | | | | | | |
| Payment | 11/10/2021 | Tow11... | Marina Towers, LLC | X | 937.96 | 937.96 |
| Payment | 11/10/2021 | 15877 | 540 Smith & Associ... | X | 7,243.52 | 8,181.48 |
| Payment | 11/30/2021 | 17495 | 240 Clear Choice H... | X | 16,092.44 | 24,273.92 |
| Total Deposits and Credits | | | | | 24,273.92 | 24,273.92 |
| Total Cleared Transactions | | | | | 16,192.63 | 16,192.63 |
| **Cleared Balance** | | | | | 16,192.63 | 16,192.63 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 11/29/2021 | Dbt11... | TD Bank Debit Card | | -67.75 | -67.75 |
| Total Checks and Payments | | | | | -67.75 | -67.75 |
| Total Uncleared Transactions | | | | | -67.75 | -67.75 |
| Register Balance as of 11/30/2021 | | | | | 16,124.88 | 16,124.88 |
| **Ending Balance** | | | | | **16,124.88** | **16,124.88** |

 **Bank**

America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

 

MARINA TOWERS LLC
DIP CASE -20-03359 MFLO
709 S HARBOR CITY BLVD STE 530
MELBOURNE FL 32901

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Dec 01 2021-Dec 31 2021 |
| Cust Ref #: | -### |
| Primary Account #: | 5435 |

## Chapter 11 Checking

MARINA TOWERS LLC
DIP CASE -20-03359 MFLO

Account # 35

### ACCOUNT SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | 16,192.63 | Average Collected Balance | 5,049.71 |
| Deposits | 7,243.52 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 13,000.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 8,182.72 | Days in Period | 31 |
| Electronic Payments | 26,783.80 | | |
| Ending Balance | 1,469.63 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | DEPOSIT | 7,243.52 |
| | Subtotal: | 7,243.52 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/15 | eTransfer Credit, Online Xfer<br>Transfer from CK 4369008854 | 6,000.00 |
| 12/27 | eTransfer Credit, Online Xfer<br>Transfer from CK 4369008854 | 1,000.00 |
| 12/30 | eTransfer Credit, Online Xfer<br>Transfer from CK 4369008854 | 6,000.00 |
| | Subtotal: | 13,000.00 |

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | |
|---|---|---|---|
| 12/16 | 2001 | 8,182.72 | |
| | | Subtotal: | 8,182.72 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| Ending Balance | 1,469.63 |
| Total Deposits | + |
| Sub Total | |
| Total Withdrawals | - |
| Adjusted Balance | |

**Total Deposits**

**Total Withdrawals**

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARINA TOWERS LLC
DIP CASE -20-03359 MFLO

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Dec 01 2021-Dec 31 2021 |
| Cust Ref #: | ~~############~~ ### |
| Primary Account #: | ~~####~~ 6435 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/06 | eTransfer Debit, Online Xfer<br>Transfer to CK 4369008854 | 10,000.00 |
| 12/07 | ELECTRONIC PMT-WEB, FPL DIRECT DEBIT ELEC PYMT ****206193 WEBI | 10,059.95 |
| 12/08 | DEBIT CARD PURCHASE, *****04029381146, AUT 120721 VISA DDA PUR<br>AMZN MKTP US A51KG94U3    AMZN COM BILL * WA | 67.75 |
| 12/28 | ELECTRONIC PMT-TEL, WASTE MANAGEMENT INTERNET ****00091987902 | 785.86 |
| 12/31 | CCD DEBIT, IPFS877-674-3076 IPFSPMTFLS 115513 | 5,870.24 |
| | Subtotal: | 26,783.80 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 16,192.63 | 12/16 | 1,125.73 |
| 12/03 | 23,436.15 | 12/27 | 2,125.73 |
| 12/06 | 13,436.15 | 12/28 | 1,339.87 |
| 12/07 | 3,376.20 | 12/30 | 7,339.87 |
| 12/08 | 3,308.45 | 12/31 | 1,469.63 |
| 12/15 | 9,308.45 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

2:41 PM
01/03/22

# Marina Towers, LLC
## Reconciliation Summary
### 1013 · TD Bank - Operating 5435, Period Ending 12/31/2021

|  | Dec 31, 21 |
|---|---|
| **Beginning Balance** | 16,192.63 |
|    Cleared Transactions |  |
|       Checks and Payments - 6 items | -34,966.52 |
|       Deposits and Credits - 4 items | 20,243.52 |
|    Total Cleared Transactions | -14,723.00 |
| **Cleared Balance** | 1,469.63 |
|    Uncleared Transactions |  |
|       Checks and Payments - 1 item | -854.29 |
|    Total Uncleared Transactions | -854.29 |
| **Register Balance as of 12/31/2021** | 615.34 |
| **Ending Balance** | 615.34 |

2:41 PM

01/03/22

# Marina Towers, LLC
# Reconciliation Detail
## 1013 · TD Bank - Operating 5435, Period Ending 12/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 16,192.63 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Check | 11/29/2021 | Dbt11... | TD Bank Debit Card | X | -67.75 | -67.75 |
| Bill Pmt -Check | 12/04/2021 | FPL12... | FPL - Florida Power ... | X | -10,059.95 | -10,127.70 |
| Check | 12/04/2021 | FCHS... | First Choice Healthc... | X | -10,000.00 | -20,127.70 |
| Bill Pmt -Check | 12/15/2021 | 2001 | CR of Melbourne, LL... | X | -8,182.72 | -28,310.42 |
| Bill Pmt -Check | 12/27/2021 | WMg... | Waste Management... | X | -785.86 | -29,096.28 |
| Bill Pmt -Check | 12/30/2021 | IPFS1... | IPFS Corporation | X | -5,870.24 | -34,966.52 |
| Total Checks and Payments | | | | | -34,966.52 | -34,966.52 |
| **Deposits and Credits - 4 items** | | | | | | |
| Payment | 12/03/2021 | 15899 | 540 Smith & Associ... | X | 7,243.52 | 7,243.52 |
| Deposit | 12/15/2021 | | | X | 6,000.00 | 13,243.52 |
| Deposit | 12/27/2021 | | | X | 1,000.00 | 14,243.52 |
| Deposit | 12/30/2021 | | | X | 6,000.00 | 20,243.52 |
| Total Deposits and Credits | | | | | 20,243.52 | 20,243.52 |
| Total Cleared Transactions | | | | | -14,723.00 | -14,723.00 |
| Cleared Balance | | | | | -14,723.00 | 1,469.63 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Bill Pmt -Check | 12/10/2021 | 2000 | City of Melbourne - ... | | -854.29 | -854.29 |
| Total Checks and Payments | | | | | -854.29 | -854.29 |
| Total Uncleared Transactions | | | | | -854.29 | -854.29 |
| Register Balance as of 12/31/2021 | | | | | -15,577.29 | 615.34 |
| **Ending Balance** | | | | | **-15,577.29** | **615.34** |