UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:  CASE NO.  6:20-bk-03355-GER
CHAPTER 11

First Choice Healthcare Solutions, Inc.,

Jointly Administered[1]

Debtor.
_____/

STIPULATED FACTS FOR TRIAL ON APRIL 27, 2022

COME NOW the Debtors, First Choice Healthcare Solutions, Inc., First Choice Medical Group of Brevard, LLC, FCID Medical, Inc., and Marina Towers, LLC (collectively, "Debtors") the United States Trustee, and creditor GMR Melbourne, LLC ("GMR"), through their undersigned counsel, and provide the following Stipulated Facts in advance of the trial scheduled for April 27, 2022 on the United States Trustee's Motion to Dismiss or Convert Jointly Administered Confirmed Cases to Chapter 7 ("Motion to Dismiss"; Doc. No. 476), GMR's joinder thereto ("Joinder"; 524), the Debtor's Motion for Final Decree ("Motion for Final Decree"; Doc. No. 488), and GMR's objection thereto ("Objection to Final Decree"; Doc. No. 494).

**STIPULATED FACTS**

1. On November 11, 2021, the United States Trustee filed the Motion to Dismiss. The sole remaining issue is whether the Debtors have made required payments to creditors under the Amended Joint Plan of Reorganization, the Confirmation Order, and amendments

---

[1] Jointly administered cases: First Choice Healthcare Solutions, Inc., Case No.: 6:20-bk-3355- GER; First Choice Medical Group of Brevard, LLC, Case No.: 6:20-bk-3356- GER; FCID Medical, Inc., Case No.: 6:20-bk-3357-GER; and Marina Towers, LLC, Case No.: 6:20-bk-3359-GER.

1

thereto (Doc. Nos. 306, 349, and 405; collectively the "Plan"). On March 10, 2022, GMR filed the Joinder.

2. On December 14, 2021, the Debtors filed the Motion for Final Decree. On December 21, 2021, GMR filed the Objection to Final Decree. The Objection to Final Decree complains that the Debtors have not paid GMR it's allowed administrative expense of $338,484.66 and has failed to pay post-confirmation rents.

3. On March 28, 2022, GMR and the Debtors executed a settlement. Among other provisions, the settlement provided that the Debtors would pay GMR $200,000 by April 15, 2022. If this payment was timely made, GMR agreed to withdraw the Joinder and the Objection to Final Decree.

4. As of April 22, 2022, the Debtors still owe $200,000 to GMR. The Debtors are still attempting to raise the money to make the $200,000 payment.

5. Pursuant to the settlement, on April 18, 2022, the Circuit Court of Brevard County, Florida, entered a Consent Final Judgment on Counts II and III ("Judgment") against Marina Towers, LLC, and First Choice Healthcare Solutions, Inc. d/b/a Emerge Healthcare.

6. The parties have conferred and agree that if the Debtors can make the remaining $200,000 payment to GMR by the time of trial on April 27, 2022, the United States Trustee and GMR will not oppose entry of a final decree. The parties have further agreed that if the payment is not made, the Debtors' cases should be dismissed. The parties have further agreed that entry of a final decree will not affect the effectiveness or enforceability of the Judgment, less credit for the $200,000 payment, if made.

7. This stipulation is without prejudice to rights of parties-in-interest other than the United States Trustee, GMR, and the Debtors.

(signature page follows)


**Mary Ida Townson,**
**United States Trustee for Region 21**

*/s/ Scott Bomkamp*
**Scott Bomkamp, Trial Attorney**
Office of the United States Trustee
U.S. Department of Justice
400 W. Washington St., Suite 1100
Orlando, FL 32801
Telephone No.: (407) 648-6301, Ext. 150
Facsimile No.: (407) 648-6323
Email: scott.e.bomkamp@usdoj.gov
Indiana Bar No.: 28475-49


/s/ *Austin L. McMullen*
Austin L. McMullen (admitted *pro hac vice*)
**BRADLEY ARANT BOULT CUMMINGS LLP**
Roundabout Plaza
1600 Division Street
Suite 700
Nashville, TN 37203
P: (615) 244-2582 | F: (615) 252-6380
Primary email: amcmullen@bradley.com
Secondary email: dabbott@bradley.com

*Counsel for GMR Melbourne, LLC*

/s/ Thomas C. Adam
Thomas C Adam
Adam Law Group, P.A.
326 North Broad Street, Suite 208
Jacksonville, FL 32202
(904) 329-7249
Fax : 904-615-6561
Email: bk@adamlawgroup.com

*Counsel for Debtors*