**ORDERED.**

**Dated: April 27, 2022**

*Grace E. Robson*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | Case No. 6:20-bk-03355-GER |
| First Choice Healthcare Solutions, Inc., *et al.*, ) | Chapter 11 |
| ) | Subchapter V |
| Debtors. ) | Jointly Administered[1] |
| ) | |

## FINAL DECREE

This case came on for a hearing on April 27, 2022 at 10:00 a.m. upon the *Motion for Entry of Final Decree and Certificate of Substantial Consummation* (Doc. No. 488), as Amended[2] (Doc. No. 500), and *Supplement to Amended Motion for Final Decree and Certificate of Substantial Consummation* (Doc. No. 516) filed by the Debtors; the *Objection to Motion for Entry of Final Decree and Certificate of Substantial Consummation* (Doc. No. 494) filed by GMR Melbourne, LLC; and the *Stipulated Facts for Trial on April 27, 2022* (Doc. No. 545). The Court finds that the Debtors' confirmed plan of reorganization has been substantially consummated. For this and the reasons stated in open court, it is

---

[1] Jointly administered cases: *In re First Choice Healthcare Solutions, Inc.*, Case No. 6:20-bk-03355-GER; *In re First Choice Medical Group of Brevard, LLC*, Case No. 6:20-bk-03356-GER; *In re FCID Medical, Inc.*, Case No. 6:20-bk-03357-GER; and *In re Marina Towers, LLC*, Case No. 6:20-bk-03359-GER.
[2] *Amended Motion for Entry of Final Decree and Certificate of Substantial Consummation* (Doc. No. 500).

**ORDERED**:

1. The *Motion for Entry of Final Decree and Certificate of Substantial Consummation* (Doc. No. 488), as Amended[3] (Doc. No. 500), is **GRANTED**, subject to the terms of this Order.

2. The Debtors must pay or otherwise satisfy any outstanding balance due to Akerman LLP by **May 6, 2022**, or such other date that Akerman LLP agrees in writing.

3. The Court reserves jurisdiction to hear matters related to any default of the Debtors with respect to their payment obligations to Akerman LLP.

4. All motions/objections/applications that have not been resolved are **DENIED AS MOOT**.

5. This case and the jointly administered cases are **CLOSED**.

6. Pursuant to Local Rule 9070-1(c)(3), the Clerk shall, without further notice, dispose of any paper exhibits submitted in this case or any related adversary proceedings unless they are reclaimed by the appropriate party within 30 days.

7. The Clerk is directed to file a copy of this Order in the jointly administered cases.

# # #

The Clerk is directed to serve a copy of this Order on all interested parties.

---

[3] *Amended Motion for Entry of Final Decree and Certificate of Substantial Consummation* (Doc. No. 500).