UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                          CASE NO. 6:20-bk-03355-GER
                                                Chapter 11
FIRST CHOICE HEALTHCARE                         Subchapter V
SOLUTIONS, INC. *et al.*,                       (Jointly Administered)[1]

          Debtors.
_____

### CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION

I, Aaron R. Cohen, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $20,062.70. A plan was confirmed on February 23, 2021. No plan payments were made to the trustee. According to the debtor, the plan was substantially consummated and, pursuant to 11 U.S.C. § 330(a), on February 11, 2021 and October 26, 2021, the Court ordered compensation of $16,650.25 and $3,412.45 be awarded to the trustee. These funds were paid by the debtor to the trustee on February 19, 2021 and December 23, 2021. I hereby certify that my administration of the estate of the above-named debtor has been completed. I request that I be discharged from any further duties as trustee.

Date: April 29, 2022.

/s/ Aaron R. Cohen
_____
Aaron R. Cohen
P.O. Box 4218
Jacksonville, Florida 32201
Tel: 904-389-7277
FL Bar #558230
acohen60@bellsouth.net
Subchapter V Trustee

---

1 Jointly administered cases: *In re First Choice Healthcare Solutions, Inc.,* Case No. 6:20-bk-03355-GER; *In re First Choice Medical Group of Brevard, LLC*, Case No. 6:20-bk-03356-GER; *In re FCID Medical, Inc.,* Case No. 6:20-bk-03357-GER; and *In re Marina Towers, LLC,* Case No. 6:20-bk-03359-GER.

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.