[Dovacate] [District Order Vacating]

ORDERED.

**Dated: August 1, 2022**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Case No.
6:20−bk−03355−GER
Chapter 11

First Choice Healthcare Solutions, Inc.

_____Debtor\*_____/

ORDER VACATING ORDER GRANTING MOTION FOR FINAL JUDGMENT

   THIS CASE came on for consideration on the Court's own motion for the purpose of considering the entry of an appropriate order. The Court has considered the record and finds that on 7/272022 , this Court erroneously entered an order titled Order Granting Motion For Final Judgment (Doc. No. 560 ) in the above−captioned case and that the Order Granting Motion For Final Judgment should, therefore, be vacated. Accordingly, it is

   **ORDERED** that the Order Granting Motion For Final Judgment is hereby vacated.

\*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.