**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

FIRST CHOICE HEALTHCARE
SOLUTIONS, INC.,

Case No. 6:20-bk-03355-GER
Chapter 11

        Debtor.
_____/

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

      If you object to the relief requested in this paper, you must file a response with the Clerk of Court at the George C. Young Federal Courthouse, 400 West Washington Street Ste. 5100 Orlando, Florida 32801 within **fourteen (14)** days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.
      If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

      You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

1. On or about June 15, 2020, the undersigned was retained as counsel of record for the Debtor.

2. Counsel for the Debtor has completed all work in this matter.

3.    No party will be prejudiced by the undersigned withdrawing as counsel of record in the above captioned case.

4.    The Debtor can receive all further pleadings, notices and correspondence at the following address:

**First Choice Healthcare Solutions Inc.**
**Attn: Lance Freidman**
**709 S. Harbor City Blvd. Ste. 530**
**Melbourne, Florida 32901**

**WHEREFORE**, attorney Thomas C. Adam, of the Adam Law Group P.A. respectfully requests that this Honorable Court grant the Motion for Leave to Withdraw as counsel in this matter and excuse Thomas C. Adam and from further representation of the Debtor.

/s/ *Thomas C. Adam*
Thomas C. Adam
Florida Bar No. 648711 ADAM
LAW GROUP, P.A.
2258 Riverside Ave
Jacksonville, Florida 32204
(904) 329-7249
(904) 615-6561 facsimile
bk@adamlawgroup.com

### CERTIFICATE OF SERVICE

I declare under penalty of perjury the the foregoing has been sent via CMECF to all parties that have filed a Notice of Appearance in this matter on this 19th day of September, 2022.

/s/ *Thomas C. Adam*
Thomas C. Adam