[jiffyord] [Bench Order +]

**ORDERED.**

Dated: November 01, 2022

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 6:20–bk–03355–GER<br>Chapter 11 |

First Choice Healthcare Solutions, Inc.

_____Debtor*_____/

**ORDER DENYING MOTION FOR TURNOVER OF LEASED EQUIPMENT DUE TO DEBTORS' FAILURE TO MAKE PLAN PAYMENTS**

THIS CASE came on for hearing on November 1, 2022 , for consideration of the **Motion for Turnover of Leased Equipment Due to Debtors' Failure to Make Plan Payments** (Doc. **592** ), filed by **U.S. Bank National Association d/b/a U.S. Bank Equipment Finance** .

For the reasons stated orally and recorded in open court, the Motion for Turnover of Leased Equipment Due to Debtors' Failure to Make Plan Payments is Denied .

The relief is unnecessary as movant was granted relief from the automatic stay.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Ronald Emanuel is directed to serve a copy of this order on interested non–CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.