UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                    Case No.: 6:20-bk-3355-GER
                                                          Chapter 11
First Choice Healthcare Solutions, Inc.,
First Choice Medical Group of Brevard, LLC,     Jointly Administered
FCID Medical, Inc., and Marina Towers, LLC,

            Debtors.
_____/

## MOTION FOR FINAL JUDGMENT IN GARNISHMENT AS TO CIGNA HEALTH AND LIFE INSURANCE COMPANY

Akerman LLP, by and through its undersigned attorneys, moves this Court to enter a Final Judgment in Garnishment based on the pleadings on file in this case and states:

1.      On or about October 18, 2022, a Writ of Garnishment was issued by the Clerk of the Court, and on November 2, 2022, said writ was served upon the above-named Garnishee, Cigna Health and Life Insurance Company.

2.      On April 11, 2023, Garnishee filed an Amended Answer of Garnishee indicating that it is indebted to First Choice Healthcare Solutions, Inc., First Choice Medical Group of Brevard, LLC, FCID Medical, Inc. and Marina Towers, LLC in the amount of $414.13.[1]

3.      Plaintiff accepts the Amended Answer to Writ of Garnishment insofar as Garnishee admits that it owes money to First Choice Healthcare Solutions, Inc., First Choice Medical Group of Brevard, LLC, FCID Medical, Inc. and Marina Towers, LLC.

4.      No objections or motions to dissolve the writ of garnishment have been filed.

5.      Akerman LLP asserts that it is entitled to the entire amount owed to First Choice Healthcare Solutions, Inc., First Choice Medical Group of Brevard, LLC, FCID Medical, Inc.

_____
[1] Doc. No. 640.

69875119;1

and Marina Towers, LLC by Garnishee as set forth in the Answer of Garnishee.

6.      The pleadings on file establish that there is no issue as to any material fact and Akerman LLP is entitled to a judgment as a matter of law.

7.      Pursuant to Section 77.083, Florida Statutes (2022), judgment should be entered against Garnishee for the amount of its liability as disclosed in its Answer of Garnishee.

WHEREFORE, Plaintiff respectfully requests that this Court enter a final judgment in garnishment on the Garnishee's Answer of Garnishee in favor of Akerman LLP and against the Garnishee for the amount $414.13.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of  April, 2023, the foregoing Motion for Final Judgment in Garnishment was filed and served through the Court's CM/ECF system to those parties in interest receiving CM/ECF notifications and I caused the foregoing document to be served by first class mail, postage prepaid, on the following parties:

First Choice Healthcare Solutions, Inc.
c/o Lance Friedman, Chief Executive Officer
95 Bulldog Blvd., Suite 202
Melbourne, FL 32901

First Choice Medical Group of Brevard, LLC
c/o Lance Friedman, Manager
95 Bulldog Blvd., Suite 202
Melbourne, FL 32901

FCID Medical, Inc.
c/o Lance Friedman, Chief Executive Officer
95 Bulldog Blvd., Suite 202
Melbourne, FL 32901

Marina Towers, LLC
c/o Lance Friedman, Manager
 95 Bulldog Blvd., Suite 202
Melbourne, FL 32901

Patrick S. Scott, Esq.
Shari Gerson, Esq.
GrayRobinson, P.A.
401 East las Oals Blvd., Suite 100
Fort Lauderdale, FL 33301

69875119;1

Dated: April 11, 2023.

/s/Esther McKean

Esther McKean
Florida Bar Number:  028124
**AKERMAN LLP**
420 S. Orange Ave., Suite 1200
Orlando, FL  32801
Phone: (407) 419-8583
Fax: (407) 843-6610
Email:  esther.mckean@akerman.com
Counsel for Akerman LLP

69875119;1