**ORDERED.**

**Dated: May 09, 2023**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 6:20-bk-3355-GER |
| | Chapter 11 |
| First Choice Healthcare Solutions, Inc., | |
| First Choice Medical Group of Brevard, LLC, | Jointly Administered |
| FCID Medical, Inc., and Marina Towers, LLC, | |
| Debtors. | |
| _____/ | |

**FINAL JUDGMENT IN GARNISHMENT AS TO HUMANA INSURANCE COMPANY**

THIS CASE came on for consideration without a hearing on Akerman LLP's Motion for Final Judgment in Garnishment as to Humana Insurance Company (the "Motion") (Doc. No. 651), the Court having reviewed the pleadings on file. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. Akerman LLP's Motion (Doc. No. 651) is hereby granted as to the Humana Insurance Company garnishment.

2. Akerman LLP shall have, receive and recover from the Garnishee, Humana Insurance Company, the amount of $901.00, for which let execution issue forthwith (the

70361489;1

"Garnished Funds").   Payment of the Garnished Funds shall be made payable to Akerman LLP ATTN: Esther McKean, Esq., c/o Akerman LLP, 420 S. Orange Ave., Suite 1200, Orlando, Florida 32801. The Garnished Funds shall be applied to any outstanding judgment in favor of Akerman LLP and against the Debtors.

3. To the extent not already paid, Akerman LLP shall pay Humana Insurance Company the $100 statutory fee.

4. This Court reserves jurisdiction to enter any further orders in this case which may be just or appropriate.

Attorney Esther McKean is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within 3 days of entry of this order.

70361489;1